

Joseph
&Norinsberg
Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

July 28, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351 (ALC)

Dear Judge Carter:

This firm represents Plaintiff Chirayu S. Rana in the above-referenced action. Pursuant to Electronic Case Filing Rules & Instructions § 21.7 and Rule 6.C of Your Honor's Individual Practices, Plaintiff respectfully requests that the Court seal ECF No. 1.

On July 27, 2026, Plaintiff filed the Complaint, which was docketed at ECF No. 1. That document inadvertently included sensitive, internal reviewer annotations that remained embedded in the underlying word-processing file. Plaintiff promptly requested that the ECF Help Desk place ECF No. 1 under temporary seal and, shortly thereafter, the Help Desk confirmed that it had done so.  Plaintiff was further directed to - and did - file a corrected Complaint (ECF No. 4) which had no substantive changes and only removed the imbedded annotations.  Plaintiff also re-filed a Request for Issuance of Summons (ECF No. 5) so that the summonses would issue in connection with the corrected pleading as per directed. This action was thereafter assigned to Your Honor. Accordingly, Plaintiff respectfully requests that the filing, which was docketed at ECF No. 1, be formally, permanently sealed.

No defendant has yet appeared, and there is accordingly no opposing counsel upon whom this letter may be served.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

By: /s/ Jon L. Norinsberg
Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com

*Attorneys for Plaintiff*