# EXHIBIT A

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Monday, July 27, 2026 3:56 PM
**To:** Rodriguez, Melissa C.
**Cc:** Monica Hincken; Bennitta Joseph; John Meehan; Kassandra Vazquez; Shaulson, Samuel S.; DeCastro, Maria; Sullivan, Brian W.; Priscilla Sandoval
**Subject:** Re: [EXT]Rana: federal complaint

[EXTERNAL EMAIL]
Melissa,

That works for us. We will prepay the waiver forms and send them over.

Thanks.

Jon

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Jul 27, 2026, at 4:54 PM, Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com> wrote:

Counsel,

We saw that Mr. Rana's complaint was filed in federal court. We propose proceeding via waiver of service under Federal Rule 4 for Ms. Hajdini. Please let us know if that works and happy to accept/complete the appropriate forms.

Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Alphonso Valentin | +1.212.309.6105 | alphonso.valentin@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.