

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

**KELLY A. LIBRERA**
Co-Chair, New York Litigation Practice
(212) 294-4622
Kelly.Librera@winstontaylor.com

July 31, 2026

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Rana v. JPMorgan Chase Bank, N.A., et al.,* **Case No. 26-CV-06351-(ALC)**

Dear Judge Carter:

We write on behalf of Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") to correct the record regarding Plaintiff Chirayu Rana's Letter Motion dated July 28, 2026 (ECF No. 11, hereinafter the "Letter"). Plaintiff's Letter seeks to seal his Complaint (ECF No. 1) without explaining why public access to the Complaint should be restricted or citing any legal authority to support his request. Plaintiff also states that "no defendant has yet appeared, and there is accordingly no opposing counsel upon whom this letter may be served." That statement is misleading.

As Plaintiff's counsel is well aware, Winston Taylor LLP has represented JPMorgan since Plaintiff filed his lawsuit in late April 2026 in New York State Supreme Court captioned *Chirayu Rana v. JPMorgan Chase & Co. et al.*, Index No. 155620/2026. Jon L. Norinsberg and his firm substituted as Plaintiff's counsel in that action on June 8, 2026. The parties appeared in court together on two occasions before the court allowed Plaintiff to voluntarily discontinue his action and pursue his claims in this forum.

Plaintiff filed his federal action on July 27, 2026. Cardelle B. Spangler, counsel for JPMorgan, contacted Mr. Norinsberg that same day, stating that she was authorized to accept service on JPMorgan's behalf. Also on July 27, Mr. Norinsberg acknowledged the email and agreed to send the waiver of service form. My firm returned the executed waiver to Plaintiff's counsel on July 28, 2026, the same day Plaintiff filed his Letter. *See* ECF No. 12.

Although counsel for JPMorgan had not filed an appearance by July 28, 2026, counsel for Plaintiff knew that JPMorgan was represented when he claimed to this Court that there was "no opposing counsel upon whom the letter may be served." Plaintiff did not serve JPMorgan with a copy of his Letter.

**WINSTON TAYLOR.**

Respectfully submitted:

WINSTON TAYLOR LLP

*By*: s/ *Kelly A. Librera*

200 Park Avenue
New York, New York 10166
(212) 294-6700
Kelly.Librera@winstontaylor.com

Cardelle B. Spangler (*pro hac vice* forthcoming)
Sarah N. Kreger (*pro hac vice* forthcoming)
300 N. LaSalle St.
Chicago, Illinois 60654
(312) 558-5600
Cardelle.Spangler@winstontaylor.com
Sarah.Kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank N.A.*