**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No.: 1:26-cv-06351 (LAK) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Sylvia E. Simson, Esq., hereby appears as counsel in this action on behalf of Brandon Graffeo, Jonathan Wolter (improperly pled as "Jon Wolter"), and Kelly Crowe, and respectfully requests that all notices and papers herein be served upon the undersigned at the address given below. Undersigned counsel is admitted to practice in this Court.

Dated: August 19, 2026
New York, New York

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:
*/s/ Sylvia E. Simson*
Sylvia E. Simson

One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Email: Sylvia.Simson@gtlaw.com

*Counsel for Defendants*
*Brandon Graffeo, Jonathan Wolter, and*
*Kelly Crowe*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 19, 2026, a copy of the foregoing was filed electronically through the Court's CM/ECF which will, in turn, send a notice of electronic filing to all counsel of record.

**GREENBERG TRAURIG, LLP**

By: *Is/ Sylvia E. Simson*
Sylvia E. Simson

One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Email: Sylvia.Simson@gtlaw.com

*Counsel for Defendants*
*Brandon Graffeo, Jonathan Wolter, and*
*Kelly Crowe*