**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHIRAYU S. RANA,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

Defendants.

Case No.: 1:26-cv-06351 (ALC)

**NOTICE OF APPEARANCE OF REBECCA HEGAZY**

**PLEASE TAKE NOTICE** that Rebecca Hegazy, of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Lorna Hajdini ("Defendant" or "Ms. Hajdini") in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: rebecca.hegazy@morganlewis.com.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Rebecca Hegazy*

Rebecca Hegazy
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
rebecca.hegazy@morganlewis.com

*Attorneys for Lorna Hajdini*