UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

Chirayu S. Rana,

Plaintiff(s), 26-CV-6351 (LAK)

v.

JPMorgan Chase Bank, N.A., et al.,

Defendant(s).

------------------------------------------------------------x

Consent Scheduling Order

Upon consent of the parties, it is hereby ORDERED as follows:

1. The parties have agreed that Lorna Hajdini will assert in the above-captioned matter any counterclaims against Chirayu Rana and Chirayu Rana agrees that that such counterclaims will be treated as having been filed when Ms. Hajdini first filed counterclaims in the case styled *Chirayu Rana v. JPMorgan Chase & Co. et al.*, Index No. 155620/2026 (the "NY State Court Action"). Ms. Hajdini will thereafter seek to discontinue the counterclaims without prejudice from the NY State Court Action with Mr. Rana's consent.

2. No additional parties may be joined after October 15, 2026.

3. No amendments to the pleadings will be permitted after October 15, 2026. .

4. The parties shall make required Rule 26(a)(2) disclosures with respect to:

(a) expert witnesses on or before February 1, 2027;

(b) rebuttal expert witnesses on or before March 1, 2027.

5. All discovery, including any depositions of experts, shall be completed on or before April 1, 2027.

6. Summary judgment opening papers will be filed by April 30, 2027, oppositions thereto will be filed within 30 days and replies thereto will be filed within 20 days.

7. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before 45 days from a decision on Defendants' anticipated summary judgment motions, should any claims survive.

8. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

9. Each party or group of parties aligned in interest shall submit not less than thirty (30) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

10. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

Lewis A. Kaplan
United States District Judge

CONSENTED TO: [signatures of all counsel]

Jon L. Norinsberg
Joseph & Norinsberg LLC
825 Third Avenue, Suite 2100
New York, NY 10022
Jon@norinsberglaw.com
(212) 227-5700

*Attorneys for Chirayu Rana*

Cardelle B. Spangler (admitted pro hac vice)
Sarah N Kreger (admitted pro hac vice)
Winston Taylor
300 N. LaSalle Dr.
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

Sophia G. Borne
Winston Taylor
200 Park Avenue
New York, New York 10166
Sophia.borne@winstontaylor.com
(212) 294-6700

*Attorneys for JPMorgan Chase Bank, N.A.*

Kristine J. Feher
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Feherk@gtlaw.com
(973) 360-7900

Sylvia Simson
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com

*Attorneys for Jonathan Wolter, Brandon Graffeo, and Kelly Crowe*

/s/ Melissa C. Rodriguez

Sam S. Shaulson
Melissa C. Rodriguez
Morgan Lewis Bockius LLP
101 Park Avenue
sam.shaulson@morganlewis.com
melissa.rodriguez@morganlewis.com
(212) 309-6001

*Attorneys for Lorna Hajdini*