WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600
+1 (312) 558-5700

**CARDELLE B. SPANGLER**
Managing Partner, Internal Affairs
(312) 558-7541
cardelle.spangler@winstontaylor.com

September 14, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A. et al.*, Civil Action No. 26-cv-06351

Dear Judge Kaplan:

We write on behalf of Defendant JPMorgan Chase Bank, N.A. ("JPMC") in connection with the Initial Pretrial Conference scheduled in the above-captioned action for Tuesday, September 15, 2026 at 12:00 p.m.

Lead trial counsel, Cardelle Spangler, respectfully requests permission to appear at the conference by video-conference rather than in person. Based on the Court's August 4, 2026 Order (ECF No. 25) setting forth the details of the conference, undersigned counsel understood that the conference would be conducted virtually. Relying on that understanding, Ms. Spangler scheduled an in-person deposition in Chicago for September 14, a separate court status conference for the morning of September 15, and international travel for the afternoon of September 15. These commitments preclude her in-person attendance at the Initial Pretrial Conference.

We respectfully request that the Court permit Ms. Spangler to participate remotely under these circumstances. An associate from our team will appear in the courtroom on September 15.

We thank the Court for its consideration of this request and remain available to address any questions or concerns the Court may have.

Respectfully submitted,

*By: /s/ Cardelle B. Spangler*

Cardelle B. Spangler (*admitted pro hac vice*)
Lead Trial Counsel
Sarah N. Kreger (*admitted pro hac vice*)
WINSTON TAYLOR LLP

300 N. LaSalle St.
Chicago, IL 60654
(312) 558-5600
cardelle.spangler@winstontaylor.com
sarah.kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)