UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-15-26

---------------------------------------- x

CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

J.P. MORGAN CHASE BANK, N.A., et al.,

Defendants.

---------------------------------------- x

**SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court having conferred with counsel pursuant to Rule 16, the following schedule will govern this case:

1. No additional parties may be joined nor amendments to the pleadings permitted after October 15, 2026.

2. The parties shall make required Rule 26(a)(2) disclosures with respect to expert witnesses and rebuttal expert witnesses no later than January 11 and February 11, 2027, respectively.

3. All discovery, including any depositions of experts, shall be completed on or before March 4, 2027.

4. A joint pretrial order and any motions for summary judgment shall be filed by March 25, 2027. Opposition papers and reply papers shall be filed by April 15 and April 22, 2027, respectively.

5. The parties shall confer with a view to agreeing upon a single proposed special verdict form. The agreed proposed special verdict form or, in default of complete agreement, so much as has been agreed, the parties' respective proposals for portions as to which there is not agreement, and memoranda with respect to those respective proposals shall be filed no later than May 6, 2027.

6. The Court will address the matter of trial memoranda, proposed jury

instructions, and *in limine* motions at a later date.

7. This order may be altered or amended upon request of any party only on a showing of good causes. Counsel should not assume that extensions will be granted as a matter of routine.

SO ORDERED.

Dated: September 15, 2026

Lewis A. Kaplan
United States District Judge