Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

September 21, 2026

**VIA ECF**
The Honorable Lewis Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

***Re:*** ***Rana v. JPMorgan Chase Bank, N.A. et al.***
***Case No. 1:26-cv-06351 (LAK)***

Dear Judge Kaplan:

We represent Plaintiff Chirayu Rana in above referenced action. I write now, pursuant to the Court's Order at the Conference held on September 15, 2026, to advise the Court that, due to defendants' tortious and illegal conduct, plaintiff has had to secure third-party funding as he has been fired from his job and has been unable to secure employment since.

I thank the Court for its consideration.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

By: ______________________

John J. Meehan, Esq.
825 Third Ave, Suite 2100
New York, NY 10022
Tel.: (212) 227-5700
jmeehan@employeejustice.com