USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-29-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHIRANYU S. RANA,

Plaintiff,

-against- 26-cv-6351 (LAK)

JPMORGAN CHASE BANK, et al.,

Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court will hear oral argument on the pending discovery matters at 10 a.m. on October 6, 2026 in Courtroom 21B. The parties shall furnish the Court with copies of the subpoenas in question no later than October 1, 2026 at 3 p.m.

SO ORDERED.

Dated: September 29, 2026

Lewis A. Kaplan
United States District Judge