USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10-6-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.

------------------------------------------x

**ORDER RESOLVING OUTSTANDING DISCOVERY DISPUTES**

LEWIS A. KAPLAN, *District Judge*.

The Court today conferred with and heard argument from the parties with respect to their disagreements concerning a number of non-party subpoenas served by defendants JPMorgan Chase Bank and Lorna Hajdini. The Court considered also a joint written submission furnished by the parties. It hereby rules as follows:

1. The plaintiff's objections to the non-party subpoenas – seven served by defendants JPMC and one by Hajdini – on former employers of plaintiff are overruled.

2. Plaintiff's objection to Hajdini's subpoena to Verizon is sustained on the ground that it is exceptionally overbroad. This is without prejudice to the service of a revised subpoena seeking information with respect to considerably smaller time periods that can reasonably be connected to issues relevant to this action.

3. It appears from counsel's communication that the dispute concerning a subpoena to a non-party who once was in a relationship with the plaintiff is moot. Accordingly, the Court will not address the parties' former positions.

SO ORDERED.

Dated: October 6, 2026

Lewis A. Kaplan
United States District Judge