USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10-6-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

CHIRAYU S. RANA,

Plaintiff,

-against- 26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.

---------------------------------------x

**REVISED SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court today conferred with and heard argument from the parties with respect to their disagreements concerning a number of non-party subpoenas served by defendants JPMorgan Chase Bank and Lorna Hajdini as well as the schedule for the case. In light of that discussion, the previous Scheduling Order is modified to provide as follows:

1. No amendments to pleadings or additions of parties shall be permitted after November 1, 2026.

2. Rule 26 expert witness disclosure for expert witnesses and rebuttal expert witnesses shall be made no later than January 15 and February 8, 2027, respectively.

3. All discovery, including expert witness depositions, shall be completed by March 8, 2027.

4. The parties shall file a joint pretrial order in the form prescribed by the undersigned and any motions for summary judgment no later than April 9, 2027. Papers in opposition to and replies in support of any motions for summary judgment shall be filed no later than April 23 and April 30, 2027, respectively..

5. Trial will commence on June 1, 2027 at 9:30 a.m.

SO ORDERED.

Dated: October 6, 2026

Lewis A. Kaplan
United States District Judge