USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chirayu S. Rana,

Plaintiff,

-against-

JPMorgan Chase Bank, N.A., *et al.*,

Defendants.

26-cv-6351

MEDIATION WITHDRAWAL ORDER

LEWIS A. KAPLAN, United States District Judge:

It is hereby ORDERED that this case is withdrawn from the Court-annexed Mediation Program.

Dated: October 8, 2026.
New York, New York

Lewis A. Kaplan
United States District Judge