**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHIRAYU S. RANA,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

Defendants.

26-cv-6351 (LAK)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion to Withdraw as Counsel for Plaintiff, dated October 14, 2026, the Declaration of Jon L. Norinsberg, Esq., dated October 14, 2026, and all prior pleadings and proceedings had herein, Joseph & Norinsberg, LLC ("J&N"), counsel of record for Plaintiff Chirayu S. Rana ("Plaintiff"), will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 21B, on a date and at a time to be set by the Court, for an Order, pursuant to Local Civil Rule 1.4(b) of the Joint Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 1.16(c) of the New York Rules of Professional Conduct, 22 N.Y.C.R.R. § 1200.0:

(i) granting J&N leave to withdraw as counsel of record for Plaintiff in the above-captioned action;

(ii) affording Plaintiff sixty (60) days from the date of the Court's Order to retain new counsel;

(iii) adjourning the deadlines set forth in the Revised Scheduling Order (Dkt. No. 49) and Plaintiff's time to respond to the Counterclaims (Dkt. No. 43), accordingly;

(iv) deferring determination of J&N's charging lien until the conclusion of this action; and

(v) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing papers must be served within fourteen (14) days after service of the moving papers, and any reply papers must be served within seven (7) days after service of the answering papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 1.4(b), this Notice of Motion and all supporting papers are being served upon Plaintiff by electronic mail and first-class mail, and upon all counsel of record via the Court's ECF system, and proof of service upon Plaintiff will be filed on the docket.

Dated: October 14, 2026
New York, New York

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

By: ______________________________

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
John J. Meehan, Esq.
Monica A. Hincken, Esq.
Kassandra Vazquez, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212) 227-5700

*Attorneys for Plaintiff*

**TO:** Chirayu S. Rana
*(via electronic mail and first-class mail)*

All Counsel of Record
*(via ECF)*