UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

CHIRAYU S. RANA,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

Defendants.

------------------------------------------------------ X

Case No. 1:26-cv-06351-LAK

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through undersigned counsel, writes to notify the Court that it intends to oppose Joseph & Norinsberg, LLC's Motion to Withdraw as Counsel for Plaintiff (the "Withdrawal Motion," ECF No. 55). In support of this notice, JPMorgan states as follows:

1. On October 14, 2026, Plaintiff's counsel of record, Joseph & Norinsberg, LLC, moved pursuant to S.D.N.Y. Civ. R. 1.4(b) for leave of the Court to withdraw as counsel for Plaintiff Chirayu Rana. ECF No. 55.

2. In support of the Withdrawal Motion, counsel asserted that "irreconcilable differences have arisen that render it unreasonably difficult" for counsel to continue its representation but refrained from providing any specifics as to the grounds for withdrawal, citing the attorney-client privilege and confidentiality concerns. *See* ECF No. 56 at 4.

3. Plaintiff's counsel's withdrawal, as well as the requested 60-day adjournment of existing case deadlines to afford Plaintiff time to retain new counsel, would be highly prejudicial to JPMorgan's defense of this action and would unduly delay the progress of the case.

4. Accordingly, JPMorgan intends to file a response in opposition to the Withdrawal Motion on or before October 28, 2026, the deadline set by S.D.N.Y. Civ. R. 6.1(b), unless the Court sets an alternative briefing schedule.

5. JPMorgan writes only to notify the Court of its intention to oppose the Withdrawal Motion so that it may be permitted an opportunity to prepare a fulsome response before the motion is ruled upon.

Dated: October 14, 2026

By: /s/ *Cardelle B. Spangler*

Cardelle B. Spangler
Sarah N. Kreger
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
(312) 558-5600
cardelle.spangler@winstontaylor.com
sarah.kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

/s/ *Sarah N. Kreger*_____

*Attorney for Defendant JPMorgan Chase Bank, N.A.*