UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**DEFENDANT LORNA HAJDINI'S NOTICE OF**
**OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**

Defendant and Counterclaim Plaintiff Lorna Hajdini submits this notice to inform the Court that she intends to oppose Plaintiff's motion to withdraw as counsel, ECF No. 55, given that the motion ignores: (1) the completely fabricated and callous allegations of drugging and raping made against her by Plaintiff and his counsel simply to extort money; (2) the counterclaims Ms. Hajdini has pending to clear her name of these heinous accusations and the imminent October 19, 2026 deadline Plaintiff has to respond to these counterclaims (ECF No. 43); (3) the imminent deadlines for Plaintiff to respond to discovery; (4) the highly atypical nature of the 320-paragraph Complaint Plaintiff and his counsel chose to file and the accompanying media campaign promoted by counsel; (5) the significant delay already caused by counsel's decision to discontinue Plaintiff's state court action because it liked federal court better, and (6) the substantial prejudice Ms. Hajdini has already suffered, and continues to stuffer, from Plaintiff's carousel of counsel.

Ms. Hajdini will submit her response, pursuant to Local Civil Rule 6.1(b), on or before October 28, 2026.

Dated: October 15, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Melissa C. Rodriguez*

Melissa C. Rodriguez
Sam S. Shaulson
Brian W. Sullivan
Rebecca Hegazy
101 Park Avenue
New York, NY 10178
+1.212.309.6000
+1.212.309.6001
melissa.rodriguez@morganlewis.com
sam.shaulson@morganlewis.com
brian.sullivan@morganlewis.com
rebecca.hegazy@morganlewis.com

*Attorneys for Defendant Lorna Hajdini*

# CERTIFICATE OF SERVICE

I hereby affirm under penalty of perjury that on October 15, 2026, I caused the foregoing document to be served via the Court's CM/ECF electronic filing system, which will provide electronic notice to the following counsel of record:

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
John J. Meehan, Esq.
Monica Hincken, Esq.
Kassandra Vazquez, Esq.
JOSEPH & NORINSBERG, LLC
825 Third Avenue, Suite 2100
New York, New York 10022
jon@norinsberglaw.com
bennitta@employeejustice.com
jmeehan@employeejustice.com
mhincken@employeejustice.com
kassandra@employeejustice.com
*Counsel for Plaintiff Chirayu S. Rana*

Cardelle B. Spangler, Esq.
Sarah N. Kreger, Esq.
WINSTON TAYLOR LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Cardelle.Spangler@winstontaylor.com
Sarah.Kreger@winstontaylor.com
*Counsel for Defendant JPMorgan Chase Bank, N.A.*

Kristine J. Feher, Esq.
Sylvia E. Simson, Esq.
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
feherk@gtlaw.com
sylvia.simson@gtlaw.com
*Counsel for Defendants Brandon Graffeo, Jonathan Wolter, and Kelly Crowe*

/s/ *Melissa C. Rodriguez*
Melissa C. Rodriguez