USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Any papers in opposition to the motion to withdraw as counsel (Dkt 55) shall be filed no later than October 22, 2026. Any reply shall be filed no later than October 28, 2026.

SO ORDERED.

Dated: October 15, 2026

Lewis A. Kaplan
United States District Judge