UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF**
**<u>OPPOSITION TO MOTION TO STAY</u>**

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through undersigned counsel, writes to notify the Court that it intends to oppose Plaintiff's Letter Motion to Stay (ECF No. 61, the "Stay Motion"). In support of this notice, JPMorgan states as follows:

1. On October 14, 2026, Plaintiff's counsel of record, Joseph & Norinsberg, LLC, moved pursuant to S.D.N.Y. Civ. R. 1.4(b) for leave of the Court to withdraw as counsel for Plaintiff Chirayu Rana (ECF No. 55, the "Withdrawal Motion").

2. The next day, Plaintiff the Stay Motion seeking to stay all discovery pending resolution of the Withdrawal Motion, and if that motion is granted, for the period the Court affords Plaintiff to retain new counsel, as well as an extension of Plaintiff's time to respond to Defendant Hajdini's counterclaims. ECF No. 61.

3. Plaintiff's requested stay of discovery and 60-day adjournment of existing case deadlines would be highly prejudicial to JPMorgan's defense of this action and would unduly delay the progress of this case.

4. Accordingly, JPMorgan intends to file a letter response to Plaintiff's Stay Motion in short order.

5. JPMorgan writes only to notify the Court of its intention to oppose the letter motion to stay so that it may be permitted an opportunity to prepare a fulsome response before the motion is ruled upon.

Dated: October 15, 2026

By: /s/ *Cardelle B. Spangler*

Cardelle B. Spangler
Sarah N. Kreger
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
(312) 558-5600
cardelle.spangler@winstontaylor.com
sarah.kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

/s/ *Sarah N. Kreger*_____

*Attorney for Defendant JPMorgan Chase Bank, N.A.*