USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Plaintiff's time within which to (a) reply or move with respect to the counterclaims, and (b) respond to now outstanding discovery requests from defendants, or any of them, responses to which first will become due after the date hereof, is extended to and including November 6, 2026, provided, however, that plaintiff's preexisting obligations to produce documents on or before October 16 and to respond to interrogatories by October 12, with which he allegedly has not yet complied, are unaffected by this order.

The service by any party of new discovery requests is hereby stayed until November 6, 2026.

SO ORDERED.

Dated: October 19, 2026

Lewis A. Kaplan
United States District Judge