UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

CHIRAYU S. RANA,

Plaintiffs,

-against-

JPMORGAN CHASE BANK, N.A.,
LORNA HAJDINI, BRANDON GRAFFEO,
JON WOLTER, and KELLY CROWE,

Defendants.

---x

**Case No**. 1:26-CV-06351

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that SHEHARYAR ALI LAW GROUP, P.C., attorneys for Plaintiff CHIRAYU S. RANA ["Plaintiff"] by Sheharyar Ali, Esq., appears for the Plaintiff and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: Valley Stream, New York
October 22, 2026

SHEHARYAR ALI LAW GROUP, P.C.

Sheharyar Ali, Esq.
*Attorney for Plaintiff*
877 N Corona Ave
Valley Stream, New York 11580
(516) 820-1020
ali@salawpc.com