WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**Cardelle B. Spangler**
Partner
+1 (312) 558-7541
Cardelle. Spangler@winstontaylor.com

October 22, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351-LAK**

Dear Judge Kaplan:

Defendant JPMorgan Chase Bank, N.A. ("JPMC") and Defendant Lorna Hajdini submit this joint letter motion to seal pursuant to Standing Order 19-mc-00583, Section 6 of the SDNY Electronic Case Filing Rules, and Your Honor's Individual Practices for Filings Under Seal. Specifically, JPMC and Ms. Hajdini seek leave to file the following documents under seal, on the grounds that they contain information that a third-party subpoena recipient and witness ("Third Party") designated as confidential, as well as the identity of the Third Party, which the Third Party has requested be kept confidential:

1. JPMC's Response in Opposition to Motion to Withdraw as Counsel for Plaintiff ("JPMC's Response");
2. The Declaration of Sarah N. Kreger, filed in support of JPMC's Response ("Kreger Declaration") and certain exhibits thereto;
3. Hajdini's Response in Opposition to Motion to Withdraw as Counsel for Plaintiff ("Hajdini's Response");
4. The Declaration of Melissa C. Rodriguez, filed in support of Ms. Hajdini's Response ("Rodriguez Declaration");
5. The Third Party's July 28, 2025 affirmation submitted in the underlying state court action, attached as Exhibit 1 to the Kreger Declaration and as Exhibit A to the Rodriguez Declaration;
6. The subpoena to produced documents issued by JPMC to the Third Party, attached as Exhibit 3 to the Kreger Declaration;
7. The October 2, 2026 email from counsel to JPMC to counsel for the Third Party, attached as Exhibit 4 to the Kreger Declaration;
8. The October 13, 2026 email from counsel for the Third Party, attached as Exhibit 5 to the Kreger Declaration and Exhibit F to the Rodriguez Declaration; and
9. The Third Party's October 22, 2026 Declaration ("Third-Party Declaration"), attached as Exhibit 6 to the Kreger Declaration and as Exhibit G to the Rodriguez Declaration;

JPMC and Hajdini seek leave to file these documents under seal on the sole ground that

the Third Party has requested that the Third-Party Declaration and her identity be kept confidential and that the aforementioned materials be filed under seal. JPMC and Ms. Hajdini do not agree that sealing is appropriate.

JPMC's Response, the Kreger Declaration, and the exhibits thereto, as well as Hajdini's Response, the Rodriguez Declaration, and the exhibits thereto, rely on and quote the Third-Party Declaration and refer to the Third Party's name in support of JPMC's and Hajdini's arguments, respectively, in opposition to the withdrawal of Plaintiff's counsel.

On October 22, 2026, counsel for JPMC and Ms. Hajdini met and conferred with counsel for the Third Party. The Third Party expressly requested that JPMC and Ms. Hajdini file the Third Party Declaration, and any filings containing the name of the Third Party, under seal. de-designate On October 22, counsel for JPMC informed counsel for the Third Party of its intent to file this motion and that pursuant to Judge Kaplan's Individual Practices, the Third Party "must file, within three days, a letter explaining the need to seal or redact the materials."

In sum, JPMC and Hajdini respectfully request leave to file the documents referring to the Third-Party Declaration and the Third Party's identity under seal.

Respectfully submitted,

/s/ *Melissa C. Rodriguez*
Melissa C. Rodriguez
Sam. S. Shaulson
Rebecca Hegazy
Morgan Lewis Bockius LLP
101 Park Avenue
sam.shaulson@morganlewis.com
melissa.rodriguez@morganlewis.com
rebecca.hegazy@morganlewis.com
(212) 309-6001

*Attorneys for Lorna Hajdini*

/s/ *Cardelle B. Spangler*
Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N Kreger (*admitted pro hac vice*)
Winston Taylor
300 N. LaSalle Dr.
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

*Attorneys for JPMorgan Chase Bank, N.A.*