# EXHIBIT A

## (UNREDACTED FILED UNDER SEAL)