# EXHIBIT C

## Case Details

| | |
|---|---|
| **Case ID:** | 26464 |
| **Case Type:** | HR Misconduct |
| **Case Manager:** | [redacted] |
| **Case Level:** | 3 |
| **Team:** | Investment Management |
| **Date Reported to HR:** | 02/21/2023 |
| **Case Create Date:** | 02/21/2023 |
| **Case Close Date:** | 04/05/2023 |
| **Control Function Escalation:** | No |
| **Is Case Attorney-Client Privileged?** | |

## Issue(s) Summary

[redacted] raised concerns regarding comments and conduct by Chirayu Rana directed at their manager, [redacted] including making threatening comments; recording conversations in the office and reading [redacted] emails when he stepped away from his desk. Chirayu Rana made allegations of sexual harassment and intimidation against [redacted].

| | |
|---|---|
| **Issue Status:** | Closed |
| **Date of Incident:** | 03/09/2022 |
| **Did any of the conduct involve the use of alcohol or drugs?** | No |
| **Where did the conduct occur?** | On Premises, Off Premises |
| **How many occurrences?** | Multiple Incidents |
| **What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** | Reporting Line |

## Issue Findings

| | |
|---|---|
| **Summary of Findings:** | The investigation did not corroborate Chirayu's claims of inappropriate comments and actions by [redacted]. The review determined that the text messages provided by Chirayu were contrary to Chirayu's claims. The witness statements contradicted Chirayu's claims that [redacted] acted inappropriately at a team event. |
| **Findings:** | Not Supported |



## Issue 8: Sexual HR Misconduct / Inappropriate Physical Contact : Inappropriate Written or Verbal Comments of a Sexual Nature

| | |
|---|---|
| **Subject:** | [redacted] |
| **Person Raising Matter:** | Chirayu S. Rana |
| **Issue Status:** | Closed |
| **Date of Incident:** | 03/09/2022 |
| **Did any of the conduct involve the use of alcohol or drugs?** | No |
| **Where did the conduct occur?** | On Premises, Off Premises |
| **How many occurrences?** | Multiple Incidents |
| **What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** | Reporting Line |

### Issue Findings

**Summary of Findings:** The investigation did not corroborate Chirayu's claims of inappropriate comments and actions by [redacted]. The review determined that the text messages provided by Chirayu were contrary to Chirayu's claims. The witness statements contradicted Chirayu's claims that [redacted] acted inappropriately at a team event.

**Findings:** Not Supported



## Issue 9: Sexual HR Misconduct / Inappropriate Physical Contact : Inappropriate Written or Verbal Comments of a Sexual Nature

**Subject:** [redacted]

**Person Raising Matter:** Chirayu S. Rana

**Issue Status:** Closed

**Date of Incident:** 03/14/2022

**Did any of the conduct involve the use of alcohol or drugs?** No

**Where did the conduct occur?** On Premises, Off Premises

**How many occurrences?** Multiple Incidents

**What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** Reporting Line

### Issue Findings

**Summary of Findings:** The investigation did not corroborate Chirayu's claims of inappropriate comments and actions by [redacted] The review determined that the text messages and other examples provided by Chirayu were contrary to Chirayu's claims. The witness statements contradicted Chirayu's claims against [redacted].

**Findings:** Not Supported



## Issue 10: Sexual HR Misconduct / Inappropriate Physical Contact : Inappropriate Written or Verbal Comments of a Sexual Nature

**Subject:** [redacted]

**Person Raising Matter:** Chirayu S. Rana

| | |
|---|---|
| **Issue Status:** | Closed |
| **Date of Incident:** | 03/14/2022 |
| **Did any of the conduct involve the use of alcohol or drugs?** | No |
| **Where did the conduct occur?** | On Premises, Off Premises |
| **How many occurrences?** | Multiple Incidents |
| **What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** | Reporting Line |

### Issue Findings

| | |
|---|---|
| **Summary of Findings:** | The investigation did not corroborate Chirayu's claims of inappropriate comments and actions by [redacted] The review determined that the text messages and other examples provided by Chirayu were contrary to Chirayu's claims. The witness statements contradicted Chirayu's claims against [redacted] |
| **Findings:** | Not Supported |



## Issue 11: Sexual HR Misconduct / Inappropriate Physical Contact : Inappropriate Written or Verbal Comments of a Sexual Nature

| | |
|---|---|
| **Subject:** | [redacted] |
| **Person Raising Matter:** | Chirayu S. Rana |
| **Issue Status:** | Closed |
| **Date of Incident:** | 03/07/2022 |
| **Did any of the conduct involve the use of alcohol or drugs?** | No |
| **Where did the conduct occur?** | On Premises, Off Premises |
| **How many occurrences?** | Multiple Incidents |
| **What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** | Reporting Line |

## Issue Findings

**Summary of Findings:** The investigation did not corroborate most of Chirayu's claims of inappropriate comments and actions by [redacted]r. The review determined that one of the the text messages which [redacted] sent to Chirayu in jest was not professional as it referenced hookers and cocaine.

**Findings:** Not Supported but Resulted in Other Findings

**Other Findings:** Communication Concerns



## Issue 12: Sexual HR Misconduct / Inappropriate Physical Contact : Inappropriate Written or Verbal Comments of a Sexual Nature

**Subject:** [redacted]

**Person Raising Matter:** Chirayu S. Rana

**Issue Status:** Closed

**Date of Incident:** 03/07/2022

**Did any of the conduct involve the use of alcohol or drugs?** No

**Where did the conduct occur?** On Premises, Off Premises

**How many occurrences?** Multiple Incidents

**What was the nature of the work relationship between the Subject and Person(s) Raising Matter?** Reporting Line

## Issue Findings

**Summary of Findings:** The investigation did not corroborate most of Chirayu's claims of inappropriate comments and actions by [redacted] The review determined that one of the the text messages which [redacted] sent to Chirayu in jest was not professional as it referenced hookers and cocaine.

