# EXHIBIT D

## Resolution Actions (2 of 5)

| | |
|---|---|
| **Related Party** | Chirayu S. Rana |
| **Related Party Role** | Person Raising Matter,Subject |
| **Resolution:** | Discipline |
| **Action:** | Termination |
| **Status:** | Communicated |
| **Communication Date:** | 03/07/2023 |
| **Description:** | Chirayu was terminated with a separation agreement due to management's concerns regarding his inappropriate behavior. |
| **Tied to Issue(s):** | Inappropriate Communications : Inappropriate Written or Verbal Communications that Threaten, Incite or Condone Violence (Non-Sexual<br>**Findings:** Supported<br><br>Inappropriate Communications : Inappropriate Written or Verbal Communications that Threaten, Incite or Condone Violence (Non-Sexual<br>**Findings:** Supported<br><br>Mishandling of Confidential/Proprietary Information : Accessing Confidential HR Information<br>**Findings:** Supported<br><br>Mishandling of Confidential/Proprietary Information : Accessing Confidential HR Information<br>**Findings:** Supported |