# EXHIBIT E

# JustAnswer Employment Law

IP 68.129.251.81 - New Jersey

GQA URL: https://www.askalawyeroncall.com/employment-law/saw60-raped-secually-assulted-harassed-forced.html

This question has been locked until further notice.

**Q:**

## HiJA: Hello! I'm here to assist you.

**6/24/2025 at 10:49 PM (ET)**

Hi

**JA:** Hello! I'm here to assist you. Could you please share a bit about the legal issue you're facing?

**Customer:** I was raped, secually assulted, harassed, and forced to do drugs by my former boss at **********. I was then retaliated against for seeking to move groups internally at the firm

**JA:** I'm truly sorry to hear about your experience. It's important to address this situation. Could you let me know if you've already reported these incidents to any authorities or HR at ***********?

**Customer:** HR conducted an "investigation" but they ultimately made me signed a Separation Agreement

**JA:** Thank you for sharing that. Did the Separation Agreement include any clauses about waiving your rights to pursue further legal action or discuss the matter publicly?

**Customer:** yes but I was forced to sign under duress

**JA:** I understand. It's important to address the circumstances under which you signed the agreement. Have you gathered any evidence or documentation related to the duress or the incidents you mentioned?

**Customer:** YES I am AMPLE evidence

**JA:** Thank you for letting me know. Having evidence can be crucial. Have you already consulted with any legal

Question Admin | Outreach Update

### Question Admin

**Question**

HiJA: Hello! I'm here to assist you.

**Priority**: Normal Question

**Status**: Closed

**Lock Question** | **Show Question Reports**

**Closure reason**: AC : Admin or Mod closing question

**Closed By: Lori-admin**

**Close Date UTC**: 07/02/2025, 2:49:17 AM

**Due Date/Time Remaining**

**Set New Time Left**

UTC: 06/25/2025, 3:04:17 AM

**Offer (native currency)**: 36 $

**Move Question**: -- Employment Law

**Second Category**: Legal

**Optional Info**

| Speaker | Segment |
|---|---|
| Customer | threatened |
| Customer | me |
| Customer | while I was living in California. |
| Expert | Uh-huh. |
| Customer | And we |
| Customer | work on Wall Street, and it's a very, very small world, as you can imagine. |
| Customer | And I was in LA, and I |
| Expert | Uh- |
| Customer | was alone out there. |
| Customer | And towards the tail end of it, |
| Expert | huh. |
| Customer | he effectively said, |
| Customer | because he found out that I was like looking to move internally to another group, |
| Customer | he effectively, and I was fine. I literally moved out to California for this job. |
| Customer | And he |
| Customer | said, if you try to get, if you like, if |
| Customer | you don't sign |
| Customer | the papers and just go away. And by the way, I recorded everything, all the phone calls, I have a shit ton of evidence. |
| Expert | Uh-huh. |
| Customer | But |
| Customer | what |
| Customer | I'm dealing with is I signed a separation. |
| Expert | Right. |
| Customer | And so when he, |
| Customer | I was really scared because A, I couldn't afford to live in California. And |
| Customer | without the job, I like need the job, right? Like I'm the first generation. |
| Expert | Uh-huh. |
| Customer | And after |
| Customer | he found out, I |
| Customer | was like, |
| Customer | actually gay and stuff like that. |
| Expert | Uh-huh. |

| Speaker | Segment |
|---|---|
| Customer | He like |
| Customer | started getting incredibly hostile over |
| Customer | there. And once |
| Customer | I signed the agreement, I |
| Customer | was pretty much forced to do so because he |
| Customer | said, |
| Customer | I know everyone, I will literally destroy your career if you try to do anything to fight back. And I'm |
| Expert | Well, did |
| Expert | you go to any counseling because of that or anything like that? |
| Customer | sorry. |
| Expert | Did you have any physical or mental illnesses after the incident at work? |
| Customer | I mean, physical, |
| Customer | mental, yes. I've been going through a fucking mental breakdown since. But you have to, and so when I left, |
| Customer | it was obviously on terrible terms. He told every, most people are based in New York with |
| Expert | Okay. |
| Customer | a group. |
| Customer | And not many people knew what was going on and they kept it like, hush, hush. Only the leadership knew. And he spun the story and said, oh, Troy, you like made all this, like this person made all this shit up. He's been fired so many times, even from his previous. But, |
| Customer | and |
| Customer | it was |
| Customer | incredibly disheartening |
| Expert | Well, |
| Customer | because when I went, when I got, |
| Expert | may I ask you how long ago this happened? |
| Customer | this happened in 2023. |
| Expert | 2020 is two years ago. Okay. |
| Expert | So, you didn't go to the police, now you're not here and maybe you can go to the police now if they'll listen to you. Also, you may have a workers' compensation claim. |
| Expert | You can go to superlawyers.com and look under workers' compensation. Those attorneys work strictly commissioned. |
| Expert | You know, if you're mentally or physically injured from a job, you |

| Speaker | Segment |
|---|---|
| Expert | might be able to get workers' compensation. As for the thing that you signed, that separation agreement, |
| Expert | were you given money? Like, perhaps severance in exchange for a signing that you won't? Okay. |
| Customer | Yeah. Yeah. I mean, they only gave me, I didn't know what I was doing. You have to realize that that was my first time, but |
| Expert | Well, |
| Expert | the thing is you can't sign it with your right to go to EEOC.gov, but |
| Expert | if they give you a right to sue, you're kind of stuck with it because then you can't sue. You might want to go to some employment attorneys. Go back to superlawyers.com and talk to some employment attorneys. Some of them work strictly commissioned about maybe some |
| Expert | action against him, you know, |
| Expert | but EEOC would have been the place. |
| Customer | I can't because I signed my waiver. And then, |
| Expert | You signed the waiver that you won't take any action. You cannot sign away your right to go to EEOC or your state and complain. However, if they give you a right to sue, you can't do anything with it. That's the problem. |
| Expert | But workers' compensation might be a viable thing for you. Also, you might want to go to the police and report it. |
| Expert | The fact that two years have passed now, look at all the years that have passed with Harvey Weinstein, how many years ago that happened and he was in jail. So you also might want to talk to an employment attorney, |
| Expert | also maybe some criminal law attorneys on a free consultation to see what they could do for you. |
| Customer | but every, I understand man. But the issue is everyone, everyone has |
| Customer | refused to help me because I signed a letter. |
| Expert | Well, you signed a letter you won't take any legal action because |
| Expert | of a separation agreement. I |
| Expert | don't think that covers workers' compensation or it may not cover a criminal battery and sexual battery and things like that. |
| Customer | Okay. Could |
| Expert | So you might want to... |
| Customer | I, |
| Customer | and another thing he did when I got my other job, he breached the NDA and told my other job that all of that shit happened and he spun a story and they ended up pushing me out within like three months of me starting. |
| Expert | Okay. |
| Expert | Okay. Now that isn't covered by the agreement. What he did is called tortious interference in the business relationship. He can't find out where you're working and then call up and badmouth you. That's a tort. For that, you want to go to superlawyers.com and look under personal injury. |