# EXHIBIT F

**From:** Rodriguez, Melissa C.
**Sent:** Tuesday, October 13, 2026 7:07 PM
**To:** Spangler, Cardelle; Patrick Selvey; Johannah Berta; Kreger, Sarah N.
**Cc:** Lance Clarke; Stacey Clarke; Borne, Sophie; Sullivan, Brian W.; Makinen, Eric M.; Shaulson, Samuel S.
**Subject:** RE: Rana v. JPMorgan, No. 26-cv-06351 - Non-Party Witness Affirmations

Greeetings, Patrick and Johanna (and all). We (Morgan Lewis) are counsel for Ms. Hajdini. Both 5pm EST and 6pm EST work for me. Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

---

**From:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>
**Sent:** Tuesday, October 13, 2026 7:01 PM
**To:** Patrick Selvey <Selvey@hcllplaw.com>; Johannah Berta <Johanna.berta@qpwblaw.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Cc:** Lance Clarke <clarke@hcllplaw.com>; Stacey Clarke <sc@hcllplaw.com>; Borne, Sophie <sophia.borne@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** RE: Rana v. JPMorgan, No. 26-cv-06351 - Non-Party Witness Affirmations

[EXTERNAL EMAIL]
Thank you, Patrick. Johannah, it is nice to meet you. Tomorrow at 4CST would work better for me but we can make 5CST/6EST work as well. We can send an invitation once everyone has confirmed the time. Thank you.

Sincerely,

Cardelle

**Cardelle Spangler**
Managing Partner, Internal Affairs
Co-Chair of Labor & Employment Practice

- T +1 (312) 558-7541
- cardelle.spangler@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Patrick Selvey <Selvey@hcllplaw.com>
**Sent:** Tuesday, October 13, 2026 5:57 PM

**To:** Johannah Berta <Johanna.berta@qpwblaw.com>; Kreger, Sarah N. <SKreger@winston.com>; Spangler, Cardelle <CSpangler@winston.com>
**Cc:** Lance Clarke <clarke@hcllplaw.com>; Stacey Clarke <sc@hcllplaw.com>; Borne, Sophie <SBorne@winston.com>
**Subject:** Rana v. JPMorgan, No. 26-cv-06351 - Non-Party Witness Affirmations

Counselors,

By way of introductions, this firm represents non-party [redacted], Ms. Berta represents non-party Allan Flott, and Ms. Spangler and Ms. Kreger at Winston Taylor represent JPMC in the above referenced matter.

As discussed, the non-parties wish to discuss the timing and framework for the production of documents and affirmations recanting their prior statements. In deference to the strict time constraints imposed by the Court, we would like to target tomorrow evening if possible. In addition to the parties on this email chain, Ms. Spangler is going to add counsel for Defendant Hajdini as they were the ones who issued the as-yet unserved subpoena to Mr. Flott.

I'm available at 6:00pm ET tomorrow (10/14) if that works for everyone else, or we can discuss alternative days/times if needed.

Regards,

--

HAMILTON|CLARKE LLP
**Patrick L. Selvey, Esq.**
Of Counsel
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(C:) 917-994-1598
HCLLPLaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential. If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.