# EXHIBIT G

## (UNREDACTED FILED UNDER SEAL)