# EXHIBIT 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**County of New York** **Index No.**

**AFFIRMATION OF [redacted]**

State of New York, County of New York ss:

I, [redacted], hereby affirms, deposes, and says, as follows:

1. Chirayu Rana is my older brother by three years.

2. Since 2022, I have lived in a one-bedroom apartment located at [redacted]. Chirayu is a frequent visitor to the apartment.

3. Chirayu sometimes visits my apartment with a family friend, [redacted] who does not live in New York, also stops by when he visits New York and sometimes stays at my apartment if I am out of town.

4. At some point in the middle of 2024, I had a conversation with my brother in which he mentioned an issue he was having with a woman at his work who was harassing him and trying to blackmail him. He was not comfortable telling me details but kept saying that this woman was making his life hell. I told Chirayu I wanted to see what this person looked like and he showed me a profile picture, I believe from LinkedIn, of a woman and told me her name was Lorna Hajdini.

5. In or about mid-summer 2024, around dusk, as I was leaving my apartment building, I saw Chirayu standing across the street at the intersection. He appeared to be waiting for the light to change to cross towards my apartment. He was with a woman I recognized to be Ms. Hajdini.

6. While Chirayu stood there, the woman was standing very close to him. She had her face in his neck and appeared to be kissing his neck. I also saw her grab his rear end.

Chirayu's head was turned away from the woman, as if to avoid the interaction. He did not appear interested in the woman and I did not see him reciprocate in any way.

7. In or about September 2024, as I was leaving my apartment around 9:00 or 10:00 in the evening, I ran into Chirayu and Ms. Hajdini as they entered the building. They were entering the second set of doors leading to the stairwell landing as I was coming down the stairs.

8. Ms. Hajdini appeared intoxicated and was being very loud. My brother appeared to be extremely irritated and did not make eye contact with me, which I found odd.

9. As I passed them, I heard Ms. Hajdini say something about "owning" and "brownie" that sounded like, "I own you Brownie," or something similar to that. I was startled because this occurred as we were passing each other, and at first I thought she was speaking to me. When I looked at Ms. Hajdini I realized that she was speaking to my brother.

*I affirm this* 28 *day of* July*, 20*25*, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

[redacted]

[redacted]