# EXHIBIT 2

**SUPREME COURT OF THE STATE OF NEW YORK**
**County of New York** **Index No.**

**AFFIRMATION OF [redacted]**

Commonwealth of Pennsylvania, County of Alleghany ss:

I, [redacted] hereby affirms, deposes, and says, as follows:

1. Chirayu Rana is a family friend. I went to grade school with his sister [redacted] and am friends with both she and Chirayu, who I see from time to time in New York or in Virginia where our families are from.

2. On or about September 13, 2024, I attended a Kygo concert held at the Barclays Center in Brooklyn, NY. I attended the concert with my brother.

3. During the concert my brother and I walked around to different parts of the venue. At one point, I spotted Chirayu sitting with a group. I was approximately one or two seating sections away from him at the time.

4. I observed a woman sitting next to Chirayu. The woman was very "handsy" with Chirayu, putting her hands on his lap, back, legs and lap. In addition, she put her face very close to Chirayu's and appeared to be speaking into his ear.

5. Chirayu sat facing forward. He did not look comfortable with the situation.

6. Because I did not know the woman or Chirayu's relationship with her, I did not stop by to say hello.

7. Later in September 2024, I was visiting New York and stayed at [redacted] apartment. When visiting New York, I sometimes stay at [redacted]s apartment when she is out of town. Her apartment is located at [redacted].

8. On that night, I had plans with Chirayu to meet at his sister's apartment and then go out for drinks together. However, when it became late and Chirayu had not arrived, I went to sleep on the couch in the living room.

9. In the middle of the night, I was awoken by the sound of a woman who was clearly intoxicated and speaking very loudly. Shortly after, Chirayu entered the apartment with the woman. Chirayu asked the woman to please be quiet, but she loudly refused and said she would not be quiet. Chirayu later told me that the woman was Lorna Hajdini, a woman with whom he worked.

10. Chirayu and Ms. Hajdini then went into [redacted]s bedroom, and I attempted to go back to sleep.

11. A short while later I was awoken by Ms. Hajdini, who was completely naked. Ms. Hajdini sat on the couch and lit a cigarette. She then asked me to come to the bedroom with her and "join them." I told her no. She again said, "come join, come join." I again told her no. She then said, "you know, I own Chirayu, so you'd better come join." I continued to say "no." Eventually, Ms. Hajdini got up from the couch and went back into the bedroom and closed the door.

12. Through the door a short distance away I could hear arguing and Chirayu loudly pleading with Ms. Hajdini to stop, and to leave. I heard him say, "no, no, no, you have to leave. I'm not going to do this. Please stop."

13. It became quiet. Then, some time later, Ms. Hajdini came out of the bedroom and left the apartment. A few moments after that, Chirayu came out of the apartment in a state of shock and embarrassment.

14. Chirayu then told me about how Ms. Hajdini constantly harassed him and had forced him to engage in sexual behavior with her on a number of occassions. He also told me that she frequently said to him things like, "I am in charge of you and I will get what I need from you," and, "if you don't comply, there will be trouble." He told me that this had been a big problem going on in his life for some time.

15. In later conversations, Chirayu reiterated his concern that Ms. Hadjini was blackmailing him and forcing him to engage in sexual acts and also provide help with her career, and that she constantly threatened to harm his career if he did not. Although Chirayu was not comfortable explaining the specifics of his experiences with Ms. Hadjini, I recall him telling me that she had shown him naked pictures of herself. He also told me that, on the night in September when I was staying at his sister's apartment, she had sexually assaulted him in the bedroom.

*I affirm this 27 day of July, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

[redacted]