# EXHIBIT 4

**From:** Kreger, Sarah N.
**To:** Patrick Selvey; Lance Clarke
**Cc:** Stacey Clarke; Spangler, Cardelle; Borne, Sophie
**Subject:** RE: External Email Rana v. JPMorgan, No. 26-cv-06351 — Subpoena to [redacted]
**Date:** Friday, October 2, 2026 6:33:00 PM
**Attachments:** [redacted] Aff (Witness 2) (2).pdf
Rana v. JPM et al. - Affirmation of [redacted](23396251.1).docx

---

Patrick,

Thank you for the call this afternoon. I write to confirm the substance of our conversation. You stated that your client, [redacted] made statements in a previous affirmation (attached for reference) which are untrue. As you described, her brother, Chirayu Rana, came to her to ask her to present the statements in the affirmation as if they were facts within her own personal knowledge, but they were not. You stated that was told by her brother the affirmation would not be used in court or disclosed publicly. You stated that while she is concerned for her safety and would prefer to avoid publicity, she wants to recant her prior statements and does not want to continue to perpetuate a fraud.

To that end, we ask that your client please review and execute the attached affirmation confirming the substance of this position to be presented to the court in connection with the above-referenced litigation.

Thank you,
Sarah

**Sarah Kreger**
Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*