# EXHIBIT 5

**From:** Patrick Selvey
**To:** Johannah Berta; Kreger, Sarah N.; Spangler, Cardelle
**Cc:** Lance Clarke; Stacey Clarke; Borne, Sophie
**Subject:** Rana v. JPMorgan, No. 26-cv-06351 - Non-Party Witness Affirmations
**Date:** Tuesday, October 13, 2026 5:57:20 PM

---

Counselors,

By way of introductions, this firm represents non-party [redacted] Ms. Berta represents non-party Allan Flott, and Ms. Spangler and Ms. Kreger at Winston Taylor represent JPMC in the above referenced matter.

As discussed, the non-parties wish to discuss the timing and framework for the production of documents and affirmations recanting their prior statements. In deference to the strict time constraints imposed by the Court, we would like to target tomorrow evening if possible. In addition to the parties on this email chain, Ms. Spangler is going to add counsel for Defendant Hajdini as they were the ones who issued the as-yet unserved subpoena to Mr. Flott.

I’m available at 6:00pm ET tomorrow (10/14) if that works for everyone else, or we can discuss alternative days/times if needed.

Regards,

--

**Patrick L. Selvey, Esq.**
Of Counsel
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(C:) 917-994-1598
HCLLPLaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential. If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*