SHEHARYAR ALI
LAW GROUP, P.C.

*Attorneys and Counselors at Law*

877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-820-1020 | Email: Ali@salawpc.com
https://salawpc.com

October 23, 2026

**VIA PACER**
United States District Judge
Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Rana v. JPMorgan Chase Bank, N.A. et al***
***Case No.: 1:26-cv-06351-LAK***

Dear Honorable Lewis A. Kaplan:

The current docket reflects that our firm is counsel of record for the Plaintiff, Chirayu Rana, (hereinafter referred to as the "Plaintiff"). Pursuant to Local Civil Rule 1.4, we respectfully submit this letter motion seeking leave to withdraw as counsel for Plaintiff.

Following the filing of our Notice of Appearance on October 22, 2026, additional information concerning the underlying facts and circumstances of this litigation came to our attention. Upon further review and consideration of this information, our firm determined that the circumstances materially differ from our initial understanding of the matter and that withdrawal is appropriate. Accordingly, we have promptly sought leave to withdraw, less than 24 hours after filing our Notice of Appearance.

Our firm's involvement in this matter has been limited to an initial consultation with Plaintiff, document review, and filing the Notice of Appearance. We have not performed any further work in connection with this litigation.

We further note that Plaintiff's existing counsel has a pending motion to withdraw, which is currently opposed by Defendants. Existing counsel remains counsel of record pending the Court's determination of that motion.

Given our limited involvement and the promptness of this request being made less than 24 hours after entering our appearances, we respectfully submit that our withdrawal will not prejudice the Plaintiff or disrupt the proceedings. We also conferred with counsel for Defendants JPMorgan Chase Bank, N.A., Graffeo, Wolter, and Crowe who have advised that they do not oppose our motion to withdraw. We also reached out to Counsel for Defendant Hajdini and have not yet received a response on their position.

Our firm is not asserting any liens in connection with this matter.

Accordingly, we respectfully request that this Honorable Court grant our motion to withdraw as counsel for Plaintiff. Specifically, the undersigned and Sheharyar Ali, Esq.

Respectfully,



______________________

Mohammad A. Tahir, Esq.