UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**NOTICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S**
**MOTION FOR SANCTIONS**

Defendant JPMorgan Chase Bank, N.A. ("JPMC") by and through its undersigned counsel and pursuant to this Court's inherent power to deter abuse of the judicial process and prevent a party from perpetrating a fraud on the court, respectfully requests that this Court sanction Plaintiff Chirayu Rana by dismissing this action with prejudice, awarding attorneys' fees and costs to JPMC, and granting such other relief as the Court deems just and proper. In support of this motion, JPMC relies on and incorporates herein by reference its Brief in Support of its Motion for Sanctions and supporting materials filed contemporaneously herewith.

**WHEREFORE**, JPMC respectfully requests that this Court grant its motion and the relief sought therein.

Dated: October 26, 2026

By: /s/ *Cardelle B. Spangler*

Cardelle B. Spangler (admitted *pro hac vice*)
Sarah N. Kreger (admitted *pro hac vice*)
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400

Chicago, IL 60654-3406
(312) 558-5600
cardelle.spangler@winstontaylor.com
sarah.kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

/s/ *Sarah N. Kreger*

*Attorney for Defendant JPMorgan Chase Bank, N.A.*