UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**DECLARATION OF CARDELLE B. SPANGLER**

I, Cardelle B. Spangler, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Winston Taylor LLP and am counsel for Defendant JPMorgan Chase Bank, N.A. ("JPMC") in the above-captioned matter brought by Plaintiff Chirayu Rana.

2. I am duly licensed to practice before the courts of Illinois and admitted *pro hac vice* in this matter.

3. I have prepared this declaration to provide this Court with evidence supporting JPMC's Motion for Sanctions.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's sworn EEOC Charge of Discrimination dated March 31, 2026.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Responses and Objections to Defendant JPMC's First Requests for Admission dated September 30, 2026.

6. Attached hereto as Exhibit C is a true and correct copy of JPMC's Subpoena to

Produce Documents, Information, or Objects issued to Baruna Rana dated August 26, 2026.

7. Attached hereto as Exhibit D is a true and correct copy of Baruna Rana's Objections and Responses to JPMC's Subpoena to Produce Documents, Information, or Objects dated September 24, 2026.

8. Attached hereto as Exhibit E is a true and correct copy of JPMC's letter to Daniel Kaiser, then-counsel for Plaintiff, dated May 12, 2026.

9. Attached hereto as Exhibit F is a true and correct copy of excerpts of the October 6, 2026 Initial Pretrial Conference hearing transcript.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026

*/s/ Cardelle B. Spangler*
Cardelle B. Spangler