# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

CHIRAYU S. RANA,

Plaintiff,

v. 26 Civ. 6351 (LAK)

JPMORGAN CHASE BANK, N.A., *et al.*,

Defendants. Oral Argument
------------------------------x

New York, N.Y.
October 6, 2026
10:10 a.m.

Before:

HON. LEWIS A. KAPLAN,

District Judge

APPEARANCES

JOSEPH & NORINSBERG, LLC
Attorneys for Plaintiff
BY: JON L. NORINSBERG, ESQ.
MONICA HINCKEN, ESQ.
KASSANDRA VAZQUEZ, ESQ.

WINSTON TAYLOR LLP
Attorneys for Defendant JPMorgan Chase Bank, N.A.
BY: CARDELLE B. SPANGLER, ESQ.
SARAH KREGER, ESQ.

MORGAN LEWIS & BOCKIUS LLP
Attorneys for Defendant Lorna Hajdini
BY: MELISSA C. RODRIGUEZ, ESQ.
SAMUEL S. SHAULSON, ESQ.

GREENBERG TRAURIG, LLP
Attorneys for Defendants
Brandon Graffeo, Jon Wolter, and Kelly Crowe
BY: KRISTINE J. FEHER, ESQ.

THE COURT: The justification for all of this is what?

MS. HINCKEN: For the subpoena being issued? The justification of the subpoena being issued?

THE COURT: Yes. It strikes me, on the face of it, as colossally overbroad.

MS. HINCKEN: Yes. Your Honor, I think that is our position. I think with respect to the privacy issues alone, with respect to all of the other people who are involved in those communications, that alone is an issue that would have to be addressed. And I also think that the defendants essentially have said that they're entitled to the exact time, date, and location of when each assault occurred, and I think just from an initial matter, that's a really——it's not——for sexual assault victims in particular, it's not unusual that that kind of exact information does not exist, necessarily, and, you know, in their memory, but we've already conceded to defendants that we would image all the devices, get all of the information that we can related to that to try to provide an exact date. I will say, the complaint——

THE COURT: To try to provide what?

MS. HINCKEN: An exact date of the assault, which is what they're seeking. But I will say, in terms of locations, the complaint does have that information. The complaint alleges some specific dates and some just months because we're not——the plaintiff was not, by memory, able to tie it to a