Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

October 26, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A.*, et al., No. 1:26-cv-06351-LAK

Your Honor:

Defendant Lorna Hajdini ("Ms. Hajdini") respectfully seeks leave to file under seal, pursuant to Standing Order 19-mc-00583, Section 6 of the SDNY Electronic Case Filing Rules, and Your Honor's Individual Practices for Filings Under Seal the following documents:

1. Ms. Hajdini's Memorandum of Law in Support of Motion for Sanctions;

2. Declaration of Melissa C. Rodriguez in Support of Motion for Sanctions;

3. Excerpts of communications produced by a non-party subpoena recipient (the "Third Party"), attached as Exhibit D to the Declaration of Melissa C. Rodriguez.

Ms. Hajdini seeks leave to file these materials under seal solely because the Third Party has requested materials it designated confidential be kept under seal. Ms. Hajdini does not agree that sealing is appropriate and intends to oppose any request to maintain these materials under seal. On October 26, 2026, at 10:06 PM, counsel for Third Party informed counsel for JPMorgan Chase Bank, N.A. and Ms. Hajdini that she has withdrawn her confidentiality designation over the Recantation.

Counsel for Ms. Hajdini, pursuant to your Honor's Individual Practices, informed counsel for the Third Party that Third Party must submit a letter within three days explaining the basis for any requested sealing or redaction. Accordingly, Ms. Hajdini respectfully requests leave to file the identified materials under seal, subject to the Third Party's obligation to justify continued sealing.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez