UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 26-cv-06351-LAK |

**NOTICE OF DEFENDANT/COUNTERCLAIM PLAINTIFF LORNA HAJDINI'S JOINDER IN JPMORGAN CHASE BANK N.A.'S MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that Defendant/Counterclaim Plaintiff Lorna Hajdini ("Ms. Hajdini"), pursuant to the Court's inherent authority, 28 U.S.C. § 1927, Local Civil Rule 7.1 of the United States District Court for the Southern District of New York, and the Individual Rules of Practice of the Honorable Lewis A. Kaplan, United States District Judge, hereby joins in Defendant JPMorgan Chase Bank, N.A.'s motion for sanctions (ECF No. 85) and moves this Court for an order imposing sanctions against Plaintiff/Counterclaim Defendant Chirayu Rana and Joseph & Norinsberg, LLC ("J&N"), including dismissal of Plaintiff's claims with prejudice, as well as preservation of Ms. Hajdini's counterclaims in this Court, and the fees and costs caused by Plaintiff/Counterclaim Defendant and J&N, together with such other and further relief as this Court deems just and proper.

Ms. Hajdini's claims for relief are set forth in the accompanying Memorandum of Law in Support of Motion for Sanctions, the supporting exhibits attached thereto, and the pleadings and proceedings previously had herein.

Dated: October 26, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Melissa C. Rodriguez*

Melissa C. Rodriguez
Sam S. Shaulson
Rebecca Hegazy
101 Park Avenue
New York, NY 10178
+1.212.309.6000
+1.212.309.6001
melissa.rodriguez@morganlewis.com
sam.shaulson@morganlewis.com
rebecca.hegazy@morganlewis.com

Brian W. Sullivan
2222 Market Street
Philadelphia, PA 19103
+1.215.963.5000
+1.215.963.5001
brian.sullivan@morganlewis.com

*Attorneys for Defendant Lorna Hajdini*