UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 26-cv-06351-LAK |

**DECLARATION OF MELISSA C. RODRIGUEZ**

**MELISSA C. RODRIGUEZ**, over the age of eighteen, an attorney duly admitted to practice law in the courts of the State of New York, hereby declares the following statements to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at Morgan, Lewis & Bockius LLP, counsel for Defendant/Counterclaim Plaintiff Lorna Hajdini ("Ms. Hajdini"). I submit this declaration in support of JPMorgan Chase Bank, N.A. ("JPMC") motion for sanctions, which Ms. Hajdini joins. The exhibits identified below are true and correct copies of materials produced or received in this litigation or maintained in our litigation files, unless otherwise stated.

2. Attached hereto as Exhibit A are true and correct copies of documents produced by Morgan Stanley bearing Bates Nos. LH-MS-000266, LH-MS-000278–000281, and LH-MS-000302–000303. Attached hereto as Exhibit B is a true and correct copy of a document from that production from Morgan Stanley bearing Bates No. LH-MS-000429.

3. Attached hereto as Exhibit C are true and correct copies of records produced by JustAnswer bearing Bates Nos. LH-JUSTANSWER-000000001 and LH-JUSTANSWER-000000008–000000010. The associated audio recording was produced separately in native format as LH-JUSTANSWER-000000004.MP3.

Docusign Envelope ID: ABFA2F72-6051-8772-80A2-AA5AB4CA3D5E


4. Attached hereto as Exhibit D are true and correct copies of communications produced with Chandani Rana's subpoena response and identified in that production as Exhibit C, "Text Messages from Relevant Period," and Exhibit D, "Additional Relevant Text Messages."

5. Attached hereto as Exhibit E are true and correct copies of the August 27, September 1, and September 23, 2026 email correspondence between counsel concerning discovery from Plaintiff and nonparties.

6. Attached hereto as Exhibit F is a true and correct copy of Tulika Bose's May 21, 2026 article, "Exclusive: Chirayu Rana's Wall Street Nightmare," published in The Juggernaut, located at https://www.thejuggernaut.com/chirayu-rana-interview-jpmorgan-banker-lorna-hajdini.

7. Attached hereto as Exhibit G is a true and correct copy of a May 1, 2026 Page Vault capture of the AskALawyerOnCall.com webpage located at https://www.askalawyeroncall.com/employment-law/saw60-raped-secually-assulted-harassed-forced.html.

8. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Chandani Rana, dated October 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
New York, New York

Signed by:
Melissa C. Rodriguez
24DA6CF30B8142D...

Melissa C. Rodriguez