# EXHIBIT E

**Makinen, Eric M.**

| | |
|---|---|
| **From:** | Monica Hincken <MHincken@employeejustice.com> |
| **Sent:** | Wednesday, September 23, 2026 6:31 PM |
| **To:** | Rodriguez, Melissa C.; Kreger, Sarah N.; Kassandra Vazquez; Isabella Brito-Garcia; Jon Norinsberg; John Meehan |
| **Cc:** | Spangler, Cardelle; Librera, Kelly A.; Shaulson, Samuel S.; Sullivan, Brian W.; Hegazy, Rebecca; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com; Abing, Carol; Makinen, Eric M. |
| **Subject:** | Re: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery |

[EXTERNAL EMAIL]
Counsel,

Thank you for providing clarification today regarding your client's position on the Morgan Stanley subpoena. As previously discussed, we have no objections to requests 1-5. You said today that you would not procced with requests 7, 8, and 9, and would narrow 10 to documents related to any transfer application/request. We have no objection to 10 given that narrowed scope. We maintain our objections related to requests 11 and 12 for the same reasons already discussed with respect to the other employer subpoenas.

Thank you also for confirming that discovery responses are not due tomorrow; we understand your concern about the shortened discovery period and are aiming to get you responses as quickly as possible; we are waiting for further clarification from our vendor who needs to speak to his forensic team for additional information - we will update you on that timeframe shortly.

Finally, we are withdrawing our objections to requests seeking communications between our client and a non-party.

Best,
Monica

---

**From:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Sent:** Tuesday, September 1, 2026 5:21 PM
**To:** Monica Hincken <MHincken@employeejustice.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** RE: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Counsel – thank you.

One clarification regarding our discussion this morning. As I indicated during our call, Ms. Hajdini is willing to consider narrowing the location-data portions of the Verizon subpoena to the specific dates and time periods of the alleged sexual assaults and other alleged sexual conduct, if Mr. Rana identifies the dates, approximate time ranges, and locations of each alleged incident. Based on our discussion, we understand that Mr. Rana will not provide that information at this time. Please let us know if our understanding is incorrect.

As to Requests 4–5, of the Morgan Stanley subpoena, you acknowledged our position during our call regarding the relevance of those requests and indicated that you would consider not moving to quash them. Please let us know once you have considered the issue whether you intend to maintain your objections to those Requests.

Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

**From:** Monica Hincken <MHincken@employeejustice.com>
**Sent:** Tuesday, September 1, 2026 2:43 PM
**To:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

[EXTERNAL EMAIL]
Counsel,

Thank you for the meet and confer this morning regarding the non-party subpoenas. Our overall understanding of the outcome of the conversation is that Defendants intend to move forward with all subpoenas as is, other than JPMC agreed to limit the portion of the requests to Mr. Rana's friends/family seeking communications between Mr. Rana and the individual being subpoenaed pending the outcome of our production (reserving the right to subpoena them in the future). Cardelle - please confirm whether you intend to issue revised subpoenas or let the subpoenaed individuals know in some other way.

Please also let us know if our understanding is incorrect in any way.

Best,
Monica

---

**From:** Monica Hincken <MHincken@employeejustice.com>
**Sent:** Monday, August 31, 2026 2:52 PM
**To:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Thanks, Sarah. We will send a dial-in number around shortly.

Best,
Monica

---

**From:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Sent:** Monday, August 31, 2026 10:51 AM
**To:** Monica Hincken <MHincken@employeejustice.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** RE: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

10am ET tomorrow works for us.

Thanks,

Sarah

WINSTON TAYLOR.

**Sarah Kreger**

Associate Attorney

■ T +1 (312) 558-6327
■ sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Monica Hincken <MHincken@employeejustice.com>
**Sent:** Monday, August 31, 2026 8:27 AM
**To:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Kreger, Sarah N. <SKreger@winston.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <CSpangler@winston.com>; Librera, Kelly A. <KLibrera@winston.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com; Abing, Carol <CAbing@winston.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

We can make that work but given that these are subpoenas sent by separate firms, I also think we can schedule calls with each firm who sent subpoenas separately if needed.

