# EXHIBIT D

CONFIDENTIAL

6:07

I know

She doesn't know how to

Chirayu

Jan 4, 2025 at 1:39 PM

Happy new year.

I'm sorry for yelling at you, it was wrong and it won't happen again. You're my sister and I love you / want the best for you. I'd like you to be apart of mine and [redacted]'s life - but you need to respect my space and also stop bad mouthing me in front of others. Looks very bad on you more than anyone else. This is a recurring theme (eg, Idean at Soho House)

You should know I'm always here for you and will always have your back.

See you at home.

Feb 13, 2025 at 4:11 PM

Just accept the invites

May 15, 2025 at 9:26 PM

Pravin Uncle just had a heart attack on the dance floor

This will be the last family event

iMessage

I have zero pity for you or anyone

CONFIDENTIAL

6:09

Just accept the

Chirayu

May 15, 2025 at 9:26 PM

Pravin Uncle just had a heart attack on the dance floor

This will be the last family event you ever miss... so help me god

I have zero pity for you or anyone now

Fall in line

May 27, 2025 at 11:40 AM

Hey

How are you?

I need to talk to you

Something bad happened

Can we please meet?

I need your advice

I need your help

May 30, 2025 at 6:43 PM

iMessage

Please

CONFIDENTIAL



6:09

Chirayu

Please

Do you want me to die?

00:00

Please call me please. I'm serious serious.

Raise to listen

I'm begging you

This is NOT A FUCKING JOKE!

Jun 3, 2025 at 8:14 PM

Keep Sunday open for my birthday dinner

I'll come over on Friday

Jun 5, 2025 at 8:14 PM

Can you please confirm

Im coming over tomorrow

Then Sunday dinner

Early

iMessage

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

6:19

Chirayu

Uh idk

Jul 13, 2025 at 8:17 PM

Where do we get luxury couch covers?

Amazon?

Also call is tomorrow at 530

Jul 13, 2025 at 9:40 PM

Ok - I'll come over tomorrow

Jul 14, 2025 at 3:31 PM

Hey

Ask Greg to push the call to 6 or 6:30pm

Just say "so sorry - any chance we can push our call back to 6pm or 6:30pm? I had a client meeting just pushed back" etc

Call me

If any issues

Okay

iMessage

6:19

C

Chirayu

I'll come to your place around 5:30/6

Then we can go back to my place. You can see the new apartment

No problem. Should we try for 6:00 and if you are running late, you can let me know? I only need 5-10 minutes.

Is what Greg said

Ok

Perfect

Jul 14, 2025 at 7:43 PM

Hi Greg,

I'm available to help finalize the summary for the affidavit ahead of Monday's scheduled call at 6pm.

To avoid confusion or lengthy email chains, I recommend we use a shared platform like **Google Docs** or **Google Sheets** for drafting and collaboration.

[illegible] working draft we can build on.

iMessage

CONFIDENTIAL

6:19

Chirayu

Perfect

Jul 14, 2025 at 7:43 PM

Hi Greg,

I'm available to help finalize the summary for the affidavit ahead of Monday's scheduled call at 6pm.

To avoid confusion or lengthy email chains, I recommend we use a shared platform like **Google Docs** or **Google Sheets** for drafting and collaboration. Let me know if you prefer that I set one up or if you have a working draft we can build on.

Feel free to send me the link this week so I can make edits directly to avoid any delays / scheduling conflicts etc.

Looking forward to aligning everything in advance.

Availability:

Best regards,
Chandani

iMessage

CONFIDENTIAL



6:28

Chirayu Rana

Nov 6, 2024

Missed voice call
Tap to call back 7:31 PM

Jun 10, 2025

She was out of town - i slept on the couch - i would stay there occasionally while visiting nyc - she was told the story later of what happened of my incident 7:42 PM

Jun 11, 2025

Things to say:

"I heard her keep calling him Brownie!!"

"I own your career"

"Hahah no one will ever believe your word over mine...... I own you" 4:19 PM

CONFIDENTIAL

