UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**DEFENDANTS BRANDON GRAFFEO, JONATHAN WOLTER AND KELLY CROWE'S JOINDER IN JPMORGAN CHASE BANK, N.A.'S MOTION FOR SANCTIONS AND TO DISMISS THIS CASE WITH PREJUDICE**

Defendants Brandon Graffeo, Jonathan Wolter and Kelly Crowe (the "Individual Defendants") hereby submit this joinder in the Motion for Sanctions filed by JPMorgan Chase Bank, N.A. ("Chase") on October 26, 2026 (Doc. No. 84) (the "Chase Motion"). For the reasons set forth therein, the Individual Defendants also request that this Court dismiss all claims asserted against them, with prejudice and award them their reasonable attorneys' fees and costs.

As noted in the Chase Motion, the record unequivocally establishes that Plaintiff knowingly falsified evidence and plotted methodically, in two courts and over many months of litigation, to subvert the judicial process. This misconduct is so severe, and the fabricated evidence so foundational to Plaintiff's claims, that "[a] lesser sanction -- such as exclusion of the tainted exhibits, an adverse inference, dismissal of only [one claim] or a monetary sanction -- would be 'insufficient to remedy the impact of [the] misconduct or to deter future misconduct.'" *Binh Thanh Imp. Exp. Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC,* 2026 WL 1983485, at *11 (S.D.N.Y. July 9, 2026) (citing *Rossbach v. Montefiore Med. Ctr.*, 81 F.4th 124, 141 (2d Cir. 2023))

(discussed in the Chase Motion at page 16). The deception Plaintiff has perpetrated on the Court and the Defendants has created a "credibility problem" so extreme that it is impossible for the Court or any fact-finder to rely upon or give credence to his allegations. He, not Defendants, should pay the price for that conduct. *See id.* (citing *Rossbach*, 81 F.4th at 141–42, noting that "no reasonable juror who learned of [plaintiff]'s campaign of willful fabrication and deception would credit [their] testimony or evidence" if the case were to be tried).

For all the reasons set forth in the Chase Motion, it should be granted, Plaintiffs' claims dismissed with prejudice in their entirety, and attorneys' fees and costs awarded to the Individual Defendants.

Dated: October 27, 2026

**GREENBERG TRAURIG, LLP**

By: */s/ Sylvia E. Simson*

Sylvia E. Simson
Lauren Rosenblatt

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com
Lauren.Rosenblat@gtlaw.com

Kristine J. Feher
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Feherk@gtlaw.com

*Attorneys for Brandon Graffeo, Jonathan Wolter, and Kelly Crowe*