WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**Cardelle B. Spangler**
Partner
+1 (312) 558-7541
Cardelle. Spangler@winstontaylor.com

October 28, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351-LAK**

Dear Judge Kaplan:

Defendant JPMorgan Chase Bank, N.A. ("JPMC") submits this letter motion requesting that the Court un-seal all materials it previously filed under seal at the request of non-party Chandani Rana.

In advance of filing its Response in Opposition to Joseph & Norinsberg, LLC's Motion to Withdraw as Counsel for Plaintiff (ECF Nos. 72, 76) counsel for JPMC conferred with counsel for Ms. Rana regarding JPMC's intention to file certain materials that Ms. Rana had produced responsive to a non-party subpoena and designated confidential. Counsel for Ms. Rana requested that JPMC file her October 22, 2026 declaration under seal (ECF No. 75-6, the "Rana Declaration") refrain from using Ms. Rana's name in its public filings and. Ms. Rana's counsel indicated an intention to timely seek leave of the Court to maintain that information under seal. On the basis of these representations, JPMC and Defendant Lorna Hajdini filed a joint letter motion to seal the materials Ms. Rana specifically requested be sealed and maintained confidential. ECF No. 71. JPMC and Ms. Hajdini stated in that motion that they "do not agree that sealing is appropriate" but sought leave to seal the aforementioned materials at Ms. Rana's request. *Id.*

On October 22, 2026, counsel for JPMC advised counsel for Ms. Rana, consistent with Your Honor's Individual Practices, that she must file a letter explaining the need to seal the Rana Declaration and redact her name within three days,.

On October 26, 2026, JPMC filed a Motion for Sanctions against Plaintiff. ECF No. 84. Its Memorandum in Support of its Motion for Sanctions identified Ms. Rana by name and quoted directly from the Rana Declaration. ECF No. 85. Consistent with Ms. Rana's prior request to maintain this information as confidential, JPMC filed two versions of its Memorandum: one under seal, in an unredacted form (*id.*) and the other publicly, with Ms. Rana's name and the excerpts from the Rana Declaration redacted. ECF No. 86.

At 10:06 pm ET on October 26, 2026, while JPMC was in the process of submitting its filings in support of its Motion for Sanctions, counsel for Ms. Rana stated via email that she withdraws her confidential designation of the Rana Declaration and that she does not intend to

"seek a protective order concerning her name on the public docket." *See* Oct. 26, 2026 Email, attached hereto as Exhibit A.

Given that Ms. Rana no longer seeks to maintain her identity or the substance of her declaration as confidential, JPMC respectfully requests that this Court unseal all filings it previously submitted under seal at Ms. Rana's request. Those filings include ECF Nos. 72; 72-1; 75; 75-1–75-6; and 85.

Respectfully submitted,

/s/ *Cardelle B. Spangler*

Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N Kreger (*admitted pro hac vice*)
Winston Taylor LLP
300 N. LaSalle Drive
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

*Attorneys for JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)