WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**Cardelle B. Spangler**
Partner
+1 (312) 558-7541
Cardelle. Spangler@winstontaylor.com

October 29, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351-LAK**

Dear Judge Kaplan:

The parties to the above-captioned action jointly request that the Court enter the proposed Stipulation and Protective Order attached hereto as Exhibit A.

Good cause exists for a protective order under Federal Rule of Civil Procedure 26(c) given the sensitivity of the anticipated discovery materials. The parties expect that the discovery in this matter will involve sensitive and confidential non-public information pertaining to parties and non-parties, such as information prohibited from disclosure by statute, nondisclosed financial data, and other personal information. Absent a protective order, disclosure of this information could cause unnecessary damage and injury to the parties and non-parties.

To protect this information while allowing the parties to conduct discovery efficiently, the parties have met and conferred and agree to all provisions of the proposed protective order. The order establishes procedures for designating and handling confidential discovery material, limits disclosure, permits filing under seal, addresses inadvertent disclosure of privileged information, and requires the return or destruction of materials at the conclusion of this action.

Respectfully submitted,

/s/ *Monica Hincken*
Jon L. Norinsberg
Monica Hincken
Joseph & Norinsberg LLC
825 Third Avenue – Suite 210
New York, NY 10022
Jon@norinsberglaw.com
(212) 791-5396

*Attorney for Chirayu Rana*

/s/ *Melissa C. Rodriguez*
Sam S. Shaulson
Melissa C. Rodriguez
Morgan Lewis Bockius LLP
101 Park Avenue
sam.shaulson@morganlewis.com
melissa.rodriguez@morganlewis.com
(212) 309-6001

*Attorneys for Lorna Hajdini*

/s/ *Cardelle B. Spangler*
Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N Kreger (*admitted pro hac vice*)
Winston Taylor
300 N. LaSalle Dr.
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

*Attorneys for JPMorgan Chase Bank, N.A.*

/s/ *Sylvia E. Simson*
Sylvia E. Simson
Lauren Rosenblatt
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com
Lauren.Rosenblatt@gtlaw.com

Kristine J. Feher
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Feherk@gtlaw.com
(973) 360-7900

*Attorneys for Jonathan Wolter, Brandon Graffeo, and Kelly Crowe*