**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHIRAYU S. RANA,**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**JPMORGAN CHASE & CO., et al.,**<br><br>**DEFENDANTS.** | **Case No.: 1:26-cv-06351-LAK** |

**STIPULATION CONCERNING DEADLINE FOR DEFENDANT/COUNTERCLAIM PLAINTIFF LORNA HAJDINI TO AMEND COUNTERCLAIMS AND JOIN ADDITIONAL PARTIES**

The Parties to the above-captioned action HEREBY STIPULATE AND AGREE, by and through their undersigned counsel, as follows:

1. WHEREAS, the Court's current Scheduling Order establishes November 1, 2026 as the deadline for amendment of pleadings and joinder of parties (ECF No. 49);

2. WHEREAS, Defendant/Counterclaim Plaintiff Lorna Hajdini ("Ms. Hajdini") originally filed her Answer and Counterclaims on September 28, 2026 (ECF No. 43), but on October 19, 2026, the Court granted Plaintiff's request to be relieved of his obligation to respond to those Counterclaims by the October 19 deadline (ECF No. 68);

3. WHEREAS, Plaintiff filed an Amended Complaint on October 12, 2026 (ECF No. 53), to which Ms. Hajdini responded by filing her Answer and Counterclaims on October 26, 2026 (ECF No. 82), and Plaintiff has not yet responded to those Counterclaims;

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Ms. Hajdini understands that she may amend her Counterclaims as a matter of course within 21 days after

service of a responsive pleading or a motion under Rule 12(b), (e), or (f), whichever is earlier, and that, because Plaintiff has not yet responded to her October 26, 2026 Counterclaims, the period to amend her Counterclaims as of right has not yet expired; and

5. WHEREAS, all parties have conferred and consent to the relief requested herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel, subject to the Court's approval, as follows:

1. The deadline for Ms. Hajdini to amend her Counterclaims and/or seek to join additional parties, currently set for November 1, 2026 (ECF No. 49), is extended through November 15, 2026. All other deadlines remain unchanged.

2. This extension is without prejudice to Ms. Hajdini's right to amend her Counterclaims as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), including within 21 days after service of a responsive pleading or applicable Rule 12 motion, whichever is earlier.

3. Nothing herein waives any party's rights, claims, defenses, or objections, including with respect to any amended Counterclaims or proposed joinder.

Dated: October 29, 2026
New York, New York

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Melissa C. Rodriguez
Melissa C. Rodriguez
101 Park Avenue
New York, NY 10178
Tel.: (212) 309-6394
melissa.rodriguez@morganlewis.com

*Counsel for Defendant/Counterclaim-Plaintiff Lorna Hajdini*

**WINSTON TAYLOR LLP**

By: */s/ Cardelle B. Spangler*
Cardelle B. Spangler
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Tel.: (312) 558-7541
cardelle.spangler@winstontaylor.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

**GREENBERG TRAURIG, LLP**

By: */s/ Kristine J. Feher*
Kristine J. Feher
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel.: (973) 443-3273
feherk@gtlaw.com

*Counsel for Defendants Brandon Graffeo, Jonathan Wolter, and Kelly Crowe*

**JOSEPH & NORINSBERG, LLC**

By: */s/ Jon L. Norinsberg*
Jon L. Norinsberg
825 Third Avenue, Suite 2100
New York, NY 10022
Tel.: (212) 227-5700

*Counsel for Plaintiff Chirayu Rana*