Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

October 30, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A.*, et al., No. 1:26-cv-06351-LAK

Your Honor:

We represent Defendant/Counterclaim-Plaintiff Lorna Hajdini ("Ms. Hajdini") in the above-referenced matter. We write with the consent of counsel for JPMorgan Chase Bank, N.A. ("JPMC") concerning Plaintiff's October 30, 2026 letter, originally filed at ECF No. 105 and superseded later that same day by a revised letter filed at ECF No. 106 (the "Letter").

Although it is presently unclear whether Plaintiff is raising a discovery dispute in the Letter, Ms. Hajdini and JPMC will, out of an abundance of caution, submit a response to the Letter within two business days, consistent with Your Honor's Individual Rules governing discovery disputes.

Respectfully submitted,

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez