Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

October 30, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A.*, et al., No. 1:26-cv-06351-LAK

Your Honor:

Defendant/Counterclaim Plaintiff Lorna Hajdini respectfully requests leave to file the proposed sur-reply attached hereto, addressing two matters raised for the first time in Joseph & Norinsberg, LLC's reply in support of their motion to withdraw (ECF Nos. 102, 102-1):

- (1) its proposed "rolling" production of outstanding discovery and
- (2) its disclosure that it has already provided Plaintiff his "case file" while remaining counsel of record.

The proposed sur-reply, which is less than two pages, is limited to these newly raised issues and their implications for J&N's requested withdrawal.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez