Case 1:26-cv-06351-LAK Document 99 Filed 10/28/26 Page 1 of 2

SHEHARYAR ALI
LAW GROUP, P.C.
*Attorneys and Counselors at Law*
877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-820-1020 | Email: Ali@salawpc.com
https://salawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

October 28, 2026

**VIA PACER**
United States District Judge
Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Rana v. JPMorgan Chase Bank, N.A. et al***
***Case No.: 1:26-cv-06351-LAK***

Dear Honorable Lewis A. Kaplan:

Pursuant to this Honorable Court's October 28, 2026 Order [ECF Doc. No. 98.], we respectfully renew our October 23, 2026 letter motion seeking leave to withdraw as counsel for Plaintiff [ECF Doc. No. 81.], pursuant to Local Civil Rule 1.4(b).

As previously advised, following the filing of our Notices of Appearance on October 22, 2026 [ECF Doc. Nos. 69-70.], additional information concerning the underlying facts and circumstances of this litigation came to our attention. Upon further review and consideration of this information, Sheharyar Ali Law Group PC, [SA LAW] determined that the circumstances materially differed from our initial understanding of the matter and that withdrawal was appropriate. Accordingly, we promptly sought leave to withdraw less than twenty-four (24) hours after entering our appearances.

SA LAW's involvement in this matter has been limited to an initial consultation with Plaintiff, document review, and filing the Notices of Appearance. Given our limited involvement and the promptness of this request, we respectfully submit that our withdrawal will not prejudice Plaintiff or disrupt the proceedings.

We have also conferred with counsel for all Defendants, including JPMorgan Chase Bank, N.A., Lorna Hajdini, Brandon Graffeo, Jon Wolter, and Kelly Crowe, all of whom have expressly consented to SA LAW's withdrawal.

SA LAW is not asserting any retaining or charging liens in connection with this matter.

In accordance with the Court's October 28, 2026 Order and Local Civil Rule 1.4(b), Plaintiff has been served with our motion to withdraw, and proof of service is annexed hereto as Exhibit A.

Accordingly, we respectfully request that this Honorable Court grant our motion to withdraw as counsel for Plaintiff, specifically as to the undersigned and Sheharyar Ali, Esq.

Respectfully submitted,

Respectfully,

Mohammad A. Tahir, Esq.

Granted

10/30/26