USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-2-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIRAYU S. RANA,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

Defendants.

Case No. 1:26-cv-06351-LAK

**STIPULATION CONCERNING PARTIES' DEADLINE TO AMEND PLEADINGS**

The parties to the above-captioned action HEREBY STIPULATE AND AGREE, by and through their undersigned counsel, as follows:

1. WHEREAS, the Court's current Scheduling Order establishes November 1, 2026 as the deadline for amendment of pleadings and joinder of parties (ECF No. 49).

2. WHEREAS, the parties stipulated to extend that deadline as to Defendant Lorna Hajdini until November 15, 2026 (ECF No. 104).

3. WHEREAS, the parties seek clarification that the new deadline will apply to all parties, not just Ms. Hajdini.

4. WHEREAS, the Parties have conferred and consent to the relief requested herein.

**NOW, WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel, subject to the Court's approval, as follows:

1. The deadline for all parties to amend pleadings or join parties, currently set for November 1, 2026 (ECF No. 49), is extended through November 15, 2026. All other deadlines remain unchanged.

2. Nothing herein waives any party's rights, claims, defenses, or objections.

Respectfully submitted,

/s/ *Jon L. Norinsberg*
Jon L. Norinsberg
Monica Hincken
Joseph & Norinsberg LLC
825 Third Avenue – Suite 210
New York, NY 10022
Jon@norinsberglaw.com
(212) 791-5396

*Attorney for Chirayu Rana*

/s/ *Melissa C. Rodriguez*
Sam S. Shaulson
Melissa C. Rodriguez
Morgan Lewis Bockius LLP
101 Park Avenue
sam.shaulson@morganlewis.com
melissa.rodriguez@morganlewis.com
(212) 309-6001

*Attorneys for Lorna Hajdini*

/s/ *Cardelle B. Spangler*
Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N. Kreger (*admitted pro hac vice*)
Winston Taylor
300 N. LaSalle Dr.
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

/s/ *Sylvia E. Simson*
Sylvia E. Simson
Lauren Rosenblatt
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com
Lauren.Rosenblatt@gtlaw.com

Kristine J. Feher
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Feherk@gtlaw.com
(973) 360-7900

*Attorneys for Jonathan Wolter, Brandon Graffeo, and Kelly Crowe*

**SO ORDERED**

LEWIS [illegible]

11/1/26