Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

November 3, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A.*, et al., No. 1:26-cv-06351-LAK

Your Honor:

Defendant/Counterclaim Plaintiff Lorna Hajdini joins JPMC's opposition to Plaintiff's motion for a Rule 502(d) order. *See* ECF No. 122. As JPMC explains, Plaintiff has not established that the Interview Materials are protected work product and, in any event, has already placed their contents directly at issue through his counsel's October 28 reply memorandum and sworn declaration. ECF Nos. 102 at 2, 6–8; 102-1 ¶¶ 11–12.

Regardless of whether the Court enters a Rule 502(d) order, Ms. Hajdini expressly reserves all rights to challenge any asserted attorney-client privilege or work-product protection on other grounds, including prior or independent waiver, the crime-fraud exception, and the discoverability of related materials. Rule 502 "governs only certain waivers by disclosure" and "does not purport to supplant applicable waiver doctrine generally." *See* Fed. R. Evid. 502 advisory committee's explanatory note; *see also Certain Underwriters at Lloyd's, London v. National Railroad Passenger Corp.*, 218 F. Supp. 3d 197, 201 (E.D.N.Y. 2016) (Rule 502(d) applies "only to waiver in connection with disclosures, and say[s] nothing of waiver by other means.").

The Court should deny Plaintiff's motion.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez