Morgan Lewis

**Melissa Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

November 4, 2026

VIA ECF
Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

**Re:** ***Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.,*** **Case No. 26-cv-06351 (S.D.N.Y.)**

Dear Judge Kaplan,

Defendant Lorna Hajdini ("Ms. Hajdini") submits this letter motion requesting that the Court un-seal all materials she previously filed under seal at the request of non-party Chandani Rana.

In advance of filing her Response in Opposition to Joseph & Norinsberg, LLC's Motion to Withdraw as Counsel for Plaintiff (ECF No. 74), counsel for Ms. Hajdini and Defendant JPMorgan Chase Bank, N.A. ("JPMC") conferred with counsel for Ms. Rana regarding Ms. Hajdini's intention to file certain materials that Ms. Rana had produced in response to a non-party subpoena and designated confidential. Counsel for Ms. Rana requested that Ms. Hajdini file her October 22, 2026 declaration under seal (ECF No. 74, the "Rana Declaration") and refrain from using Ms. Rana's name in her public filings. Ms. Rana's counsel indicated her intention to timely seek leave of the Court to maintain that information under seal. On the basis of these representations, Ms. Hajdini and JPMC filed a joint letter motion to seal the materials Ms. Rana specifically requested be sealed and maintained confidential. ECF No. 71. JPMC and Ms. Hajdini stated in that motion that they "do not agree that sealing is appropriate" but sought leave to seal the aforementioned materials at Ms. Rana's request. *Id.* On October 22, 2026, counsel for JPMC advised counsel for Ms. Rana, consistent with Your Honor's Individual Practices, that she must file a letter explaining the need to seal the Rana Declaration and redact her name within three days.

On October 26, 2026, Ms. Hajdini filed a Motion for Sanctions against Plaintiff. ECF No. 90. Her Memorandum in Support of her Motion for Sanctions identified Ms. Rana by name and quoted directly from the Rana Declaration and supporting materials. ECF No. 92. Consistent with Ms. Rana's prior request to maintain certain information as confidential, Ms. Hajdini filed two versions of her Memorandum: one under seal, in an unredacted form (ECF No. 93) and the other publicly, with the excerpts from the confidential material redacted (ECF No. 92).

At 10:06 pm ET on October 26, 2026, while Ms. Hajdini was in the process of submitting her filings in support of her Motion for Sanctions, counsel for Ms. Rana stated via email that she withdraws her confidential designation of the Rana Declaration and that she does not intend to "seek

a protective order concerning her name on the public docket." *See* Oct. 26, 2026 Email, attached hereto as Exhibit A. Ms. Rana's name was therefore not redacted from either the public or under seal filing; however, Exhibit D – which included production materials Ms. Rana designated as confidential – was filed under seal.

Ms. Rana has since confirmed that she does not intend to maintain her confidentiality designations on the text messages and other communications included in Exhibit D to Ms. Hajdini's Motion for Sanctions. *See* Ex. A. Accordingly, because Ms. Rana no longer seeks to maintain her identity or the substance of her declaration as confidential, and likewise does not seek to maintain the confidentiality of the text messages excerpted in Exhibit D to the Motion for Sanctions (ECF Nos. 92 and 93), Ms. Hajdini respectfully requests that this Court unseal all filings she previously submitted under seal at Ms. Rana's request. Those filings include ECF Nos. 73; 73-1-73-8; 93; 95; and 95-1-95-8.

Sincerely,

*/s/ Melissa C. Rodriguez*
Melissa C. Rodriguez

cc:

**Winston Taylor LLP**
Cardelle B. Spangler, Esq.
Sarah N. Kreger, Esq.
Sophie Borne, Esq.
*Counsel for Defendant JPMorgan Chase Bank, N.A.*

**Greenberg Traurig, LLP**
Kristine J. Feher, Esq.
Sylvia E. Simson, Esq.
Scott Humphreys, Esq.
Lauren Rosenblatt, Esq.
*Counsel for Defendants Brandon Graffeo, Jonathan Wolter, and Kelly Crowe*