# EXHIBIT A

**From:** Patrick Selvey <Selvey@hcllplaw.com>
**Sent:** Thursday, October 29, 2026 6:00 PM
**To:** Makinen, Eric M.; Spangler, Cardelle; Rodriguez, Melissa C.; Lance Clarke; Kreger, Sarah N.
**Cc:** Stacey Clarke; Sullivan, Brian W.; Shaulson, Samuel S.; Borne, Sophie
**Subject:** RE: Rana v. JPMorgan Chase Bank, N.A., No. 1:26-cv-06351-LAK – Withdrawal of Confidential Designation (Declaration of Chandani Rana)
**Attachments:** Exhibit C - Text Messages from Relevant Period [Non-Confidential].pdf; Exhibit D - Additional Relevant Text Messages [Non-Confidential].pdf

[EXTERNAL EMAIL]
As to the balance of Exhibits C and D to Ms. Rana's subpoena response, my client has authorized me to provide the attached supplemental production in which the names of non-party, non-witness individuals has been redacted for their privacy. With regard to any materials not already filed to the docket under seal, my client would request that you file the attached in lieu of the versions marked confidential in her original production. We have maintained the original bates numbering for ease of comparison in the event that you have any questions regarding the redactions, but I trust this will be acceptable as the identity of the individuals redacted in the attached have no bearing on any of the material issues herein.

Regards,

--

HAMILTON|CLARKE LLP
**Patrick L. Selvey, Esq.**
Of Counsel
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(C:) 917-994-1598
HCLLPLaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential. If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

---

**From:** Makinen, Eric M. <eric.makinen@morganlewis.com>
**Sent:** Tuesday, October 27, 2026 12:24 AM
**To:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Lance Clarke <clarke@hcllplaw.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Cc:** Patrick Selvey <Selvey@hcllplaw.com>; Stacey Clarke <sc@hcllplaw.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Borne, Sophie <sophia.borne@winstontaylor.com>
**Subject:** External Email RE: Rana v. JPMorgan Chase Bank, N.A., No. 1:26-cv-06351-LAK – Withdrawal of Confidential Designation (Declaration of Chandani Rana)

Lance,

Please let us know tomorrow whether Ms. Rana intends to maintain her confidentiality designations over her written response to the subpoena itself, and Exhibits C and D of Ms. Rana's production. We will revert with our position regarding the remaining materials separately.

Please also be advised that the attached materials were filed with the Court tonight. Given Ms. Rana's prior designation, these exhibits were filed under seal.

To the extent Ms. Rana intends to maintain any of these designations, pursuant to Judge Kaplan's Individual Practices, she must file, within three days, a letter explaining the need to seal.

Thanks.

**Eric M. Makinen**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1470 | Main: +1.312.324.1000 | Mobile: +1.312.771.0391 | Fax: +1.312.324.1001
eric.makinen@morganlewis.com | www.morganlewis.com

**From:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>
**Sent:** Monday, October 26, 2026 9:17 PM
**To:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Lance Clarke <clarke@hcllplaw.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Cc:** Patrick Selvey <Selvey@hcllplaw.com>; Stacey Clarke <sc@hcllplaw.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Borne, Sophie <sophia.borne@winstontaylor.com>
**Subject:** Re: Rana v. JPMorgan Chase Bank, N.A., No. 1:26-cv-06351-LAK – Withdrawal of Confidential Designation (Declaration of Chandani Rana)

[EXTERNAL EMAIL]
And the written response to the subpoena itself? Thanks.

Cardelle

**Cardelle Spangler**
Managing Partner, Internal Affairs
Co-Chair of Labor & Employment Practice

- T +1 (312) 558-7541
- cardelle.spangler@winstontaylor.com

*Admitted to practice in Illinois*

**From:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Sent:** Monday, 26 October 2026 21:15:24
**To:** Lance Clarke <clarke@hcllplaw.com>; Kreger, Sarah N. <SKreger@winston.com>
**Cc:** Patrick Selvey <Selvey@hcllplaw.com>; Spangler, Cardelle <CSpangler@winston.com>; Stacey Clarke <sc@hcllplaw.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Borne, Sophie <SBorne@winston.com>

**Subject:** RE: Rana v. JPMorgan Chase Bank, N.A., No. 1:26-cv-06351-LAK – Withdrawal of Confidential Designation (Declaration of Chandani Rana)

Lance – thank you. Does Ms. Rana maintain or withdraw her confidentiality designation concerning the documents produced in response to JPMC's subpoena?

Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

---

**From:** Lance Clarke <clarke@hcllplaw.com>
**Sent:** Monday, October 26, 2026 10:06 PM
**To:** Sarah N. Kreger <sarah.kreger@winstontaylor.com>
**Cc:** Patrick Selvey <Selvey@hcllplaw.com>; Cardelle Spangler <cardelle.spangler@winstontaylor.com>; Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>; Stacey Clarke <sc@hcllplaw.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sophie Borne <sophia.borne@winstontaylor.com>
**Subject:** Rana v. JPMorgan Chase Bank, N.A., No. 1:26-cv-06351-LAK – Withdrawal of Confidential Designation (Declaration of Chandani Rana)

[EXTERNAL EMAIL]

Counsel,

Ms. Rana withdraws the Confidential designation on her October 22, 2026 Declaration. A copy without the designation is attached. Ms. Rana will not seek a protective order concerning her name on the public docket.

We trust this resolves the sealing issue without the need for a letter motion.

Regards,

—

HC LLP
HAMILTON | CLARKE

Lance A. Clarke, Esq.

*Managing Partner*
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(T:) 212-729-0952
HCLLPLaw.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.