USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-5-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., *et al.*,

Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Because the third party referenced in the following motions has failed to file a timely letter in support of sealing, the October 22, 2026 motion to seal (Dkt 71) is denied, this Court's order granting the October 26, 2026 motion to seal (Dkt 96) is vacated, and the Clerk shall unseal Dockets 72, 73, 75, 85, 93 and 95. The Clerk shall terminate Docket 124 as granted.

SO ORDERED.

Dated: November 5, 2026

Lewis A. Kaplan
United States District Judge