USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., *et al.*,

Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Plaintiff intends to submit in opposition to the pending motions for sanctions a recording of a June 2025 interview of plaintiff's sister conducted by plaintiff's former counsel, together with certified transcripts of that recording (the "Interview Materials"). Plaintiff moves for an order (Dkt 106) under Federal Rule of Evidence 502(d) that disclosure of the Interview Materials will not waive work-product protection as to any *other* material, such as notes, memoranda, drafts, and other witness interviews.

Plaintiff concedes that the Interview Materials are not protected by the attorney-client privilege. Plaintiff argues, however, that the Interview Materials are attorney work product.

No later than November 12, 2026, plaintiff shall show cause why the motion should not be denied for failure to demonstrate that the Interview Materials are protected by the work product doctrine. The response should include whatever evidence or argument plaintiff wishes to provide in support of the view that the Interview Materials are protected work product.

SO ORDERED.

Dated: November 5, 2026

Lewis A. Kaplan
United States District Judge