UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIRAYU S. RANA,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

Defendants.

Case No. 1:26-cv-06351-LAK

# NOTICE OF LIMITED-SCOPE APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4(c), Joseph & Norinsberg, LLC ("J&N"), by Jon L. Norinsberg, appears in this action on its own behalf and, with the written consent of Plaintiff Chirayu S. Rana, as counsel for Plaintiff for a limited purpose.

The scope of this representation is limited to opposing two motions, including any hearing or further proceedings on them. The first is the motion for sanctions filed by Defendant JPMorgan Chase Bank, N.A., ECF Nos. 84–87, together with the joinder in that motion filed by Defendants Kelly Crowe, Brandon Graffeo, and Jon Wolter, ECF No. 97. The second is the motion for sanctions filed by Defendant Lorna Hajdini, ECF Nos. 90, 92–95.

This appearance does not extend to any other matter in this action. J&N's withdrawal as Plaintiff's counsel of record, which the Court granted effective November 9, 2026, ECF No. 118, remains in effect in all other respects. J&N has consented to the Court's retention of jurisdiction over it for purposes of the sanctions motions. ECF No. 102 at 9.

Communications concerning the sanctions motions may be directed to the undersigned at the address, telephone number, and email address below.

Dated: New York, New York
November 9, 2026

Respectfully submitted,

JOSEPH & NORINSBERG, LLC

By: /s/ Jon L. Norinsberg
Jon L. Norinsberg
825 Third Avenue, Suite 2100
New York, New York 10022
(212) 227-5700
jon@norinsberglaw.com

*Attorneys for Joseph & Norinsberg, LLC and, for the limited purpose of opposing the motions for sanctions, for Plaintiff Chirayu S. Rana*

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, I served this Notice of Limited-Scope Appearance on all counsel of record through the Court's ECF system, and on Plaintiff Chirayu S. Rana by email and by first-class mail at his last known addresses.

/s/ Jon L. Norinsberg
Jon L. Norinsberg