UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>– against –<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 26-cv-06351 (LAK) |

**DECLARATION OF JON L. NORINSBERG IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS**

Jon L. Norinsberg declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and a managing partner of Joseph & Norinsberg, LLC ("J&N"). J&N represented Plaintiff Chirayu S. Rana in this action until November 9, 2026, when its withdrawal became effective under the Court's order (ECF No. 118). J&N now appears on its own behalf and, with Plaintiff's consent, on his behalf for the limited purpose of opposing the pending sanctions motions (ECF No. 129).

2. I submit this declaration in opposition to the sanctions motions filed by Defendant JPMorgan Chase Bank, N.A. ("JPMC") (ECF Nos. 84–87) and Defendant Lorna Hajdini (ECF Nos. 90, 92–95). I also submit it in opposition to the joinder in JPMC's motion filed by Defendants Kelly Crowe, Brandon Graffeo, and Jon Wolter (ECF No. 97). This declaration is based on my personal knowledge and my review of J&N's files in this matter.

3. Plaintiff retained J&N on June 2, 2026. Before filing the original Complaint on July 27, 2026 (ECF No. 1), the firm reviewed the recorded interview of Chandani Rana. J&N relied on that recording, together with the sworn statements and other evidence, in drafting the

allegations against Ms. Hajdini in both the original Complaint and the Amended Complaint (ECF No. 53).

4. Gregory S. Chiarello of Outten & Golden LLP, then counsel for Plaintiff, conducted the interview. A recording of the interview is contained in four audio files. J&N did not alter or edit those files. The files provided to Terra J. Carroll of Carroll Audio Services are unchanged copies of those maintained in J&N's case file.

5. Ms. Carroll combined the four audio files into a single recording and prepared two versions: one without tones and one with a tone marking each transition between files (Carroll Decl. ¶¶ 5–9). The four original files are Exhibits A through D to her declaration, and the two combined versions are Exhibits E and F.

6. Annexed as Exhibit A is a true and correct copy of Magna Legal Services' certified transcript of the combined recording described in paragraph 5. The transcript is dated October 29, 2026, and the transcribed interview appears on pages 2 through 18.

7. Annexed as Exhibit B is a true and correct copy of an October 29, 2026 email from JPMC's counsel, Cardelle B. Spangler, to J&N, with all counsel copied. In that email, Ms. Spangler referred to the recording and transcript and asked J&N to "confirm they will be included in tomorrow's production." The exhibit excludes earlier messages in the email thread.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 9, 2026



Jon L. Norinsberg