# Exhibit A

IN RE: RANA V. JPMORGAN CHASE BANK, N.A., ET AL.

AUDIO TRANSCRIPTION OF VOICE RECORDED AUDIO OF CHANDANI RANA AND GREG CHIARELLO OF OUTTEN & GOLDEN.

SPEAKERS:

CHANDANI RANA

GREG CHIARELLO

(RECORDED AND TRANSCRIBED)

GREG CHIARELLO: Hi, is this Chandani Rana?
CHANDANI RANA: Yes, this is me.
GREG CHIARELLO: Hi, this is Greg Chiarello from Outten & Golden. How are you today?
CHANDANI RANA: I'm doing well. How are you?
GREG CHIARELLO: I'm doing okay, thank you. Can you hear me I'm -- we just switched phone systems here and really telling me what came through so I can call you on another phone if you're not able to do.
CHANDANI RANA: It kind of sounds a little bit like you're underwater a bit, but I can still hear you a bit.
GREG CHIARELLO: Okay. Well --
CHANDANI RANA: It's fine; I can hear you.
GREG CHIARELLO: -- if it becomes unworkable, I can call you on my cell phone; just let me know.
CHANDANI RANA: Okay.
GREG CHIARELLO: So thank you for taking some time to talk to me. I don't know; you know how much Chirayu has shared with you. I'm going to give you a fairly high level because I am his attorney.

But I'm representing him, I believe, you know, giving you some sense of his work situation at JPMorgan.

But I'm representing him in connection with that, and, you know, one thing that he and I have discussed is, you know, a woman that he works with named Lorna, who has engaged him -- engaged with him in some ways that are concerning and potentially illegal.

You know, what Chirayu told me was that, you know, you had some opportunity to observe her, to observe them together, and that's really what I want to talk about today is, you know, what, if any, you know, what your experience has been vis-Ã -vis her? You know, he gave me a couple -- like a starting point, but I don't want to be overly restrictive.

There's no right or wrong answer. I'm just really interested in hearing what you were -- what you were able to observe.

And at this stage, that's really all I'm looking for. So I think that's a good place for me to kind of pause before we jump in. Do you have any questions or concerns or anything like that?

CHANDANI RANA: No -- yeah. I've heard a little bit about it. I've heard about her too, and I only have like limited exposure to her, but yeah, I can

talk about those instances that I've seen her.

GREG CHIARELLO: Okay. So let's do that. I mean, maybe we should -- let's just start with the first time that you had any kind of interaction with her.

CHANDANI RANA: Yeah. So I think it was like about a year ago or like a little bit, like, last midsummer around that time frame.

They'd go like around my house, and I was like headed out, and she was just -- at that time I had, like, kind of seen, like, a picture of her on LinkedIn.

So it was a woman that looked like her; she was like all over him and like touching him and like, saw, like, her touch his butt or like slapped it or something like that.

And I just like, honestly ignored it. Because I was leaving and I didn't really want to see anything like that, to be honest.

So that was really it; I wasn't like trying to watch much more after I saw that bit of that, like kind of like touching him and whatnot.

GREG CHIARELLO: Got you. So let me just back up a little bit. So this is where, on Wednesday?

CHANDANI RANA: Out -- like, out around my

neighborhood. Like, I live on Eighth Avenue. So I was walking out to my Uber, or like, I was headed out.

GREG CHIARELLO: Okay. And where did you see Chirayu and Lorna?

CHANDANI RANA: They were like, across the street, like on the corner, like kind of on the catty corner.

GREG CHIARELLO: Okay. And do you know why they were in that area? Like, why were they coming to visit you or just try to live over there?

CHANDANI RANA: They -- I mean, like, my brother has a key to my house, and like, they're -- he's always coming over here, like stopping by randomly.

So honestly, I didn't really think too much of that. But I mean, I'd never seen her before. So it was just kind of like not trying to look at that.

GREG CHIARELLO: Right, got you. You said you had seen a picture of her on LinkedIn, and so how did that come to be that you had a picture of her?

CHANDANI RANA: Him and his friend have spoken like they talk about a lot of people randomly, and I kind of don't listen.

But they've spoken about this one person quite like Lorna quite a bit. So I was just like, Who

is this person that you guys just like keep talking about?

And I asked to see a picture, and LinkedIn was the only picture that was available.

GREG CHIARELLO: Got you. And what Chirayu and his friend were talking about? Like, what were they -- do you remember what they were saying about Lorna that had you curious and wanted to see a picture of her?

CHANDANI RANA: I just know that they were saying, like, she would blow him up and stuff a lot, like something with work, like they're -- I mean, they're always yapping around me, to be honest. So it's just --

GREG CHIARELLO: Yeah.

CHANDANI RANA: -- when I'm tuning -- when I'm tuning in or out, like, so whatever I caught in that moment, I'm like, Who are you guys talking about, type of like when I'm interested in whatever they're talking about, I'll sometimes probe.

GREG CHIARELLO: Got you. You're older or younger than Chirayu?

CHANDANI RANA: I'm younger. So I try not to listen as much as possible.

GREG CHIARELLO: Understood. So you were

coming out of your apartment, you saw him and this woman you recognized across the street. And just tell me again what you saw?

CHANDANI RANA: That she was, like, all kind of, like, covering over him and, like, touching him. And I saw, like, a neck situation like her, like, around his neck and like touching his butt, like, I don't know if it was a slap or a like grab or something, but I just, like, again, wasn't like trying to watch.

I just kind of like quickly glanced. And I was like, that's really weird and made me uncomfortable. So I just ignored it.

GREG CHIARELLO: Okay. Just -- I'm older than I sound. Would you say a next situation just depends on what that looked like?

CHANDANI RANA: Like perhaps, like, kissing his neck, I don't know, like, whispering -- trying to whisper in his ear. I don't -- I -- like, I don't really know, I wasn't trying --

GREG CHIARELLO: (Indiscernible).

CHANDANI RANA: -- I wasn't -- yeah, I wasn't really trying to look again. I was just like, this is weird. You could just tell it was like intimate.

GREG CHIARELLO: So did it look like he was like, on a date, being intimate with somebody?

CHANDANI RANA: If I didn't know it was my brother, I probably would have thought that they were, I don't know, like she was intimate with this person.

GREG CHIARELLO: Okay. But when you say, If I didn't know my brother, so what do you mean by that?

CHANDANI RANA: Like, I knew it was my brother. Like, if I thought that was a random person, I would be like, Oh, they're probably dating. But I knew my brother wasn't dating that woman.

GREG CHIARELLO: When he was with his girlfriend as of that time, meaning -- I know that he's dating somebody now. Like he was dating that person then?

CHANDANI RANA: Yes.

GREG CHIARELLO: Okay. So I know it was brief, and I know you didn't want to look, did it -- I guess was your reaction like, Oh, he's hooking up with another woman, or like, I don't know. I mean, did this -- did it seem like Chirayu was an equal participant in this?

CHANDANI RANA: I really, honestly, wasn't looking too much, but no, not from just like the body

reactions. Like it's not like he was leaning into it or anything.

(Recording momentarily cut off.)

GREG CHIARELLO: That you had seen Chirayu with this person?

CHANDANI RANA: Yeah, another time was when they were, like, I was coming in. They were -- I was leaving my apartment, and they were like, coming into my apartment.

This time it was like a closer interaction; it was after the first time, so like, I had more awareness. I was like, recognized the person, like, her name is Lorna, right?

And she was very drunk, but I was like headed out, I was in a rush. I was headed out, and they were like coming in, and she was just like very, very intoxicated and like super loud.

And I live in a small walk-up so like the other tenants can, like, hear everything. So I was just, like, really irritated when I was leaving that they were just being -- like, she was loud and annoying. But like, she was just like --

GREG CHIARELLO: This was like in front of the building, or this was in the stairwell? This was

in your apartment? Like, where did this -- where did you see that?

CHANDANI RANA: Like in this -- since my building is like really small, like the little like end between the airlock entrance and like going up the stairway, like stairwell.

GREG CHIARELLO: I wasn't sure if there's two sets of doors right where there's like mailboxes or whatever, and it wasn't like that in that space?

CHANDANI RANA: And like the stairs, like are right there too, because it's so small. So it's like the stairs, the airlock, little space with a mailbox. Like I'm headed out towards that way. And this was like all within that interaction.

GREG CHIARELLO: Got it. It wasn't like you're -- that you're going out that first set of doors that you're coming in that first set of doors.

CHANDANI RANA: It was -- they were already coming in when I was, like, headed out.

GREG CHIARELLO: Got it.

CHANDANI RANA: So that space between, yeah.

GREG CHIARELLO: Okay. I'm just like --

CHANDANI RANA: It's like two steps, yeah.

GREG CHIARELLO: -- (indiscernible).

CHANDANI RANA: Yeah, they're very small, but just like in that limited interaction.

