# Exhibit B

**Date:** 10/29/2026 7:13:14 PM

**From:** "Spangler, Cardelle" cardelle.spangler@winstontaylor.com

**To:** "'Monica Hincken'" MHincken@employeejustice.com, "Priscilla Sandoval" priscilla@employeejustice.com, "Jon Norinsberg" jon@norinsberglaw.com, "Bennitta Joseph" bennitta@employeejustice.com, "John Meehan" jmeehan@employeejustice.com

**Cc:** "Hegazy, Rebecca" rebecca.hegazy@morganlewis.com, "Borne, Sophie" sophia.borne@winstontaylor.com, "Kreger, Sarah N." sarah.kreger@winstontaylor.com, "Kassandra Vazquez" kassandra@employeejustice.com, "Isabella Brito-Garcia" isabella@employeejustice.com, "feherk@gtlaw.com" feherk@gtlaw.com, "sylvia.simson@gtlaw.com" sylvia.simson@gtlaw.com, "Makinen, Eric M." eric.makinen@morganlewis.com, "Rodriguez, Melissa C." melissa.rodriguez@morganlewis.com, "Shaulson, Samuel S." sam.shaulson@morganlewis.com, "humphreyss@gtlaw.com" humphreyss@gtlaw.com, "Lauren.Rosenblatt@gtlaw.com" lauren.rosenblatt@gtlaw.com

**Subject:** [EXT]Rana v. JPMorgan Chase Bank, N.A., et al., No. 1:26-cv-06351 (LAK) – Plaintiff's Discovery Responses

All,

We write regarding a number of discovery issues.

First, in your reply brief filed last night (ECF No. 102), you represented that "Plaintiff's rolling production, drawn from four imaged devices and approximately 50,000 documents, will ***begin*** on October 30, 2026." (emphasis added). This is not consistent with the Court's order or your prior representations regarding Plaintiff's forthcoming production. We previously agreed to extend Plaintiff's deadline to produce documents until October 16, in part based on your representation that the extension was being sought "to ensure [you] can provide complete and thorough responses." After that date passed without receiving a production, we flagged the issue for the Court. In its October 19 order, the Court noted that Plaintiff's "preexisting obligations to produce documents on or before October 16…with which he allegedly has not yet complied, are unaffected by this order," therefore acknowledging that Plaintiff's document production deadline remained in effect and had passed. After we followed up regarding Plaintiff's document production (among other discovery deficiencies) you represented via email on October 22 that you will "of course, comply with the Court's order" and that you "anticipate being able to do so by 10/30."

Yesterday's filing was the first time you indicated that the October 30 production would only be the first installment in a "rolling production" and would not be complete. This is not consistent with the Court's order, JPMC's agreement to extend your deadline to October 16, or your prior representations. **Please confirm Plaintiff will produce all responsive documents in his possession, custody or control by October 30.** We do not expect there to be any documents withheld on the basis of any objections to JPMC's requests for production, as the deadline to object passed weeks ago, and no objections were made. If JPMC identifies deficiencies in Plaintiff's production, it will immediately move to compel.

Second, your filing also referred to a "22-minute recorded interview" that took place between Plaintiff's prior counsel and his sister Chandani Rana. Your brief suggests that Plaintiff "will submit the recording and transcript" from the conversation "under seal" so as not to "waive any attorney-client privilege or work-product protection." This recording and transcript are responsive to many of JPMC's outstanding requests for production. **Please confirm they will be included in tomorrow's production.** Contrary to your suggestion to the Court, these materials, which include a recording and transcript of a conversation between Plaintiff's former counsel and Ms. Rana, are not protected by the attorney-client privilege, work-production doctrine, or any other similar doctrine. Withholding the materials on that basis, therefore, would be improper.

Thank you,

Cardelle

WINSTON TAYLOR.

**Cardelle Spangler**
Managing Partner, Internal Affairs
Co-Chair of Labor & Employment Practice

- T +1 (312) 558-7541
- cardelle.spangler@winstontaylor.com

*Admitted to practice in Illinois*