*Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351 (LAK) (S.D.N.Y.)

# EXHIBIT A

to the Declaration of Terra J. Carroll

**AUDIO EXHIBIT: SUBMITTED ON ELECTRONIC MEDIA**

**Description:** Part 1 of 4. Audio recording of the interview of Chandani Rana conducted by Gregory S. Chiarello of Outten & Golden LLP, then counsel for Plaintiff (Norinsberg Decl. ¶¶ 3-4). This is one of the four freestanding recordings of the interview provided to Ms. Carroll on October 29, 2026 (Carroll Decl. ¶ 4).

**File:** Exhibit A.m4a; MPEG-4 audio (.m4a); about 9 min. 5 sec.; 9,017,721 bytes

**SHA-256:** a3776d4ab6e4d8298656fa732f3e90d6f6626091fe5a305a5c9738cab054a560

This exhibit is an audio file. Under Rule 13.3 of the Court's Electronic Case Filing Rules, audio files may not be filed through the ECF system. As stated in paragraph 10 of the Carroll Declaration, the exhibit is being provided to the Court and counsel on electronic media.

The exhibit is being provided to Chambers on a USB flash drive delivered with the courtesy copies of these papers, and a copy is being served on all counsel.