Case 1:26-cv-06351-LAK Document 139 Filed 11/11/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-12-26

WINSTON TAYLOR

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**CARDELLE B. SPANGLER**
Managing Partner, Internal Affairs
(312) 558-7541
cardelle.spangler@winstontaylor.com

November 11, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351-LAK**

Dear Judge Kaplan:

We write on behalf of Defendant JPMorgan Chase Bank, N.A. ("JPMC"), with the consent of Defendants Kelly Crowe, Lorna Hajdini, Jonathan Wolter, and Brandon Graffeo, to respectfully request a brief extension of the deadline for the parties to amend pleadings and join additional parties, from November 15 to November 30, 2026. As set forth below, good cause exists for this request under Federal Rule of Civil Procedure 16(b)(4) because the outstanding deficiencies in Plaintiff's discovery responses and document productions have prevented JPMC from fully evaluating whether to amend its pleadings, including by asserting potential counterclaims and additional affirmative defenses.

The Court's October 6, 2026 Revised Scheduling Order provided that no amendments to pleadings or additions of parties would be permitted after November 1, 2026. ECF No. 49 ¶ 1. On October 30, 2026, the Court so-ordered the parties' stipulation extending Defendant Lorna Hajdini's deadline to amend her counterclaims and/or join additional parties through November 15, 2026. ECF No. 109. That same day, the parties filed a further stipulation clarifying that the November 15, 2026 deadline would apply to all parties, not just Ms. Hajdini. ECF No. 113. All other deadlines in the Revised Scheduling Order remained unchanged. *Id.*

Since the parties' stipulation, significant deficiencies in Plaintiff's document production have remained unresolved as detailed in Defendants' November 10, 2026 submission. ECF No. 135 at 2–3. Plaintiff's supplemental initial disclosures and interrogatory responses are likewise deficient, and Plaintiff has not responded to the interrogatories served by Defendant Brandon Graffeo on October 2, 2026. *Id.* at 4, 6–7. Plaintiff's former counsel, Joseph & Norinsberg, LLC ("J&N") did not respond to Defendants' efforts to resolve these deficiencies. *Id.* at 3.

JPMC requires additional time to amend its pleadings, including to assert potential counterclaims. The information necessary to make that determination likely is contained in the documents and discovery responses Plaintiff has thus far refused to provide. A short extension to November 30, 2026 will permit JPMC to evaluate any amendments with the benefit of a more complete record and will avoid piecemeal motion practice under Rule 15 later in the case. The requested extension will not affect any other deadline in the Revised Scheduling Order. *See* ECF No. 49.

All Defendants consent to the requested extension. On November 10, 2026, JPMC asked J&N whether it was authorized to provide Plaintiff's position on this request; J&N responded that it no longer represents Plaintiff and therefore is not authorized to consent to the proposed extension. J&N has represented to the Court that Tully Rinckey PLLC has been retained by Plaintiff, but that firm has not yet appeared in this action. ECF No. 136 at 2. JPMC contacted Plaintiff's newly retained counsel at Tully Rinckey PLLC on November 10, 2026 to request Plaintiff's position on this extension. As of the date of this letter, Tully Rinckey PLLC has not responded.

For these reasons, JPMC respectfully requests that the Court extend the deadline for all parties to amend pleadings and join additional parties from November 15, 2026 to November 30, 2026. We thank the Court for its attention to this matter.

Respectfully submitted,

*<u>/s/ Cardelle B. Spangler</u>*
Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N Kreger (*admitted pro hac vice*)
Winston Taylor LLP
300 N. LaSalle Drive
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

*Attorneys for JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)
Plaintiff Chirayu S. Rana (via electronic mail)
Carol A. Crossett, Tully Rinckey PLLC (via electronic mail)

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/12/26