USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., *et al.*,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Jon L. Norinsberg, Bennitta Lisa Joseph, John Joseph Meehan, Kassandra Vazquez, and Monica Hincken of Joseph & Norinsberg, LLC, withdrew as counsel of record for plaintiff, with the Court's approval, effective November 9, 2026. Jon L. Norinsberg subsequently filed a notice of limited-scope appearance on behalf of plaintiff and Joseph & Norinsberg, LLC. Accordingly, with the exception of Jon L. Norinsberg, the Clerk shall terminate the appearances of the foregoing attorneys, effective November 9, 2026. Unless and until a new attorney appears on plaintiff's behalf, defendants shall ensure all filings are served on plaintiff consistent with Local Civil Rule 1.4(c)(2).

In light of the foregoing, requests (1) and (2) in the concluding paragraph of defendants' November 10, 2026, letter (Dkt 135) are denied. Joseph & Norinsberg, LLC has advised the Court that its firm was contacted by a law firm purporting recently to have been retained by plaintiff in this matter. Plaintiff shall ensure that his replacement counsel promptly files a notice of appearance.

SO ORDERED.

Dated: November 12, 2026

Lewis A. Kaplan
United States District Judge