WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**CARDELLE B. SPANGLER**
Managing Partner, Internal Affairs
(312) 558-7541
cardelle.spangler@winstontaylor.com

November 12, 2026

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.*, No. 1:26-cv-06351-LAK**

Dear Judge Kaplan:

We write on behalf of Defendants JPMorgan Chase Bank, N.A. ("JPMC"), with the consent of Defendants Kelly Crowe, Lorna Hajdini, Jonathan Wolter, and Brandon Graffeo, to correct the record regarding Plaintiff's retention of counsel.

On November 10, 2026, Joseph & Norinsberg, LLC ("J&N") submitted a letter to this Court stating that J&N "no longer represents Plaintiff in connection with the above-referenced matter," and that "Tully Rinckey PLLC advised J&N yesterday that they have been retained by Plaintiff." ECF No. 136 at 1–2. J&N asserted that it cannot address any of the discovery deficiencies Defendants have identified over the last several weeks, arguing that "Defendants' concerns squarely belong with Plaintiff and his new counsel, not former counsel." *Id.* at 2. J&N also refused to provide a privilege log as to the production it made on Plaintiff's behalf during the scope of its representation of Plaintiff, stating that "the privilege belongs to Plaintiff, decisions about asserting or waiving it are his and that legal strategy is left to his new counsel." *Id.*

On November 11, 2026, counsel for JPMC reached out to J&N to inquire whether the firm was authorized to provide Plaintiff's position on an extension of the parties' deadline to amend pleadings. *See* **Exhibit A.** J&N stated the firm no longer represents Plaintiff and therefore is not authorized to consent to the proposed extension. *Id.* Counsel for JPMC responded, stating in relevant part: "Your filing today indicated that Mr. Rana has retained new counsel, but that counsel has not yet appeared on his behalf. Can you please provide the contact information for those new attorneys? Alternatively, if Mr. Rana is planning to proceed *pro se* until the new firm appears, can you provide his contact information so we can reach out to him directly?" *Id.* J&N responded by stating "Here is the new attorney's contact info" and provided contact information for Carol A. Crossett of Tully Rinckey PLLC. *Id.*

Relying on those representations, counsel for JPMC and Ms. Hajdini sent inquiries to Ms. Crossett of Tully Rinckey PLLC regarding certain upcoming deadlines. JPMC also told this Court that it had attempted to seek Plaintiff's consent to its request to extend the parties' deadline to amend pleadings but had not received a response. *ECF* No. 139 at 2. On November 12, 2026, Ms. Crossett responded to counsel's emails stating that "Our law firm does not represent Chirayu Rana." *See* **Exhibits B–D**.

As of this filing, no attorney has appeared on Plaintiff's behalf. Defendants therefore understand that Plaintiff is unrepresented. To the extent that J&N argues that the deficiencies related to the discovery it served on Plaintiff's behalf will be addressed by "new counsel" Tully Rinckey PLLC, those assertions are inaccurate.

Respectfully submitted,

*/s/ Cardelle B. Spangler*
Cardelle B. Spangler (*admitted pro hac vice*)
Sarah N Kreger (*admitted pro hac vice*)
Winston Taylor LLP
300 N. LaSalle Drive
Chicago, Illinois 60654
Cardelle.spangler@winstontaylor.com
Sarah.kreger@winstontaylor.com
(312) 558-5600

*Attorneys for JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)
Plaintiff Chirayu S. Rana (via electronic mail)
Carol A. Crossett, Tully Rinckey PLLC (via electronic mail)