# Exhibit A

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Tuesday, November 10, 2026 4:41 PM
**To:** Kreger, Sarah N.
**Cc:** Monica Hincken; Bennitta Joseph; John Meehan; Kassandra Vazquez; Spangler, Cardelle; Borne, Sophie; melissa.rodriguez; sam.shaulson; Brian W. Sullivan; Makinen, Eric M.; Hegazy, Rebecca; Feherk; Sylvia.simson; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT)
**Subject:** Re: [EXT]Rana. v. JPMorgan et al.] - Case No. 1:26-cv-06351 - Deadline to Amend Pleadings

Sarah,

Here is the new attorney's contact info:

Carol A. Crossett
PARTNER
CCrossett@tullylegal.com

TULLY RINCKEY PLLC
ATTORNEYS & COUNSELORS AT LAW
CELEBRATING 20 YEARS OF SERVICE

**Tully Rinckey PLLC**
420 Lexington Avenue Suite 1601 | New York, NY 10170
+1 (518) 218-7100 Phone | +1 (646) 813-2966 Direct | +1 (518) 218-0496 Fax
www.tullylegal.com

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Nov 10, 2026, at 5:17 PM, Kreger, Sarah N. <sarah.kreger@winstontaylor.com> wrote:

Thanks Jon. Your filing today indicated that Mr. Rana has retained new counsel, but that counsel has not yet appeared on his behalf. Can you please provide the contact information for those new attorneys? Alternatively, if Mr. Rana is planning to proceed *pro se* until the new firm appears, can you provide his contact information so we can reach out to him directly?

**Sarah Kreger**
Associate Attorney

- T +1 (312) 558-6327
- sarah.kreger@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Tuesday, November 10, 2026 3:51 PM
**To:** Kreger, Sarah N. <SKreger@winston.com>
**Cc:** Monica Hincken <MHincken@employeejustice.com>; Bennitta Joseph <bennitta@employeejustice.com>; John Meehan <jmeehan@employeejustice.com>; Kassandra Vazquez <kassandra@employeejustice.com>; Spangler, Cardelle <CSpangler@winston.com>; Borne, Sophie <SBorne@winston.com>; melissa.rodriguez <melissa.rodriguez@morganlewis.com>; sam.shaulson <sam.shaulson@morganlewis.com>; Brian W. Sullivan <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; Feherk <Feherk@gtlaw.com>; Sylvia.simson <Sylvia.simson@gtlaw.com>; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT) <lauren.rosenblatt@gtlaw.com>
**Subject:** Re: [EXT]Rana. v. JPMorgan et al.] - Case No. 1:26-cv-06351 - Deadline to Amend Pleadings

Sarah,

As you are aware, we no longer represent Mr. Rana in this matter. Therefore, we are not authorized to consent to the extension you have proposed.

Best,

Jon

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Nov 10, 2026, at 4:42 PM, Kreger, Sarah N. <sarah.kreger@winstontaylor.com> wrote:

Jon and team,

We intend to seek leave of the Court to move the parties' deadline to amend pleadings to November 30. Are you authorized to provide Plaintiff's position on that request?

Thank you,
Sarah

<image001.png> **Sarah Kreger**
Associate Attorney

- T +1 (312) 558-6327

■ sarah.kreger@winstontaylor.com

300 N. LaSalle Dr., Chicago, IL 60654-3406

*Admitted to practice in Illinois*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.