# Exhibit B

---

**From:** Carol A. Crossett <CCrossett@tullylegal.com>
**Sent:** Thursday, November 12, 2026 8:46 AM
**To:** Jon Norinsberg; melissa.rodriguez; Kreger, Sarah N.; Joseph B. Vogt, Esq
**Subject:** Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - UPDATE

**This message needs your attention**

- This is their first email to your company.

Winston Taylor

Our law firm does not represent Chirayu Rana.

Carol A. Crossett
PARTNER
CCrossett@tullylegal.com

TULLY RINCKEY PLLC
ATTORNEYS & COUNSELORS AT LAW
CELEBRATING 20 YEARS OF SERVICE

**Tully Rinckey PLLC**
420 Lexington Avenue Suite 1601 | New York, NY 10170
+1 (518) 218-7100 Phone | +1 (646) 813-2966 Direct | +1 (518) 218-0496 Fax
www.tullylegal.com

Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission for any purpose other than that intended by its transmittal is strictly prohibited. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Wednesday, November 11, 2026 8:24 PM
**To:** melissa.rodriguez <melissa.rodriguez@morganlewis.com>
**Cc:** Carol A. Crossett <CCrossett@tullylegal.com>; Bennitta Joseph <bennitta@employeejustice.com>; Monica Hincken <MHincken@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; cardelle.spangler <cardelle.spangler@winstontaylor.com>; sophia.borne <sophia.borne@winstontaylor.com>; sam.shaulson <sam.shaulson@morganlewis.com>; Brian W. Sullivan <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; Feherk <Feherk@gtlaw.com>; Sylvia.simson <Sylvia.simson@gtlaw.com>; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT) <lauren.rosenblatt@gtlaw.com>; sarah.kreger <sarah.kreger@winstontaylor.com>
**Subject:** Re: [EXT]Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - Deadline for Replies re: Sanctions Motions

Melissa,

We will consent to a one-week extension through November 23. We oppose the request to extend the deadline through November 30.

You refer to "scheduling challenges" but identify no specific conflict that would require a second week. That vague explanation suggests defendants want more time to gather evidence in an attempt to make their case for the first time on reply.

Defendants should have had the proof in hand before they accused plaintiff of fraud and moved for sanctions. Their fraud allegations lacked a factual basis from the outset. An extra week will not change that.

Please convey our position to the Court.

Jon

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Nov 11, 2026, at 8:02 PM, Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com> wrote:

Scheduling challenges on our end.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com

melissa.rodriguez@morganlewis.com | www.morganlewis.com

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Wednesday, November 11, 2026 7:25 PM
**To:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Cc:** CCrossett@tullylegal.com; Bennitta Joseph <bennitta@employeejustice.com>; Monica Hincken <MHincken@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; cardelle.spangler <cardelle.spangler@winstontaylor.com>; sophia.borne <sophia.borne@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; Feherk <Feherk@gtlaw.com>; Sylvia.simson <Sylvia.simson@gtlaw.com>; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT) <lauren.rosenblatt@gtlaw.com>; sarah.kreger <sarah.kreger@winstontaylor.com>
**Subject:** Re: [EXT]Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - Deadline for Replies re: Sanctions Motions

[EXTERNAL EMAIL]
What is the basis for your request?

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Nov 11, 2026, at 7:21 PM, Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com> wrote:

Jon, we are asking for two weeks, not three. Do you consent to that? Thanks

---

**From:** Jon Norinsberg <jon@norinsberglaw.com>
**Sent:** Wednesday, 11 November 2026 18:59:50
**To:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Cc:** CCrossett@tullylegal.com <CCrossett@tullylegal.com>; Bennitta Joseph <bennitta@employeejustice.com>; Monica Hincken <MHincken@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>; cardelle.spangler <cardelle.spangler@winstontaylor.com>; sophia.borne <sophia.borne@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; Feherk <Feherk@gtlaw.com>; Sylvia.simson <Sylvia.simson@gtlaw.com>; humphreyss@gtlaw.com <humphreyss@gtlaw.com>; Rosenblatt, Lauren (Assoc-NY-LT) <lauren.rosenblatt@gtlaw.com>; sarah.kreger <sarah.kreger@winstontaylor.com>
**Subject:** Re: [EXT]Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - Deadline for Replies re: Sanctions Motions

[EXTERNAL EMAIL]
Melissa,

We do not consent. If you needed a few extra days or even a week, we would not have an objection, but we oppose an extension of an additional three weeks.

Thanks.

Jon

Jon L. Norinsberg, Esq.
*Founding Partner*
**JON L. NORINSBERG, ESQ., PLLC**
**JOSEPH & NORINSBERG LLC**
825 Third Avenue, Suite 2100
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890
Website | vCard | my LinkedIn | E-Mail

On Nov 11, 2026, at 6:39 PM, Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com> wrote:

Counsel,

We represent Lorna Hajdini in the above-referenced matter. We intend to ask the Court to extend Ms. Hajdini's and JMPC's deadline to submit their replies in further support of their motions for sanctions to November 30. Please advise whether you consent to this request.

Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.