# Exhibit C

**From:** Carol A. Crossett <CCrossett@tullylegal.com>
**Sent:** Thursday, November 12, 2026 8:53 AM
**To:** Rodriguez, Melissa C.; Jon Norinsberg; Bennitta Joseph; Monica Hincken; John Meehan; Joseph B. Vogt, Esq; Ann E. Greene
**Cc:** Spangler, Cardelle; Borne, Sophie; Shaulson, Samuel S.; Sullivan, Brian W.; Makinen, Eric M.; Hegazy, Rebecca; Feherk; Sylvia.simson; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT); Kreger, Sarah N.
**Subject:** RE: Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - Deadline for Replies re: Sanctions Motions

I sent an email this morning. Our law firm does not represent Chirayu Rana.

Carol A. Crossett
PARTNER
CCrossett@tullylegal.com

TULLY RINCKEY PLLC
ATTORNEYS & COUNSELORS AT LAW
CELEBRATING 20 YEARS OF SERVICE

**Tully Rinckey PLLC**
420 Lexington Avenue Suite 1601 | New York, NY 10170
+1 (518) 218-7100 Phone | +1 (646) 813-2966 Direct | +1 (518) 218-0496 Fax
www.tullylegal.com

Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission for any purpose other than that intended by its transmittal is strictly prohibited. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Rodriguez, Melissa C. <melissa.rodriguez@morganlewis.com>
**Sent:** Wednesday, November 11, 2026 6:39 PM
**To:** Carol A. Crossett <CCrossett@tullylegal.com>; Jon Norinsberg <jon@norinsberglaw.com>; Bennitta Joseph <bennitta@employeejustice.com>; Monica Hincken <mhincken@employeejustice.com>; John Meehan <jmeehan@norinsberglaw.com>
**Cc:** Spangler, Cardelle <cardelle.spangler@winstontaylor.com>; Borne, Sophie <sophia.borne@winstontaylor.com>; Shaulson, Samuel S. <sam.shaulson@morganlewis.com>; Sullivan, Brian W. <brian.sullivan@morganlewis.com>; Makinen, Eric M. <eric.makinen@morganlewis.com>; Hegazy, Rebecca <rebecca.hegazy@morganlewis.com>; Feherk <Feherk@gtlaw.com>; Sylvia.simson <Sylvia.simson@gtlaw.com>; humphreyss@gtlaw.com; Rosenblatt, Lauren (Assoc-NY-LT) <lauren.rosenblatt@gtlaw.com>; Kreger, Sarah N. <sarah.kreger@winstontaylor.com>
**Subject:** Rana. v. JPMorgan et al. - S.D.N.Y. Case No. 1:26-cv-06351 - Deadline for Replies re: Sanctions Motions

Counsel,

We represent Lorna Hajdini in the above-referenced matter. We intend to ask the Court to extend Ms. Hajdini's and JMPC's deadline to submit their replies in further support of their motions for sanctions to November 30. Please advise whether you consent to this request.

Thank you.

**Melissa C. Rodriguez**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6394 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Elena Lopez | +1.212.309.7199 | elena.lopez@morganlewis.com
melissa.rodriguez@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.