Morgan Lewis

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/13/2026

**Melissa Rodriguez**
+1.212.309.6394
melissa.rodriguez@morganlewis.com

November 12, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10055

**Re: *Chirayu Rana v. JPMorgan Chase Bank, N.A., et al.,* Case No. 26-cv-06351**

Your Honor:

We write on behalf of Defendant/Counterclaim Plaintiff Lorna Hajdini ("Ms. Hajdini") and Defendant JPMorgan Chase Bank, N.A. ("JPMC"), with the consent of Defendants Kelly Crowe, Jonathan Wolter, and Brandon Graffeo, to respectfully request a two-week extension, through November 30, 2026 of the current November 16, 2026 deadline for Ms. Hajdini and JPMC to submit their reply briefs in further support of their respective Motions for Sanctions (the "Sanctions Motions"). *See* ECF Nos. 84-88, 90, 92-95. Plaintiff has consented to a one-week extension of the deadline to Monday, November 23, 2026, only. Ms. Hajdini and JPMC have not previously requested any similar extension.

Good cause exists for the requested two-week extension based on counsel's scheduling conflicts. Specifically, counsel for Ms. Hajdini who will draft her reply brief has been traveling for other matters this week and next week and, thus, needs additional time. In addition, counsel will be traveling the week of November 23, 2026, in connection with the upcoming Thanksgiving holiday on November 26, 2026. A modest extension to November 30 will alleviate these scheduling and travel-related burdens and ensure that Ms. Hajdini and JPMC have an adequate opportunity to prepare their briefing. Nor will the extension prejudice Plaintiff or his counsel, Joseph & Norinsberg, in any way. Indeed, Joseph & Norinsberg has withdrawn from their representation of Plaintiff effective November 9, 2026, except for the limited purpose of responding to the Sanctions Motions.

Additional reasons also demonstrate good cause for the requested extension. Specifically, Plaintiff has argued in opposition to the Sanctions Motion that there is a factual dispute with respect to Chandani Rana's recantation of her prior affirmation -- which Plaintiff knows is not true. Indeed, additional evidence of Plaintiff's fraud upon this Court is forthcoming in the next 1-2 weeks from third parties in response to Ms. Hajdini and JPMC's subpoenas that will provide further support for the Sanctions Motions, which the parties wish to include in their reply briefs to be filed on November 30, 2026, if the Court grants the requested extension.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*
Melissa C. Rodriguez

**Memorandum Endorsement**

**The deadline for the replies is extended to and including November 23, 2026.**

**SO ORDERED.**

**/s/ Lewis A. Kaplan**
**Hon. Lewis A. Kaplan, USDJ**
**Dated: November 13, 2026**

cc: All counsel of record (via ECF)