FUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIRAYU S. RANA,<br><br>Plaintiff,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,<br><br>Defendants. | Case No. 1:26-cv-06351-LAK |

**PROOF OF SERVICE**

Pursuant to Rule 9.2 of the SDNY's Electronic Case Filing Rules, I hereby certify that, on November 13, 2026, true and correct copies of Defendant JPMorgan Chase Bank, N.A.'s November 11, 2026 and November 12, 2026 correspondence to the Court, and the exhibits thereto, (ECF Nos. 139, 142) were mailed to Plaintiff Chirayu Rana's last known address.

Dated: November 13, 2026

By: /s/ *Cardelle B. Spangler*

Cardelle B. Spangler
Sarah N. Kreger
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
(312) 558-5600
cardelle.spangler@winstontaylor.com
sarah.kreger@winstontaylor.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*