GreenbergTraurig

Sylvia E. Simson
Tel: 212-801-9200
Sylvia.Simson@gtlaw.com

November 13, 2026

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

**Re: *Rana v. JPMorgan Chase Bank, N.A. et al.*, Case No. 1:26-cv-06351 (LAK)— Joinder in Extension Request as to Reply Briefing**

Dear Judge Kaplan,

We represent Defendants Brandon Graffeo, Jonathan Wolter, and Kelly Crowe (the "Individual Defendants") in the above-referenced matter. Earlier today, Your Honor provided JPMorgan Chase Bank, N.A. ("Chase") and Lorna Hajdini an extension until November 23, 2026 to file their respective reply submissions (Dkt. No. 144). The Individual Defendants respectfully request the same briefing deadline to file any reply papers in furtherance of their previously submitted joinder (Dkt. No. 97) so that all Defendants' reply papers remain on the same briefing schedule.

Thank you for Your Honor's consideration of the request set forth in this letter and we are available should the Court have any questions.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Sylvia E. Simson*
Sylvia E. Simson
Lauren Rosenblatt

One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com
Lauren.Rosenblatt@gtlaw.com

Kristine J. Feher
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Feherk@gtlaw.com

*Attorneys for Jonathan Wolter, Brandon Graffeo, and Kelly Crowe*

cc: All Counsel of Record
Chirayu Rana (*Via e-mail)*