**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHIRAYU S. RANA

*Plaintiff(s),*

-against-

JPMORGAN CHASE BANK, N.A., LORNA HAJDINI, BRANDON GRAFFEO, JON WOLTER, and KELLY CROWE,

*Defendant(s).*

Case No.: 1:26-cv-06351-LAK

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Aaron H. Pierce, of the law firm Pierce & Kwok LLP, hereby appears as counsel for Plaintiff and Counterclaim Defendant CHIRAYU S. RANA in the above-captioned action. This appearance does not extend to the pending motions for sanctions (ECF Nos. 84 and 90), as to which Joseph & Norinsberg, LLC has appeared on Plaintiff's behalf for that limited purpose (ECF No. 129).

Dated: New York, NY
November 16, 2026

***PIERCE & KWOK LLP***

By Aaron H. Pierce, ESQ.
***Attorneys For Plaintiff***
299 Broadway, Suite 1405
New York, NY 10007
Tel: (212) 882-1752
Email: aaron.pierce@piercekwok.com