**Findings:** Not Supported but Resulted in Other Findings

**Other Findings:** Communication Concerns

[redacted] during a meeting it was shared that [redacted] was asking chriayu to take on an additional assignment and chirayu didn't have capacity and said to chirayu get on your knees and that was not taken as a forgiveness but a sexual perspective

[redacted] If he's referring to summer incident, we were supposed to discuss internal project and chriayu was upset with [redacted] he felt [redacted] was bullying him and they disagreed on a few items so [redacted] approached chirayu day before and completely ignored him and [redacted] said I guess you're busy and rescheduled the meeting. [redacted] following day tried getting chirayu's attention but he wasn't responding to him and ignoring him basically so [redacted] was visibly frustrated and chirayu said what do you want stop bothering me [redacted] said not bothering you we have a discussion to improve internal process we need to get this down and avoid issues moving forward. He took offense to that and said you blame me for things all the time and ignored him again. [redacted] tried speaking ot him and wouldn't respond. [redacted] reached over and snapped his fingers and said listen to me I'm speaking to you chirayu continued to ignore. And he said if I were [redacted] you'd be at my beck and call. This sounds like a version of a story that I disagreed with that he shared with me when he wanted to go to hr. I don't remember anything about your knees but I remember if I were [redacted] you'd be at my beck and call but I'm vp you don't respect me

[redacted]: you don't recall that specific comment?

[redacted] I don't this is sort of convo chirayu had with me and when he wanted me to corroborate. He was premeditating this story and how he was bisexual and sexually harassed and wanted [redacted] l to take him down and [redacted] was an impediment to the firm. He didn't say he was fabricating the story but he wanted to go with this story I said I don't agree with this. And I said if he wasn't a witness that he would sue the firm and I said don't. he said if you're part of the lawsuit you could make a lot of money. Idk what he meant by that. I had no interested I vehemently told him that I wanted any part of that. Idk if he brought up his sexuality but it sounds like the narrative he was creating. After these confrontations with [redacted] he'd add to what he called the list of his evidence for bullying which he viewed as bullying. Which I don't think is bullying for now but he was claiming at the time.

[redacted] that's helpful thank you. His bisexuality did come up. I want to talk about the environment in la office was described as frat boy a lot of talking about women sex alcohol etc. what's your perspective?

[redacted] I wouldn't characterize it as frat boy… I was never part of Greek life so not the best with my depiction. We had gone out together grabbed drinks following a hard deal following reviews or bonus discussions we had gone out a few times to the local bar in the mall here called Javier's and we'd have a drink talk and laugh. Not a frat boy culture, not drinking in the office, no sexual remarks in the office, there were discussions in the context of working with people, in my case what did you do over the weekend, I talk about my gf, my family. That's the extent to which any of those conversations were had or maybe I said me and my gf went out Saturday night and we went out to karaoke and [redacted] maybe would laugh but it wasn't much beyond that. They are all married they don't … I don't want to say they're squares I think they're beyond that point in their lives.

[redacted] chirayu's bisexuality, how did you know about it?

[redacted] I don't actually know if he is never came up not that it really matters. Did he ever have a gf, no. I set him up with a family friend. He mentioned he wanted to meet more people in la. I never got the idea he was bisexual or anything to that affect. Not that It matters but this sounds like the story he has premeditated. He told me he was going to say he was bisexual to make his sexual harassment claim stronger. Maybe there were jokes around me too which gave him an idea of saying he was bisexual which would give him a leg up. Sounds like h was laughing about it never made reference to that it was more premeditated and used it in case anything happened. He told me this is what he was going to do. I asked do you not feel guilty about falsifying this information ? You're lying. He didn't deny he was lying about bisexual thing. Maybe he is being sincere and he didn't know how to communicate that wit me but I know this is a plan he put together and I asked if he felt remorse and he asked why would I feel remorse. I said they have families and children and he said why would I care I care about my livelihood. Really doesn't matter if he's bisexual wouldn't make a difference in how he's treated.

[redacted] you mentioned you introduced him to a family friend and went on a few dates with her. Did [redacted] know about that and make any comments?

[redacted] Uhh I think there was a time I may have mentioned it to [redacted] and he said okay that was it. Nothing more there. Now I know chirayu took offense to it

[redacted]: so chirayu heard it and was offended by it?

[redacted]: Yes he asked me first what did he say. I wasn't sure whether or not to tell him but it sounded like he heard so I told him and he said why would he ask that. He has a pattern of being extremely paranoid and taking things out of context. No indication this was said in a negative way. Just so paranoid. One of his things he had on his list

[redacted]: it was communicated that It had a condescending tone attached to it

[redacted]: Yeah no, [redacted] was aware chirayu was sensitive and paranoid. He was very careful about what he'd say to chirayu. And [redacted] was cautious about that and I think he made a concerted effort to do that. But chirayu never moved passed that and went deeper down the rabbit hole. He viewed [redacted] as an obstacle because he's never endorse him for a promotion or anything.

[redacted]: I have a few more questions. Another comment you would have witnessed is commentary from [redacted] about chirayu's age. They are the same age and [redacted] saying "you should have been further along" "how do