---

**From:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Sent:** Monday, August 31, 2026 9:23 AM
**To:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Monica Hincken <MHincken@employeejustice.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** RE: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

All,

I am tied up tomorrow afternoon. Would 10am EST tomorrow work for all?

Thank you.

**Melissa C. Rodriguez**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

**From:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Sent:** Friday, August 28, 2026 8:00 PM
**To:** Monica Hincken <MHincken@employeejustice.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

[EXTERNAL EMAIL]

All,

Nearly all of the third-party subpoenas referenced below were served on 8/26 and 8/27. Service has not yet been effectuated as to The Caryle Group, Hoste Hainse USE, or either of Mr. Rana's parents, but service efforts continue.

We are available to confer on Tuesday 9/1 after 2pm CT.

Thank you,

Sarah

WINSTON TAYLOR.

**Sarah Kreger**

Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Monica Hincken <MHincken@employeejustice.com>
**Sent:** Friday, 28 August 2026 15:58:39
**To:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Kreger, Sarah N. <SKreger@winston.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <CSpangler@winston.com>; Librera, Kelly A. <KLibrera@winston.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <CAbing@winston.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Melissa,

Thank you for letting us know. Does 11 am work for a call on Tuesday?

---

**From:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Sent:** Friday, August 28, 2026 12:19 PM
**To:** Monica Hincken <MHincken@employeejustice.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval

<priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>
**Subject:** RE: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Counsel,

The subpoenas served on Ms. Hajdini's behalf referenced in your email below (Verizon; Morgan Stanley) were served on 8/26. We have availability to meet and confer on Tuesday 9/1. Please let us know what might work.

Thank you.

**Melissa C. Rodriguez**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

**From:** Monica Hincken <MHincken@employeejustice.com>
**Sent:** Thursday, August 27, 2026 3:30 PM
**To:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; Isabella Brito-Garcia <isabella@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com; Abing, Carol <carol.abing@winstontaylor.com>
**Subject:** Re: [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

[EXTERNAL EMAIL]

Counsel,

We write regarding the subpoenas your offices noticed in connection with the Rana v. JP Morgan Chase Bank, N.A., et al. matter.

Please be advised that we object to the following subpoenas in their entirety: (1) The Carlyle Group, (2) MidCap Financial Services, (3) Houlihan Lokey Capital, (4) Credit Suisse Securities, (5) CrossBoundary, (6) Hoste Hainse USA, and (7) Verizon Wireless. Subpoenas to former employers are routinely quashed in the Second Circuit, as they are harassing, damaging and irrelevant to the current dispute. Subpoenas seeking "all" cell phone records, voicemails, and text messages along with the geolocations are plainly overbroad, designed to harass, and entirely disproportionate while constituting an extreme invasion into the privacy of plaintiff and non-parties.

We also object to requests 4-12 of the Morgan Stanley subpoena and requests 1, 3 and 4 of the Bregal Sagemount subpoena , as they seek documents that are irrelevant to the current dispute, designed solely to harass and damage Mr. Rana, and/or seek communications with Mr. Rana that, if relevant, is available directly from him without burdening a non-party.

We further object to the subpoenas to Chandani Rana, Chaitanya Rana, Baruna Rana to the extent they seek communications with Mr. Rana because, once again, if relevant, those communications are available directly from him without burdening a non-party.

Finally, we object to the subpoena to Saisha Chadha to the extent they seek communications with Mr. Rana because, once again, if relevant, those communications are available directly from him, in addition to objecting to requests seeking personal, intimate details about Mr. Rana's relationship (requests 4 and 5) as such requests are harassing, irrelevant, and disproportionate to the needs of this case while constituting an extreme invasion into the privacy of plaintiff and non-parties.

As a result, to the extent that the subpoenas have not yet been served, we ask that service be held in abeyance until the motions to quash are decided. If they have already been served, please confirm the date/time they were served.

Please let us know when you are available to meet and confer on these issues.

Finally, please also copy paralegal, @Isabella Brito-Garcia, on all correspondence moving forward.

Thank you,

Monica

**From:** Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Sent:** Wednesday, August 26, 2026 10:37 PM
**To:** Kassandra Vazquez <kassandra@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>; Monica Hincken <MHincken@employeejustice.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Librera, Kelly A. <kelly.librera@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com <feherk@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Sylvia.Simson@gtlaw.com <sylvia.simson@gtlaw.com>; Abing, Carol <carol.abing@winstontaylor.com>
**Subject:** [EXT]RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Good evening,

Please see attached.