GREG CHIARELLO: Got it. Okay. And so she was -- she seemed to you to be very drunk and being very loud. And do you recall anything that she was saying?

CHANDANI RANA: Yeah. She was like, honestly, I was putting my head down because like, I had a feeling that this was like, not a good situation.

And I was just like, honestly, I didn't want to, like, communicate with -- like, you could just tell that the vibes were -- they were intoxicated.

But I heard her like saying, Brown. Like, I honestly, I was trying to put my -- fumbling, putting my AirPods in.

But just like something about Brown -- Brownie, I don't know if she was saying it to me or to, like, him.

And like, then when I'm like, headed out, I just like heard like something about owning or ownership, and I just like looked back, and they were like stumbling, like she was like stumbling up the stairs.

GREG CHIARELLO: And so you heard her say something. I think this phone is a problem in both

directions. It's -- she said Browning?

CHANDANI RANA: Yeah, like something about brown or brownie, and I honestly, if, like, they weren't -- if -- was an intoxicated situation, I'd probably -- and I was in a rush. I'm always running late. I would have been like, Did you just call me Brownie or Brown?

So I don't know if she was talking to me, or I assume probably in that knowing more now, like probably my brother.

And then as I'm like headed out when the door closed behind me because she's still very, very loud.

I heard something about, like, owning or owners or something like that, but like, more in a high-pitched voice, like, towards my brother.

GREG CHIARELLO: Okay. Regardless of what it is?

CHANDANI RANA: I feel like she was just like saying a lot, like she was kind of just like mumbling because she was drunk a little bit. And I was like putting my AirPods in.

But I know that he's, like, said before, like, afterwards and complained about, like, how she's said things like that she owns his career or, like,

owns him or whatever.

So I assume that's what it entailed in that moment, but yeah, no, I honestly was just like running out the door and had my AirPods successfully in by then.

GREG CHIARELLO: Got it. Okay. And did Chirayu look -- well, how did he find it?

CHANDANI RANA: He was irritated. But I feel like people are very annoyed also coming into my little house airlock situation too, because it's so small and it's hot and it was summer. So it's not a great place to, like, walk into.

GREG CHIARELLO: Okay. And do you remember around, like, when -- I'm assuming this has been a nighttime, like what time of night this was?

CHANDANI RANA: This was not -- like, I feel like it was a lot a little bit later. Maybe like towards -- because I know I was in a rush.

So it was probably like later in the evening -- like much later, I think I was late to, like, a friend's pregame or something.

So maybe 9:00 or 10:00, I don't know. Later than the first time, because the first time it was still like later out.

GREG CHIARELLO: Got it. And you said it

was sometime, obviously after the first time you saw them, and it was -- do you think it was still in the summer at that point?

CHANDANI RANA: It was still hot for sure, but I wouldn't -- I mean, maybe it was after, like a little in September, but it was -- I it was very hot out, is all I really remember.

But I know it still got hot throughout the fall this year, so honestly can't be sure exactly which date it was.

GREG CHIARELLO: And was somebody staying with you at the time?

CHANDANI RANA: Not that weekend. I was just that like we grew that time frame because I -- but typically people stay at my house when I'm gone.

I was gone quite a bit that -- around that time frame, from like all of last summer through November.

GREG CHIARELLO: Okay. Give me one second.

(Recording momentarily cut off.)

GREG CHIARELLO: Did he stay at your apartment, like around that time. Do you remember?

CHANDANI RANA: Yeah. I mean, he stays in

my apartment whenever I'm not around, so, like, my brother has a key to my place.

I'm sure there's probably times that he stayed here that I don't even know about, honestly. Or like, they've been in my place. But yeah. He would --

GREG CHIARELLO: (Indiscernible).

CHANDANI RANA: Yeah. Within that time --

GREG CHIARELLO: Did Chirayu stay there if you're -- right, it's like if he knows you're out of town, he'll come and visit you, and he'll stay?

CHANDANI RANA: Yeah, typically. It's hard to have a bunch of people in my small apartment.

GREG CHIARELLO: Got you. Okay. The night that we're talking about, right? Where you saw them on the way out. Do you remember what this woman was wearing?

CHANDANI RANA: No, honestly.

GREG CHIARELLO: Okay. What about the other time when you saw them across the street?

CHANDANI RANA: Just normal clothes. Like nothing that stood out to me, to be honest. Like --

GREG CHIARELLO: Okay. I mean, obviously it was a year ago.

CHANDANI RANA: Yeah. It wasn't -- I just know it wasn't anything great to be memorable. Like

clothing-wise, just the situation --

GREG CHIARELLO: Right.

CHANDANI RANA: -- was uncomfortable.

GREG CHIARELLO: So the situation you just described with the stairwell, right, did you like have any conversation with you about that around the time frame?

CHANDANI RANA: More so, just like, can you not be loud and annoying like me scolding? I didn't really try to ask too many questions, but I've, like, heard about the scenario or whatever. When him and Allen talk about it too. I personally just don't ask too many details.

GREG CHIARELLO: Okay. That's great. I'm wondering if you -- so there was like some point after that night, but in sort of a relatively close time frame, you had a conversation with Chirayu, and you're like, look, if you're coming over, you or your friends or whatever, not be so loud?

CHANDANI RANA: Yeah.

GREG CHIARELLO: Okay. And you said you also have heard him and Allen talking about this woman?

CHANDANI RANA: Yes, yep.

GREG CHIARELLO: Okay. And what would be the context for that? Like you're at your apartment or

in some, like some other setting, like what was the settings?

CHANDANI RANA: Yeah, they've -- I'm sure they've talked about her around me, like even in Virginia, like at my parents' house too.

But yeah, at my apartment, just like if we're, like, at dinners or something, they'll talk about her like, I'll zoom in and out.

GREG CHIARELLO: Okay. So you like, other than this girl is crazy. Like there's nothing sort of specific that you recall, like them talking about with respect to her.

CHANDANI RANA: Just that I know, like, sometimes they've mentioned, like, she's like blackmailing or something like that, or like she's like holding stuff against the -- like, against him. And just saying, like, I don't know, just being like making weird comments and remarks and just like, the -- I can't like -- I remember just like hearing like, Oh, I can't believe she says that stuff to you.

So like in context, like when I'm tuning in, like Allen saying, like, I can't believe she says that stuff to you and such like that.

GREG CHIARELLO: Okay. I see. Okay. Okay. I think that's everything -- can I ask -- I

mean, would you mind if I think of some other things if we talk again at some point?

CHANDANI RANA: Yeah, that works.

GREG CHIARELLO: I mean, I think this is, you know, like all the context I'm really looking for at this stage. But sometimes something kind of just pops in my head, like Colombo style.

And I just, I want to follow up on it. So if you don't mind, but I think, you know, this gives me a very good picture.

And certainly I appreciate and I appreciate you taking the time to talk to me. So thank you. I know you're very busy.

CHANDANI RANA: Of course, yeah. Happy to.

(End of Recording).

CERTIFICATE

I, Jaynes Michael Devon,

Transcriptionist, do hereby certify that the foregoing

pages 2 to 18 constitute a full, true, and accurate

transcript, from electronic recording, of the

proceedings

had in the foregoing matter, all done to the best of my

skill and ability.

Dated this 29th day of October 2026.

Jaynes Michael Devon

Jaynes Michael Devon,

Electronic Transcriber.

IN RE: RANA V. JPMORGAN CHASE BANK, N.A., ET AL.

WORD INDEX

Transcript of Chandani Rana and Greg Chiarello of Outten & Golden

Page: line references are to the transcript


able 2:11, 3:13
across 4:23, 6:16, 14:13
afterwards 11:24
against 16:5, 16:6
airlock 9:11, 9:18, 12:8
AirPods 10:19, 11:21, 12:3
Allen 15:4, 15:14, 16:11
already 9:24
always 5:4, 6:2, 11:7
annoyed 12:7
annoying 9:4, 15:2
answer 3:12
apartment 6:15, 8:18, 9:8, 13:18, 13:21, 14:7, 15:17, 15:22
appreciate 16:25
area 5:1
around 4:3, 4:4, 4:18, 6:3, 6:20, 12:11, 13:12, 13:19, 13:21, 14:25, 15:20
assume 11:10, 12:1

assuming 12:11
attorney 2:22
available 5:19
Avenue 4:19
awareness 8:20
becomes 2:16
behind 11:13
believe 2:23, 16:9, 16:11
between 9:11, 10:2
blackmailing 16:4
blow 6:1
body 8:9
both 11:2
brief 8:3
brother 5:3, 7:16, 7:19, 7:20, 7:22, 11:11, 11:16,
13:21
Brown 10:17, 10:20, 11:4, 11:8
Brownie 10:20, 11:5, 11:8
browning 11:3
building 9:7, 9:10
bunch 14:7
busy 17:2
butt 4:9, 6:21
call 2:10, 2:17, 11:8
career 11:25