Thank you,

Sarah

WINSTON TAYLOR.

**Sarah Kreger**

Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Kreger, Sarah N.
**Sent:** Wednesday, August 26, 2026 1:58 PM
**To:** 'Kassandra Vazquez' <kassandra@employeejustice.com>; 'Priscilla Sandoval' <priscilla@employeejustice.com>; 'Monica Hincken' <mhincken@employeejustice.com>; 'Jon Norinsberg' <jon@norinsberglaw.com>; 'Kassandra Vazquez' <kassandra@employeejustice.com>; 'jmeehan@norinsberglaw.com' <jmeehan@norinsberglaw.com>
**Cc:** Spangler, Cardelle <CSpangler@winston.com>; Librera, Kelly A. <KLibrera@winston.com>; 'Rodriguez, Melissa C.' <melissa.rodriguez@morganlewis.com>; 'Shaulson, Samuel S.' <sam.shaulson@morganlewis.com>; 'Sullivan, Brian W.'

<brian.sullivan@morganlewis.com>; 'Hegazy, Rebecca' <rebecca.hegazy@morganlewis.com>; 'feherk@gtlaw.com' <feherk@gtlaw.com>; 'humphreyss@gtlaw.com' <humphreyss@gtlaw.com>; 'Sylvia.Simson@gtlaw.com' <sylvia.simson@gtlaw.com>; Abing, Carol <CAbing@winston.com>
**Subject:** RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Good afternoon,

Please see attached.

Thank you,

Sarah

**Sarah Kreger**

Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Kreger, Sarah N.
**Sent:** Wednesday, August 26, 2026 8:29 AM
**To:** 'Kassandra Vazquez' <kassandra@employeejustice.com>; 'Priscilla Sandoval' <priscilla@employeejustice.com>; 'Monica Hincken' <mhincken@employeejustice.com>; 'Jon Norinsberg' <jon@norinsberglaw.com>; 'Kassandra Vazquez' <kassandra@employeejustice.com>; 'jmeehan@norinsberglaw.com' <jmeehan@norinsberglaw.com>
**Cc:** Spangler, Cardelle <CSpangler@winston.com>; Librera, Kelly A. <KLibrera@winston.com>; 'Rodriguez, Melissa C.' <melissa.rodriguez@morganlewis.com>; 'Shaulson, Samuel S.' <sam.shaulson@morganlewis.com>; 'Sullivan, Brian W.' <brian.sullivan@morganlewis.com>; 'Hegazy, Rebecca' <rebecca.hegazy@morganlewis.com>; 'feherk@gtlaw.com' <feherk@gtlaw.com>; 'humphreyss@gtlaw.com' <humphreyss@gtlaw.com>; 'Sylvia.Simson@gtlaw.com' <sylvia.simson@gtlaw.com>
**Subject:** RE: Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Good morning,

Please see attached.

Thank you,

Sarah

**Sarah Kreger**

Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Kreger, Sarah N.
**Sent:** Tuesday, August 25, 2026 9:42 PM
**To:** Kassandra Vazquez <kassandra@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>; Monica Hincken <mhincken@employeejustice.com>; Jon Norinsberg <jon@norinsberglaw.com>; Kassandra Vazquez <kassandra@employeejustice.com>; 'jmeehan@norinsberglaw.com' <jmeehan@norinsberglaw.com>
**Cc:** Spangler, Cardelle <CSpangler@winston.com>; Librera, Kelly A. <KLibrera@winston.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; feherk@gtlaw.com; humphreyss@gtlaw.com; Sylvia.Simson@gtlaw.com
**Subject:** Rana v. JPMorgan Chase Bank, N.A. et al., No. 1:26-cv-06351-LAK - Discovery

Counsel,

Please see attached sent on behalf of Defendant JPMorgan Chase Bank, N.A.

Thank you,

Sarah

**Sarah Kreger**

Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

300 N. LaSalle Dr., Chicago, IL 60654-3406

*Admitted to practice in Illinois*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.