catty 4:24
caught 6:6
cell 2:17
certainly 16:25
Chandani 2:3
Chiarello 2:5
close 15:8
closed 11:13
closer 8:19
clothes 14:14
clothing-wise 14:19
Colombo 16:21
comments 16:7
communicate 10:15
complained 11:24
concerning 3:3
concerns 3:17
connection 2:25
context 15:17, 16:10, 16:19
conversation 14:25, 15:9
corner 4:24
couple 3:10
course 17:3
covering 6:19
crazy 16:1

curious 5:23
date 7:14, 13:5
dating 7:22, 7:23, 7:25, 8:1
depends 7:3
described 14:24
details 15:5
dinners 15:23
directions 11:3
discussed 3:1
door 11:12, 12:3
doors 9:14, 9:22, 9:23
drunk 8:22, 10:9, 11:21
Eighth 4:19
engaged 3:2, 3:3
entailed 12:1
entrance 9:11
equal 8:7
evening 12:16
exactly 13:5
experience 3:9
exposure 3:21
fairly 2:22
fall 13:4
feel 11:19, 12:6, 12:13
feeling 10:12

find 12:5
fine 2:15
first 3:24, 8:20, 9:22, 9:23, 12:20, 12:23
follow 16:22
frame 4:3, 13:10, 13:13, 14:25, 15:8
friend 5:12, 5:21
friend's 12:17
friends 15:10
front 9:6
fumbling 10:18
gave 3:9
girl 16:1
girlfriend 7:24
give 2:21, 13:14
gives 16:23
giving 2:24
glanced 6:24
Golden 2:6
good 3:16, 10:13, 16:23
grab 6:22
great 12:9, 14:19, 15:6
Greg 2:5
grew 13:10
guess 8:4
guys 5:17, 6:7

happy 17:3
hard 14:6
he'll 14:5
head 10:12, 16:20
headed 4:5, 4:20, 8:22, 8:23, 9:19, 9:25, 10:22, 11:12
hear 2:9, 2:13, 2:15, 9:2
heard 3:19, 3:20, 10:17, 10:23, 11:1, 11:14, 15:3, 15:14
hearing 3:13, 16:8
high 2:22
high-pitched 11:15
holding 16:5
honest 4:12, 6:3, 14:15
hooking 8:5
house 4:4, 5:4, 12:7, 13:11, 15:21
i'll 6:8, 15:24
ignored 4:10, 7:1
illegal 3:4
instances 3:22
interaction 3:25, 8:19, 9:20, 10:7
interested 3:13, 6:8
intimate 7:12, 7:14, 7:17
intoxicated 8:24, 10:16, 11:6
irritated 9:3, 12:6
JPMorgan 2:24

jump 3:17
keep 5:17
kissing 7:5
knew 7:20, 7:22
knowing 11:10
knows 14:4
last 4:2, 13:13
late 11:7, 12:17
later 12:14, 12:16, 12:17, 12:19, 12:20
leaning 8:10
leaving 4:11, 8:17, 9:3
level 2:22
limited 3:21, 10:7
LinkedIn 4:6, 5:10, 5:18
listen 5:14, 6:13
little 2:12, 3:19, 4:2, 4:17, 9:10, 9:18, 11:21, 12:7, 12:14, 13:1
live 4:19, 5:2, 9:1
Lorna 3:2, 4:22, 5:16, 5:23, 8:21
loud 8:25, 9:4, 10:9, 11:13, 15:2, 15:11
mailbox 9:18
mailboxes 9:14
making 16:7
many 15:3, 15:5
meaning 7:25

memorable 14:19
mentioned 16:4
midsummer 4:2
mind 16:14, 16:23
moment 6:6, 12:2
mumbling 11:20
name 8:21
named 3:2
neck 6:20, 7:6
neighborhood 4:19
never 5:7
next 7:3
night 12:12, 14:8, 15:8
nighttime 12:11
normal 14:14
November 13:13
observe 3:6, 3:14
obviously 12:23, 14:16
older 6:10, 7:2
opportunity 3:6
Outten 2:6
overly 3:10
owners 11:14
ownership 10:23
owning 10:23, 11:14

owns 11:25
parents 15:21
participant 8:7
pause 3:16
people 5:13, 12:7, 13:11, 14:7
perhaps 7:5
person 5:15, 5:17, 7:17, 7:21, 8:1, 8:15, 8:21
personally 15:5
phone 2:9, 2:11, 2:17, 11:2
picture 4:6, 5:10, 5:11, 5:18, 5:19, 5:23, 16:24
place 3:16, 12:9, 13:22, 13:25
point 3:10, 12:24, 15:7, 16:16
pops 16:20
possible 6:13
potentially 3:4
pregame 12:18
probe 6:9
problem 11:2
putting 10:12, 10:18, 11:21
questions 3:17, 15:3
quickly 6:24
quite 5:15, 5:16, 13:12
Rana 2:3
random 7:21
randomly 5:5, 5:13

reaction 8:5
reactions 8:10
recall 10:10, 16:2
recognized 6:16, 8:21
regardless 11:17
relatively 15:8
remarks 16:7
remember 5:22, 12:10, 13:3, 13:19, 14:10, 16:8
representing 2:23, 2:25
respect 16:2
restrictive 3:11
running 11:7, 12:2
rush 8:23, 11:7, 12:15
saying 5:22, 6:1, 10:10, 10:17, 10:21, 11:20, 16:6, 16:11
scenario 15:4
scolding 15:2
second 13:14
seem 8:6
seemed 10:9
seen 3:22, 4:6, 5:7, 5:10, 8:14
sense 2:24
September 13:2
sets 9:14
setting 15:18

settings 15:18
shared 2:21
since 9:9
situation 2:24, 6:20, 7:3, 10:13, 11:6, 12:8, 14:20, 14:23
slap 6:21
slapped 4:9
small 9:1, 9:10, 9:17, 10:6, 12:8, 14:7
somebody 7:14, 7:25, 13:7
sometime 12:23
sometimes 6:9, 16:4, 16:20
sort 15:8, 16:1
sound 7:3
sounds 2:12
space 9:15, 9:18, 10:2
specific 16:1
spoken 5:12, 5:15
stage 3:15, 16:20
stairs 9:16, 9:18, 10:25
stairway 9:11
stairwell 9:7, 9:12, 14:24
start 3:24
starting 3:10
stay 13:11, 13:18, 14:3, 14:5
stayed 13:23

staying 13:7
stays 13:20
steps 10:4
stood 14:15
stopping 5:5
street 4:24, 6:16, 14:13
stuff 6:1, 16:5, 16:9, 16:11
stumbling 10:24, 10:25
style 16:21
successfully 12:3
summer 12:9, 12:24, 13:13
super 8:25
switched 2:9
systems 2:9
taking 2:19, 17:1
telling 2:10
tenants 9:2
thank 2:8, 2:19, 17:1
they'll 15:23
through 2:10, 13:13
throughout 13:4
time 2:20, 3:24, 4:3, 4:5, 7:25, 8:16, 8:19, 8:20, 12:12, 12:20, 12:23, 13:8, 13:10, 13:12, 13:19, 14:2, 14:13, 14:25, 15:8, 17:1
times 13:23

today 2:6, 3:8
together 3:7
touch 4:9
touching 4:8, 4:15, 6:19, 6:21
towards 9:19, 11:16, 12:14
town 14:4
trying 4:13, 5:8, 6:23, 7:6, 7:8, 7:11, 10:18
tuning 6:5, 6:6, 16:10
type 6:7
Uber 4:20
uncomfortable 6:25, 14:22
understood 6:14
underwater 2:13
unworkable 2:16
vibes 10:16
Virginia 15:20
vis-Ã -vis 3:9
visit 5:1, 14:5
voice 11:15
walk 12:9
walk-up 9:1
walking 4:20
watch 4:14, 6:23
wearing 14:10
Wednesday 4:17

weekend 13:9
weird 6:25, 7:11, 16:7
well 2:7, 2:14, 12:5
weren't 11:5
whatnot 4:15
whenever 13:21
whisper 7:6
whispering 7:6
within 9:19, 14:2
woman 3:2, 4:7, 6:15, 7:23, 8:5, 14:10, 15:14
wondering 15:7
work 2:24, 6:2
works 3:2, 16:17
wrong 3:12
yapping 6:3
year 4:2, 13:5, 14:17
younger 6:11, 6:12
zoom 15:24



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Kendra Suggs (E: KSuggs@MagnaLS.com | C: 407-716-6624)

**Director of Production Services:**
Ron Hickman (E: RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)

MAGNA
LEGAL SERVICES

**A**

**a**
2:14,15,16,25 3:6,14 3:14,20,23 4:7,7,11 4:13,24 5:12,19,20 5:22,25 6:3,8,11 7:6 7:8,8,15 8:2,10 9:11 9:16,19 10:12 11:9 11:9,25 12:5,15,20 12:21 13:11,14,17 13:17,18,20 14:5,16 15:2,12,23 16:16,17 18:10 19:4

**ability**
19:8

**able**
2:12 3:18 20:7

**about**
3:12,24,24 4:1,7 5:22 5:24 6:2,6,7,18,20 11:16,20 12:2,14,24 15:4,14,18 16:6,11 16:12,22 17:4,8,11

**accurate**
19:4

**across**
5:5 7:2 15:19 20:8

**after**
4:21 9:12 14:1,5 16:15

**afterwards**
12:24 20:9

**again**
7:3,9,23 18:2

**against**
17:16,16 20:10

**ago**
4:7 15:23

**airlock**
10:5,12 13:10 20:11

**AirPods**
11:15 12:22 13:4 20:12

**AL**
1:1 20:1

**all**
3:19 4:14 7:4 10:14 14:7,17 18:5 19:7

**Allen**
16:12,22 17:22 20:13

**already**
10:18 20:14

**also**
13:9 16:22

**always**
5:13 6:13 12:5 20:15

**am**
2:25

**an**
8:22 12:4

**and**
1:6 2:1,11 3:5,5,8,11 3:19,24 4:9,10,14 4:14,17,18,22 5:3,4 5:8,12,19,21,23 6:3 6:3,5,6,8,11 7:1,2,5 7:6,7,11,12 8:19 9:9 9:15,16,17,18,19,22 10:5,9,10,13 11:3,4 11:5,10,19,21,21,24 12:3,5,11,21,24 13:4,6,11,11,13,25 14:2,11 15:10,10 16:9,12,17,21,22,24 17:8,16,18,18,23 18:8,11,11 19:4,8 20:3

**annoyed**
13:9 20:16

**annoying**
9:23 16:9 20:17

**another**
2:12 8:21 9:7

**answer**
3:16 20:18

**any**
3:12,21 4:4 16:6

**anything**
3:22 4:19 9:2 11:5 15:25

**apartment**
7:1 9:9,10 10:1 14:23 15:1,12 16:25 17:6 20:19

**appreciate**
18:11,11 20:21

**are**
2:6,7 3:8 6:18 10:11 13:9 20:5

**area**
5:9 20:22

**around**
4:8,9,25 6:13 7:7 13:14 14:16,24 15:1 16:6 17:4 20:23

**as**
6:24,24 8:14 12:11

**ask**
16:10,13 17:25

**asked**
6:3

**assume**
12:9 13:2 20:25

**assuming**
13:14 21:1

**at**
3:2,19 4:10 5:17 14:3 14:12,15,23 16:25 17:5,6,7 18:2,6

**attorney**
2:25 21:2

**AUDIO**
1:5,5

**available**
6:4 21:3

**Avenue**
5:1 21:4

**awareness**
9:13 21:5

**B**

**back**
4:24 11:21

**BANK**
1:1 20:1

**be**
3:15 4:19 5:20 6:13 8:11 11:4 14:9 15:21,25 16:9,19,24

**because**
2:25 4:18 10:11 11:8 12:12,21 13:10,18 13:23 14:14

**becomes**
2:19 21:6

**been**
3:13 12:6 13:14 15:5

**before**
3:21 5:16 12:23

**behind**
12:12 21:7

**being**
8:2 9:22 11:4 17:17

**believe**
3:1 17:20,22 21:8

**best**
19:7

**between**
10:5,21 21:9

**bit**
2:15,15,16 3:24 4:7 4:21,24 5:25 12:21 13:17 14:16

**blackmailing**
17:15 21:10

**blow**
6:11 21:11

**body**
8:25 21:12

**both**
11:25 21:13

**brief**
8:19 21:14

**brother**
5:12 8:4,7,10,12 12:10,16 15:2 21:15

**brown**
11:13,16 12:3,7 21:17

**brownie**
11:17 12:3,7 21:18

**browning**
12:1 21:19

**building**
9:25 10:4 21:20
**bunch**
15:12 21:21
**busy**
18:13 21:22
**but**
2:15 3:1,4,14,25 5:16 5:24 7:9 8:6,11,25 9:15,23 11:2,13,16 12:15,23 13:3,8 14:5,6,8,14 15:5 16:10,16 17:6 18:6 18:9
**butt**
4:15 7:7 21:23
**by**
5:13 8:7 13:4

**C**

**call**
2:12,20 12:6 21:24
**came**
2:11
**can**
2:10,12,15,18,20 3:25 9:20 16:8 17:25
**can't**
14:9 17:19,20,22
**career**
12:25 21:25
**catty**
5:6 22:1
**caught**
6:17 22:2
**cell**
2:20 22:3
**certainly**
18:11 22:4
**CERTIFICATE**
19:1
**certify**
19:3
**Chandani**
1:6,10 2:3,4,7,14,18 2:21 3:23 4:6,25 5:5 5:11,21 6:10,16,23 7:4,17,22 8:3,9,17 8:24 9:7 10:3,10,18 10:21,24 11:1,7 12:2,19 13:8,16 14:4,13,25 15:7,11 15:17,20,24 16:3,8 16:20,23 17:3,13 18:3,14 20:3 22:5
**CHASE**
1:1 20:1
**Chiarello**
1:6,11 2:3,5,5,9,17 2:19,22 4:2,23 5:3,8 5:18 6:5,15,21,25 7:14,21 8:1,6,13,18 9:5,24 10:7,15,20 10:23,25 11:3,24 12:17 13:6,13,25 14:11,19,23 15:6,8 15:13,18,22 16:2,4 16:14,21,24 17:9,24 18:4 20:3 22:6
**Chirayu**
2:24 3:9 5:4 6:5,22 8:22 9:5 13:7 15:8 16:17
**close**
16:16 22:7
**closed**
12:12 22:8
**closer**
9:11 22:9
**clothes**
15:20 22:10
**clothing-wise**
16:1 22:11
**Colombo**
18:7 22:12
**come**
5:20 15:10
**coming**
5:9,13 7:1 9:8,9,17 10:17,19 13:9 16:18
**comments**
17:18 22:13
**communicate**
11:11 22:14
**complained**
12:24 22:15
**concerning**
3:8 22:16
**concerns**
3:22 22:17
**connection**
3:4 22:18
**constitute**
19:4
**context**
16:25 17:21 18:5 22:19
**conversation**
16:6,17 22:20
**corner**
5:6,7 22:21
**could**
7:24 11:11
**couple**
3:14 22:22
**course**
18:14 22:23
**covering**
7:5 22:24
**crazy**
17:10 22:25
**curious**
6:8 23:1
**cut**
9:3 14:21

**D**

**date**
8:2 14:10 23:2
**Dated**
19:9
**dating**
8:11,12,15,15 23:3
**day**
19:9
**depends**
7:16 23:4
**described**
16:5 23:5
**details**
16:13 23:6
**Devon**
19:2,12
**did**
5:3,20 8:1,19,21,22 10:1,1 12:6 13:6,7 14:23 15:8 16:5
**didn't**
4:18 5:15 8:3,7,19 11:10 16:10
**dinners**
17:7 23:7
**directions**
12:1 23:8
**discussed**
3:6 23:9
**do**
2:13 3:21 4:2 5:8 6:7 8:7 11:5 13:13 14:2 14:24 15:15 19:3
**doing**
2:7,9
**done**
19:7
**don't**
2:23 3:15 5:23 7:8,18 7:19,20 8:5,21 11:17 12:8 13:22 15:4 16:12 17:17 18:9
**door**
12:12 13:4 23:10
**doors**
10:8,16,17 23:11
**down**
11:8
**drunk**
9:15 11:4 12:21 23:12

**E**

**ear**
7:19

**Eighth**
5:1 23:13
**electronic**
19:5,13
**end**
10:4 18:18
**engaged**
3:7,7 23:14
**entailed**
13:2 23:15
**entrance**
10:5 23:16
**equal**
8:22 23:17
**ET**
1:1 20:1
**even**
15:4 17:4
**evening**
13:19 23:18
**everything**
9:20 17:25
**exactly**
14:9 23:19
**experience**
3:13 23:20
**exposure**
3:25 23:21

**F**

**fairly**
2:25 23:22
**fall**
14:9 23:23
**feel**
12:19 13:9,17 23:24
**feeling**
11:9 23:25
**find**
13:7 24:1
**fine**
2:18 24:2
**first**
4:4 9:12 10:16,17 13:23,23 14:1 24:3
**follow**
18:8 24:4
**for**
2:22 3:20,20 14:4 16:25 18:5
**foregoing**
19:3,7
**frame**
4:8 14:14,17 16:7,17 24:5
**friend**
5:21 6:6 24:6
**friends**
16:18 24:8
**friend's**
13:21 24:7
**from**
2:6 8:25 14:17 19:5
**front**
9:24 24:9
**full**
19:4
**fumbling**
11:14 24:10

**G**

**gave**
3:14 24:11
**girl**
17:10 24:12
**girlfriend**
8:14 24:13
**give**
2:24 14:19 24:14
**gives**
18:9 24:15
**giving**
3:2 24:16
**glanced**
7:11 24:17
**go**
4:9
**going**
2:24 10:5,16
**Golden**
1:6 2:6 20:4 24:18
**gone**
14:15,16
**good**
3:20 11:9 18:10 24:19
**got**
4:23 5:18 6:5,21 10:15,20 11:3 13:6 13:25 14:8 15:13
**grab**
7:8 24:20
**great**
13:12 15:25 16:14 24:21
**Greg**
1:6,11 2:3,5,5,9,17 2:19,22 4:2,23 5:3,8 5:18 6:5,15,21,25 7:14,21 8:1,6,13,18 9:5,24 10:7,15,20 10:23,25 11:3,24 12:17 13:6,13,25 14:11,19,23 15:6,8 15:13,18,22 16:2,4 16:14,21,24 17:9,24 18:4 20:3 24:22
**grew**
14:14 24:23
**guess**
8:20 24:24
**guys**
6:1,18 24:25

**H**

**had**
3:10 4:4,11 5:19,20 6:8 9:5,12 11:9 13:4 16:17 19:7
**happy**
18:14 25:1
**hard**
15:11 25:2
**has**
2:24 3:7,13 5:12 13:14 15:2
**have**
3:5,21,25 5:21 8:4 12:6 15:12 16:5,22
**he**
3:5,6,14 8:1,13,15 9:1 13:7,8 14:23,25 15:3,5,9
**head**
11:8 18:7 25:4
**headed**
4:10 5:2 9:16,16 10:13,19 11:19 12:11 25:5
**hear**
2:10,15,18 9:20 25:6
**heard**
3:23,24 11:13,20,24 12:14 16:11,22 25:7
**hearing**
3:17 17:19 25:9
**her**
3:10,13,24,25 4:1,5 4:11,13,15 5:16,19 5:20 6:9 7:6 9:14 11:13,24 17:4,8,12
**here**
2:11 5:13 15:4
**hereby**
19:3
**he'll**
15:10,10 25:3
**he's**
5:13 8:14,20 12:23
**Hi**
2:3,5
**high**
2:25 25:10
**high-pitched**
12:16 25:11
**him**
3:1,4,7,7 4:14,14,22 5:21 6:11 7:1,5,6 11:18 13:1 16:11,22 17:16
**his**
2:25 3:2 4:15 5:21 6:6 7:7,7,18,19 8:13 12:25

**holding**
17:16 25:12
**honest**
4:19 6:13 15:21 25:13
**honestly**
4:17 5:15 8:24 11:8 11:10,14 12:3 13:3 14:9 15:4,17
**hooking**
8:20 25:14
**hot**
13:11 14:4,6,8
**house**
4:9 5:12 13:10 14:15 17:5 25:15
**how**
2:6,7,23 5:19 12:24 13:7

**I**

**if**
2:12,19 3:12 7:8 8:3 8:7,10 10:7 11:17 12:3,4,8 15:8,9 16:15,18 17:6 18:1 18:1,9
**ignored**
4:17 7:13 25:17
**illegal**
3:8 25:18
**in**
1:1 3:4,7,17,21 5:9 6:17,17,19 7:19 8:22 9:8,16,17,19 9:24,25 10:1,3,9,17 10:19 11:2,15,25 12:5,9,15,22 13:2,4 13:18,19 14:2,6,25 15:5,12 16:16 17:1 17:4,8,21,21 18:7 19:7 20:1
**INDEX**
20:2
**indiscernible**
7:21 10:25 15:6
**instances**
4:1 25:19
**interaction**
4:4 9:11 10:14 11:2 25:20
**interested**
3:17 6:19 25:21
**intimate**
7:25 8:2,5 25:22
**into**
9:1,10 13:9,12
**intoxicated**
9:18 11:12 12:4 25:23
**irritated**
9:21 13:8 25:24
**is**
2:3,4,5 3:6,12 4:24 6:1 7:24 9:14 10:4 11:25 12:18 14:7 17:10 18:4
**it**
2:14,19 3:24 4:6,13 4:15,17,20 5:16 7:8 7:13,24 8:1,3,9,18 8:19,22 9:1,11,12 10:9,15,15,18,20 11:3,17 12:18 13:2 13:6,7,11,17,19,23 13:25,25 14:2,2,4,5 14:6,6,8,10 15:23 15:24,25 16:12 18:8
**it's**
2:18 6:14 9:1 10:11 10:11,24 12:1 13:10 13:11,11 15:9,11
**I'd**
5:16 12:4
**i'll**
6:20 17:8 25:16
**I'm**
2:7,9,10,24 3:1,4,16 3:19 6:16,17,18,19 6:23 7:14 10:13,23 11:19 12:5,11 13:14 14:15 15:1,3 16:14 17:3,21 18:5
**I've**
3:23,24 4:1 16:10

**J**

**Jaynes**
19:2,12
**JPMorgan**
1:1 3:3 20:1 25:25
**jump**
3:21 26:1
**just**
2:10,20 3:16 4:3,10 4:17,23 5:10,17,25 6:1,10,14 7:2,9,11 7:13,14,15,23,24 8:25 9:17,21,22,23 10:23 11:2,10,11,16 11:20,21 12:6,19,20 13:3 14:14 15:20,24 16:1,4,8,12 17:6,13 17:17,17,18,19 18:6 18:8

**K**

**keep**
6:1 26:2
**key**
5:12 15:2
**kind**
2:14 3:21 4:4,11,22 5:6,17,23 7:5,11 12:20 18:6
**kissing**
7:18 26:3
**knew**
8:9,12 26:4
**know**
2:20,23,23 3:2,5,6,9 3:10,12,12,13 5:8 6:10 7:8,18,20 8:3,5 8:7,14,18,19,21 11:17 12:8,23 13:18 13:22 14:8 15:4,25 17:13,17 18:5,9,13
**knowing**
12:9 26:5
**knows**
15:9 26:6

**L**

**last**
4:7 14:17 26:7
**late**
12:6 13:20 26:8
**later**
13:17,19,20,22,24 26:9
**leaning**
9:1 26:10
**leaving**
4:18 9:9,21 26:11
**let**
2:20 4:23
**let's**
4:2,3
**level**
2:25 26:12
**limited**
3:25 11:2 26:13
**line**
20:5
**LinkedIn**
4:12 5:19 6:3 26:14
**listen**
5:23 6:24 26:15
**little**
2:14 3:24 4:7,24 10:4 10:12 12:21 13:10 13:17 14:6 26:16
**live**
5:1,10 9:19 26:18
**look**
5:17 7:23 8:1,19 13:7 16:18
**looked**
4:13 7:16 11:21
**looking**
3:20 8:25 18:5
**Lorna**
3:7 5:4,25 6:8 9:14 26:19

**lot**
5:22 6:11 12:20 13:17
**loud**
9:18,22 11:5 12:13 16:9,19 26:20

**M**

**made**
7:12
**mailbox**
10:13 26:21
**mailboxes**
10:8 26:22
**making**
17:17 26:23
**many**
16:10,13 26:24
**matter**
19:7
**maybe**
4:3 13:17,22 14:5
**me**
2:4,10,11,20,23 3:9 3:14,20 4:23 6:13 7:3,12 11:17 12:6,8 12:12 14:19 15:21 16:9 17:4 18:9,12
**mean**
4:3 5:11,16 6:12 8:7 8:21 14:5,25 15:22 18:1,4
**meaning**
8:14 26:25
**memorable**
15:25 27:1
**mentioned**
17:14 27:2
**Michael**
19:2,12
**midsummer**
4:8 27:3
**mind**
18:1,9 27:4
**moment**
6:18 13:3 27:5
**momentarily**
9:3 14:21
**more**
4:21 9:12 12:9,15 16:8
**much**
2:24 4:21 5:15 6:24 8:25 13:20
**mumbling**
12:21 27:6
**my**
2:20 4:9,25 5:2,11,12 8:3,7,9,12 9:9,10 10:3 11:8,14,15 12:10,16,22 13:4,9 14:15 15:1,1,2,5,12 17:5,6 18:7 19:7

**N**

**name**
9:14 27:7
**named**
3:7 27:8
**neck**
7:6,7,18 27:9
**neighborhood**
5:1 27:10
**never**
5:16 27:11
**next**
7:15 27:12
**night**
13:15 15:14 16:16 27:13
**nighttime**
13:15 27:14
**no**
3:16,23 8:25 13:3 15:17
**normal**
15:20 27:15
**not**
2:12 5:17 6:23 8:25 9:1 11:9 13:11,16 14:13 15:1 16:9,19
**nothing**
15:21 17:10
**November**
14:18 27:16
**now**
8:15 12:9
**N.A**
1:1 20:1

**O**

**observe**
3:10,11,18 27:17
**obviously**
14:1 15:22 27:18
**October**
19:9
**of**
1:5,5,6 2:14 3:2,21 4:4,11,11,21,22 5:6 5:16,17,19,20,22,23 6:9,19 7:1,5,11 8:14 9:24 10:8,16,17 12:17,20 13:15 14:17 15:9,12 16:16 17:10 18:1,6,14,18 19:5,7,9 20:3,3
**off**
9:3 14:21
**Oh**
8:11,20 17:19
**okay**
2:9,17,21 4:2 5:3,8 7:14 8:6,18 10:23 11:3 12:17 13:6,13 14:19 15:13,18,22 16:14,21,24 17:9,24 17:24,25
**older**
6:21 7:14 27:19
**on**
2:12,20 4:11,24 5:1,6 5:6,19 7:16 8:2 15:15 18:8
**one**
3:5 5:24 14:19
**only**
3:25 6:4
**opportunity**
3:10 27:20
**or**
3:16,22,22 4:7,15,15 5:2,10 6:17,21 7:8,8 8:21 9:2,25 10:8 11:17,20 12:3,7,8 12:14,15,25 13:1,21 13:22 15:4 16:11,18 16:19,25 17:7,15,15
**other**
9:20 15:18 17:1,9 18:1
**out**
4:10,25,25 5:2,2 6:17 7:1 9:16,16 10:13 10:16,19 11:19 12:11 13:4,24 14:7 15:9,15,21 17:8
**Outten**
1:6 2:6 20:4 27:21
**over**
4:14 5:10,13 7:5 16:18
**overly**
3:15 27:22
**owners**
12:15 27:23
**ownership**
11:21 27:24
**owning**
11:20 12:14 27:25
**owns**
12:25 13:1 28:1

**P**

**Page**
20:5
**pages**
19:4
**parents**
17:5 28:2
**participant**
8:22 28:3
**pause**
3:21 28:4

**people**
5:22 13:9 14:15 15:12 28:5
**perhaps**
7:17 28:6
**person**
5:24 6:1 8:5,10,15 9:6,13 28:7
**personally**
16:12 28:8
**phone**
2:10,12,20 11:25 28:9
**picture**
4:11 5:19,20 6:3,4,8 18:10 28:10
**place**
3:20 13:12 15:2,5 28:11
**point**
3:14 14:3 16:15 18:2 28:12
**pops**
18:7 28:13
**possible**
6:24 28:14
**potentially**
3:8 28:15
**pregame**
13:21 28:16
**probably**
8:4,11 12:5,9,10 13:19 15:3
**probe**
6:20 28:17
**problem**
11:25 28:18
**proceedings**
19:6
**put**
11:14
**putting**
11:8,14 12:22 28:19

**Q**

**questions**
3:22 16:10 28:20
**quickly**
7:11 28:21
**quite**
5:25,25 14:16 28:22

**R**

**Rana**
1:1,6,10 2:3,4,7,14 2:18,21 3:23 4:6,25 5:5,11,21 6:10,16 6:23 7:4,17,22 8:3,9 8:17,24 9:7 10:3,10 10:18,21,24 11:1,7 12:2,19 13:8,16 14:4,13,25 15:7,11 15:17,20,24 16:3,8 16:20,23 17:3,13 18:3,14 20:1,3 28:23
**random**
8:10 28:24
**randomly**
5:14,22 28:25
**RE**
1:1 20:1
**reaction**
8:20 29:1
**reactions**
9:1 29:2
**really**
2:11 3:11,17,19 4:18 4:20 5:15 7:12,20 7:23 8:24 9:21 10:4 14:7 16:10 18:5
**recall**
11:5 17:11 29:3
**recognized**
7:2 9:13 29:4
**RECORDED**
1:5 2:1
**recording**
9:3 14:21 18:18 19:5
**references**
20:5
**regardless**
12:17 29:5
**relatively**
16:16 29:6
**remarks**
17:18 29:7
**remember**
6:7 13:13 14:7,24 15:15 17:19 29:8
**representing**
3:1,4 29:9
**respect**
17:12 29:10
**restrictive**
3:15 29:11
**right**
3:16 5:18 9:14 10:8 10:11 15:9,14 16:2 16:5
**running**
12:5 13:3 29:12
**rush**
9:16 12:5 13:18 29:13

**S**

**said**
5:18 12:1,23,25 13:25 16:21
**saw**
4:15,21 7:1,3,6 14:1 15:14,19
**say**
7:15 8:6 11:24
**saying**
6:7,11 11:6,13,17 12:20 17:17,22 29:14
**says**
17:20,22
**scenario**
16:11 29:16
**scolding**
16:9 29:17
**second**
14:19 29:18
**see**
4:18 5:4 6:3,8 10:2 17:24
**seem**
8:22 29:19
**seemed**
11:4 29:20
**seen**
4:1,11 5:16,19 9:5 29:21
**sense**
3:2 29:22
**September**
14:6 29:23
**set**
10:16,17
**sets**
10:8 29:24
**setting**
17:1 29:25
**settings**
17:2 30:1
**shared**
2:24 30:2
**she**
4:10,13 6:11 7:4 8:5 9:15,17,22,23 11:4 11:4,5,7,17,22 12:1 12:8,19,20,21,25 17:20,22
**she's**
12:12,24 17:14,15
**should**
4:3
**since**
10:3 30:3
**situation**
3:2 7:6,15 11:9 12:4 13:10 16:1,4 30:4
**skill**
19:8
**slap**
7:8 30:6
**slapped**
4:15 30:7
**small**
9:19 10:4,11 11:1

13:11 15:12 30:8
**so**
2:11,22 3:20 4:2,6,13 4:20,23,24 5:1,15 5:16,19,25 6:13,17 6:23,25 7:13 8:1,7 8:18 9:12,19,20 10:11,11,21 11:3,24 12:8 13:2,10,11,19 13:22 14:9 15:1 16:4,8,15,19 17:9 17:21 18:8,12
**some**
2:23 3:2,8,10 16:15 17:1,1 18:1,2
**somebody**
8:2,15 14:11 30:9
**something**
4:16 6:12 7:9 11:16 11:20,25 12:2,14,15 13:21 17:7,15 18:6
**sometime**
14:1 30:10
**sometimes**
6:20 17:14 18:6 30:11
**sort**
16:16 17:10 30:12
**sound**
7:15 30:13
**sounds**
2:14 30:14
**space**
10:9,12,21 30:15
**SPEAKERS**
1:9
**specific**
17:11 30:16
**spoken**
5:22,24 30:17
**stage**
3:19 18:6 30:18
**stairs**
10:10,12 11:23 30:19
**stairway**
10:6 30:20
**stairwell**
9:25 10:6 16:5 30:21
**start**
4:3 30:22
**starting**
3:14 30:23
**stay**
14:15,23 15:8,10 30:24
**stayed**
15:4 30:25
**staying**
14:11 31:1
**stays**
14:25 31:2
**steps**
10:24 31:3
**still**
2:15 12:12 13:24 14:2,4,8
**stood**
15:21 31:4
**stopping**
5:13 31:5
**street**
5:6 7:2 15:19 31:6
**stuff**
6:11 17:16,20,23 31:7
**stumbling**
11:22,22 31:8
**style**
18:7 31:9
**successfully**
13:4 31:10
**such**
17:23
**summer**
13:11 14:3,17 31:11
**super**
9:18 31:12
**sure**
10:7 14:4,9 15:3 17:3
**switched**
2:10 31:13
**systems**
2:11 31:14

**T**

**taking**
2:22 18:12 31:15
**talk**
2:23 3:12 4:1 5:22 16:12 17:7 18:2,12
**talked**
17:4
**talking**
6:1,6,18,20 12:8 15:14 16:22 17:11
**tell**
7:2,24 11:11
**telling**
2:11 31:16
**tenants**
9:20 31:17
**than**
6:22 7:15 13:23 17:10
**thank**
2:9,22 18:12 31:18
**that**
3:5,5,6,8,9,22 4:1,2,4 4:8,10,13,16,19,20 4:21,21 5:9,16,17 5:20,20 6:1,4,8,10 6:18 7:4,16 8:4,8,10 8:12,14,14,15 9:5 9:21 10:2,9,9,13,14 10:16,16,17,17,21 11:2,5,9,12 12:9,15 12:23,25 13:2 14:3 14:13,14,14,16,16 14:24 15:3,4,7,14 15:21 16:6,16,25 17:11,13,15,20,22 17:23 18:3 19:3
**that's**
3:11,19,20 7:12 13:2 16:14 17:25
**the**
4:3 5:5,6,6 6:4 7:2 8:25 9:12,13,19,25 9:25 10:4,5,5,10,12 10:12 11:12,22 12:11 13:4,19,23,23 14:1,2,8,12 15:13 15:15,18,19 16:1,4 16:5,6,11,25 17:1 17:16,18 18:5,12 19:3,5,7,7 20:5
**them**
3:11 14:2 15:15,19 17:11
**then**
8:16 11:19 12:11 13:5
**there**
5:10 10:11 15:8 16:15
**there's**
3:16 10:7,8 15:3 17:10
**they**
5:5,9,9,11,22 6:7,7 6:10 8:4 9:8,8,9,17 9:22 10:18 11:12,21 12:3
**They'd**
4:9
**they'll**
17:7 31:19
**they're**
5:12 6:12,13,19 8:11 11:1
**they've**
5:24 15:5 17:3,4,14
**thing**
3:5
**things**
12:25 18:1
**think**
3:20 4:6 5:15 11:25 13:20 14:2 17:25 18:1,4,9
**this**
2:3,4,5 3:19 4:24 5:24 6:1 7:1,24 8:5 8:21,23 9:6,11,24

9:25,25 10:1,3,14 11:9,25 13:14,15,16 14:9 15:15 16:22 17:10 18:4,6,9 19:9

**those**
4:1

**thought**
8:4,10

**through**
2:11 14:17 31:20

**throughout**
14:8 31:21

**time**
2:23 4:4,8,10 8:14 9:7,11,12 13:15,23 13:23 14:1,12,14,17 14:24 15:7,19 16:6 16:16 18:12 31:22

**times**
15:3 31:25

**to**
2:12,23,23,24 3:10 3:10,11,15,18,20,25 4:18,19,21 5:2,10 5:10,12,17,20 6:3,8 6:13,24 7:10,19,23 8:19 11:4,4,11,14 11:17,17 12:8 13:12 13:20 15:2,12,21,21 15:25 16:10 17:12 17:20,23 18:8,12,12 18:15 19:4,7 20:5

**today**
2:6 3:12 32:1

**together**
3:11 32:2

**told**
3:9

**too**
3:24 5:15 8:25 10:11 13:10 16:10,12,13 17:5

**touch**
4:15 32:3

**touching**
4:14,22 7:5,7 32:4

**towards**
10:13 12:16 13:18 32:5

**town**
15:10 32:6

**TRANSCRIBED**
2:1

**Transcriber**
19:13

**transcript**
19:5 20:3,5

**TRANSCRIPTION**
1:5

**Transcriptionist**
19:3

**true**
19:4

**try**
5:10 6:23 16:10

**trying**
4:20 5:17 7:9,19,20 7:23 11:14 32:7

**tuning**
6:16,17 17:21 32:8

**two**
10:8,24

**type**
6:19 32:9

**typically**
14:15 15:11

**U**

**Uber**
5:2 32:10

**uncomfortable**
7:13 16:3 32:11

**understood**
6:25 32:12

**underwater**
2:15 32:13

**unworkable**
2:19 32:14

**up**
4:24 6:11 8:20 10:5 11:22 18:8

**V**

**V**
1:1 20:1

**very**
9:15,17,18 11:1,4,5 12:12,12 13:9 14:6 18:10,13

**vibes**
11:12 32:15

**Virginia**
17:5 32:16

**vis**
3:13 32:17

**visit**
5:10 15:10 32:18

**vis-Ã**
3:13 32:17

**voice**
1:5 12:16 32:19

**W**

**walk**
13:12 32:20

**walking**
5:2 32:22

**walk-up**
9:19 32:21

**want**
3:11,15 4:18 8:19 11:10 18:8

**wanted**
6:8

**was**
3:9 4:6,9,10,13,14,18 4:20 5:1,2,17,25 6:4 6:4 7:4,8,12,23,24 8:2,3,5,9,10,13,15 8:18,20,22 9:1,7,8,9 9:11,12,13,15,15,16 9:16,17,20,21,22,23 9:24,25,25 10:14,18 10:19 11:4,5,7,8,9 11:10,14,17,22 12:4 12:5,8,19,20,21,21 13:3,8,11,15,16,17 13:18,19,20,23 14:1 14:2,2,4,5,6,6,10,11 14:13,16 15:16,23 16:3,15 17:1

**wasn't**
4:20 7:9,20,22,23 8:12,24 10:7,9,15 15:24,25

**watch**
4:21 7:10 32:23

**way**
10:13 15:15

**ways**
3:8

**we**
2:10 3:21 4:3 14:14 18:2

**wearing**
15:16 32:24

**Wednesday**
4:24 32:25

**weekend**
14:13 33:1

**weird**
7:12,24 17:18 33:2

**well**
2:7,17 13:7 33:3

**were**
3:17,18 5:5,9,9 6:6,6 6:7,10,25 8:4 9:8,8 9:9,17,22 10:18 11:12,12,21

**weren't**
12:4 33:4

**we're**
15:14 17:7

**what**
2:11 3:9,11,12,13,17 3:17 6:5,6,7 7:3,16 8:7 12:17 13:2,15 15:15,18 16:24 17:1

**whatever**
6:17,19 10:9 13:1 16:11,19

**whatnot**
4:22 33:5

**when**
6:16,16,19 8:6,13 9:8 9:21 10:19 11:19 12:11 13:14 14:15 15:19 16:11 17:21
**whenever**
15:1 33:6
**where**
4:24 5:3 10:1,1,8 15:14
**which**
14:9
**whisper**
7:19 33:7
**whispering**
7:18 33:8
**who**
3:7 5:25 6:18
**why**
5:9,9
**with**
2:24 3:4,6,7 4:3,4 6:12 8:2,5,13,20 9:6 10:12 11:11 14:12 16:5,6,17 17:11
**within**
10:14 15:7 33:9
**woman**
3:6 4:13 7:2 8:12,21 15:15 16:22 33:10
**wondering**
16:15 33:11
**WORD**
20:2
**work**
3:2 6:12 33:12
**works**
3:6 18:3 33:13
**would**
6:11 7:15 8:4,11 12:6 15:5 16:24 18:1
**wouldn't**
14:5
**wrong**
3:16 33:14

**Y**

**yapping**
6:13 33:15
**yeah**
3:23,25 4:6 6:15 7:22 9:7 10:22,24 11:1,7 12:2 13:3 14:25 15:5,7,11,24 16:20 17:3,6 18:3,14
**year**
4:7 14:9 15:23 33:16
**yep**
16:23
**Yes**
2:4 8:17 16:23
**you**
2:6,8,10,10,12,16,18 2:20,22,23,24,24 3:1,2,5,6,9,9,10,12 3:12,13,17,17,21 4:4,23 5:3,8,10,18 5:18,19,20 6:1,5,7,8 6:18,21,25 7:1,2,3 7:15,24 8:6,7,19 9:5 10:2 11:4,5,11,24 12:6 13:13,25 14:1 14:2,12,24 15:10,13 15:14,15,19 16:4,5 16:6,9,15,17,18,21 16:21 17:9,11,20,23 18:1,5,9,9,12,12
**younger**
6:22,23 33:17
**your**
3:13 7:1 8:20 10:1 14:23 16:18,25
**you're**
2:12,15 6:21 10:16 10:16,17 15:9,9 16:17,18,25 18:13

**Z**

**zoom**
17:8 33:18

**1**

**10:00**
13:22
**10:10**
29:3,14
**10:12**
23:25 25:4 28:19
**10:13**
24:19 30:4
**10:15**
22:14
**10:16**
25:23 32:15
**10:17**
21:17 25:7 29:14
**10:18**
24:10 28:19 32:7
**10:19**
20:12
**10:2**
21:9 30:15
**10:20**
21:17,18
**10:21**
29:14
**10:22**
25:5
**10:23**
25:7 27:24,25
**10:24**
31:8
**10:25**
30:19 31:8
**10:4**
31:3
**10:6**
30:8
**10:7**
25:20 26:13
**10:9**
23:12 26:20 29:20
**11:1**
25:7
**11:10**
20:25 26:5
**11:11**
21:15
**11:12**
23:10 25:5
**11:13**
21:7 22:8 26:20
**11:14**
25:7 27:23,25
**11:15**
25:11 32:19
**11:16**
21:15 32:5
**11:17**
29:5
**11:19**
23:24
**11:2**
21:13 28:9,18
**11:20**
27:6 29:14
**11:21**
20:12 23:12 26:16 28:19
**11:24**
20:9 22:15
**11:25**
21:25 28:1
**11:3**
21:19 23:8
**11:4**
21:17
**11:5**
21:18 33:4
**11:6**
25:23 30:4
**11:7**
20:15 26:8 29:12,13
**11:8**
21:17,18,24
**12:1**
20:25 23:15
**12:10**
29:8
**12:11**
20:23 21:1 27:14
**12:12**
27:13 31:23
**12:13**

23:24
**12:14**
26:9,17 32:5
**12:15**
29:13
**12:16**
23:18 26:9
**12:17**
24:7 26:8,9
**12:18**
28:16
**12:19**
26:9
**12:2**
27:5 29:12
**12:20**
24:3 26:9 31:23
**12:23**
24:3 27:18 30:10 31:23
**12:24**
28:12 31:11
**12:3**
20:12 23:10 31:10
**12:5**
24:1 33:3
**12:6**
23:24 25:24
**12:7**
20:16 25:15 26:16 28:5
**12:8**
20:11 30:4,8
**12:9**
24:21 28:11 31:11 32:20
**13:1**
26:17
**13:10**
24:5,23 31:23
**13:11**
25:15 28:5 30:24
**13:12**
20:23 28:22 31:23
**13:13**
24:5 26:7 27:16
31:11,20
**13:14**
24:14 29:18
**13:18**
20:19 30:24
**13:19**
20:23 29:8 31:23
**13:2**
29:23
**13:20**
31:2
**13:21**
20:19,24 21:16 33:6
**13:22**
28:11
**13:23**
30:25 31:25
**13:25**
28:11
**13:3**
29:8
**13:4**
23:23 31:21
**13:5**
23:2,19 33:16
**13:7**
30:9 31:1
**13:8**
31:23
**13:9**
33:1
**14:10**
29:8 32:24 33:10
**14:13**
20:8 31:6,24
**14:14**
22:10 27:15
**14:15**
25:13 31:4
**14:16**
27:18
**14:17**
33:16
**14:19**
22:11 24:21 27:1
**14:2**
31:23 33:9
**14:20**
30:4
**14:22**
32:11
**14:23**
30:5
**14:24**
23:5 30:21
**14:25**
20:24 22:20 24:5 31:24
**14:3**
30:24
**14:4**
26:6 32:6
**14:5**
25:3 30:24 32:18
**14:6**
25:2
**14:7**
20:19 21:21 28:5 30:8
**14:8**
27:13
**15:10**
24:8
**15:11**
26:20
**15:14**
20:13 25:8 33:10
**15:17**
20:19 22:19
**15:18**
29:25 30:1
**15:2**
20:17 26:20 29:17
**15:20**
20:24 32:16
**15:21**
25:15 28:2
**15:22**
20:20
**15:23**
23:7 31:19
**15:24**
25:16 33:18
**15:3**
25:7 26:24 28:20
**15:4**
20:13 29:16
**15:5**
23:6 26:24 28:8
**15:6**
24:21
**15:7**
28:12 33:11
**15:8**
22:7 24:5 27:13 29:6 30:12 31:24
**15:9**
22:20
**16:1**
22:25 24:12 30:12,16
**16:10**
22:19 32:8
**16:11**
20:13 21:8 29:15 31:7
**16:14**
27:4
**16:16**
28:12
**16:17**
33:13
**16:19**
22:19
**16:2**
29:3,10
**16:20**
25:4 28:13 30:11,18
**16:21**
22:12 31:9
**16:22**
24:4
**16:23**
24:15,19 27:4
**16:24**
28:10
**16:25**
20:21 22:4
**16:4**

21:10 27:2 30:11
**16:5**
20:10 25:12 31:7
**16:6**
20:10 29:14
**16:7**
22:13 26:23 29:7 33:2
**16:8**
25:9 29:8
**16:9**
21:8 31:7
**17:1**
31:15,18,24
**17:2**
21:22
**17:3**
22:23 25:1
**18**
19:4

**2**

**2**
19:4
**2:10**
21:24 31:16,20
**2:11**
20:7 28:9
**2:12**
26:16 30:14
**2:13**
25:6 32:13
**2:14**
33:3
**2:15**
24:2 25:6
**2:16**
21:6 32:14
**2:17**
21:24 22:3 28:9
**2:19**
31:15,18
**2:20**
31:22
**2:21**
24:14 30:2
**2:22**
21:2 23:22 25:10 26:12
**2:23**
21:8 29:9
**2:24**
24:16 25:25 29:22 30:4 33:12
**2:25**
22:18 29:9
**2:3**
22:5 28:23
**2:5**
22:6 24:22
**2:6**
24:18 27:21 32:1
**2:7**
33:3
**2:8**
31:18
**2:9**
25:6 28:9 31:13,14
**2026**
19:9
**29th**
19:9

**3**

**3:1**
23:9
**3:10**
22:22 27:22 28:12 30:23
**3:11**
29:11
**3:12**
20:18 33:14
**3:13**
20:7 25:9,21
**3:14**
27:17
**3:15**
30:18
**3:16**
24:19 28:4,11
**3:17**
22:17 26:1 28:20
**3:19**
25:7 26:16
**3:2**
23:14 26:19 27:8 33:10,13
**3:20**
25:7
**3:21**
23:21 26:13
**3:22**
25:19 29:21
**3:24**
24:3 30:22 31:22
**3:25**
25:20
**3:3**
22:16 23:14
**3:4**
25:18 28:15
**3:6**
27:17,20
**3:7**
32:2
**3:8**
32:1
**3:9**
23:20 24:11 32:17

**4**

**4:10**
25:17
**4:11**
26:11
**4:12**
25:13
**4:13**
32:7
**4:14**
32:23
**4:15**
32:4 33:5
**4:17**
26:16 32:25
**4:18**
20:23
**4:19**
21:4 23:13 26:18 27:10
**4:2**
26:7,16 27:3 33:16
**4:20**
25:5 32:10,22
**4:22**
26:19
**4:23**
20:8
**4:24**
22:1,21 31:6
**4:3**
20:23 24:5 31:22
**4:4**
20:23 25:15
**4:5**
25:5 31:22
**4:6**
26:14 28:10 29:21
**4:7**
33:10
**4:8**
32:4
**4:9**
21:23 30:7 32:3

**5**

**5:1**
20:22 32:18
**5:10**
26:14 28:10 29:21
**5:11**
28:10
**5:12**
24:6 30:17
**5:13**
28:5,25
**5:14**
26:15
**5:15**
28:7,22 30:17
**5:16**
26:19 28:22
**5:17**

24:25 26:2 28:7
**5:18**
26:14 28:10
**5:19**
21:3 28:10
**5:2**
26:18
**5:21**
24:6
**5:22**
29:8,14
**5:23**
23:1 26:19 28:10
**5:3**
21:15
**5:4**
20:15 25:15
**5:5**
28:25 31:5
**5:7**
27:11 29:21
**5:8**
32:7

**6**

**6:1**
21:11 29:14 31:7
**6:10**
27:19
**6:11**
33:17
**6:12**
33:17
**6:13**
26:15 28:14
**6:14**
32:12
**6:15**
20:19 33:10
**6:16**
20:8 29:4 31:6
**6:19**
22:24 32:4
**6:2**
20:15 33:12
**6:20**
20:23 27:9 30:4
**6:21**
21:23 30:6 32:4
**6:22**
24:20
**6:23**
32:7,23
**6:24**
24:17 28:21
**6:25**
32:11 33:2
**6:3**
20:23 25:13 33:15
**6:5**
32:8
**6:6**
22:2 27:5 32:8
**6:7**
24:25 32:9
**6:8**
25:16,21
**6:9**
28:17 30:11

**7**

**7:1**
25:17
**7:11**
32:7 33:2
**7:12**
25:22
**7:14**
23:2 25:22 30:9
**7:16**
21:15
**7:17**
25:22 28:7
**7:19**
21:15
**7:2**
27:19
**7:20**
21:15 26:4
**7:21**
28:7,24
**7:22**
21:15 23:3 26:4
**7:23**
23:3 33:10
**7:24**
24:13
**7:25**
23:3 26:25 30:9 31:22
**7:3**
23:4 27:12 30:4,13
**7:5**
26:3 28:6
**7:6**
27:9 32:7 33:7,8
**7:8**
32:7

**8**

**8:1**
23:3 28:7
**8:10**
26:10 29:2
**8:14**
29:21
**8:15**
28:7
**8:16**
31:22
**8:17**
26:11
**8:18**
20:19
**8:19**
22:9 25:20 31:22
**8:20**
21:5 24:3 31:22
**8:21**
26:19 27:7 28:7 29:4
**8:22**
23:12 25:5
**8:23**
25:5 29:13
**8:24**
25:23
**8:25**
26:20 31:12
**8:3**
21:14
**8:4**
24:24
**8:5**
25:14 29:1 33:10
**8:6**
29:19
**8:7**
23:17 28:3
**8:9**
21:12

**9**

**9:00**
13:22
**9:1**
26:18 30:8 32:21
**9:10**
21:20 26:16 30:8
**9:11**
20:11 21:9 23:16 30:20
**9:12**
30:21
**9:14**
23:11 26:22 29:24
**9:15**
30:15
**9:16**
30:19
**9:17**
30:8
**9:18**
20:11 26:16,21 30:15 30:19
**9:19**
25:5 32:5 33:9
**9:2**
25:6 31:17
**9:20**
25:20
**9:22**
23:11 24:3
**9:23**
23:11 24:3

**9:24**
20:14
**9:25**
25:5
**9:3**
25:24 26:11
**9:4**
20:17 26:20
**9:6**
24:9
**9:7**
21:20 30:21
**9:8**
20:19
**9:9**
30:3