PIERCE & KWOK LLP
ATTORNEYS AT LAW

AARON H. PIERCE ^ FRANK L. KWOK + KARR WASHINGTON * MATTHEW C. HEERDE †

299 BROADWAY. STE. 1405, NEW YORK, NY 10007
O: 212.882.1752, F: 212.882.1742
WWW.PIERCEKWOK.COM

November 23, 2026

**VIA ECF**: Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Rana v. JPMorgan Chase Bank, N.A., et al.,***
**Case No. 1:26-cv-06351 (LAK)**

Dear Judge Kaplan:

This firm represents Plaintiff and Counterclaim-Defendant Chirayu S. Rana. We filed our notice of appearance on November 16, 2026 (ECF 148). We write, as the Court invited in its November 2, 2026 Order (ECF 119), to request an approximately 30-day adjustment of the schedule so that new counsel can review the record and respond to outstanding discovery completely and accurately. Defendants have not yet stated their positions on this request, as explained below. In light of the upcoming holiday and the approaching deadlines, we submit this application now out of an abundance of caution.

**Requested adjustments.** Plaintiff respectfully requests the following:

| Deadline | Current date | Proposed date |
|---|---|---|
| Plaintiff's response to the counterclaims | November 30, 2026 | December 30, 2026 |
| Responses to Defendant Graffeo's First Set of Interrogatories | November 11, 2026 (by agreement) | December 18, 2026 |
| Responses to the individual defendants' First Requests for Production | December 9, 2026 | January 8, 2027 |
| Plaintiff's remaining responses and supplemental production to Defendants' outstanding discovery requests | Various | January 8, 2027, with production on a rolling basis |
| Plaintiff's deposition | Noticed for December 14, 15, and 17, 2026 | A single, mutually agreeable date on or before January 29, 2027 |
| Expert disclosures | January 15, 2027 | February 16, 2027 |

| Deadline | Current date | Proposed date |
|---|---|---|
| Rebuttal expert disclosures | February 8, 2027 | March 10, 2027 |
| Close of discovery | March 8, 2027 | April 7, 2027 |
| Joint pretrial order and summary judgment motions | April 9, 2027 | May 10, 2027 |
| Oppositions | April 23, 2027 | May 24, 2027 |
| Replies | April 30, 2027 | June 1, 2027 |
| Trial | June 1, 2027 | A date convenient to the Court on or after July 6, 2027 |

Because a 30-day extension of the close of discovery alone would leave only two days before the deadline for the joint pretrial order and summary judgment motions, Plaintiff requests that the remaining dates in the Revised Scheduling Order (ECF 49) be shifted by a corresponding amount.

**Good cause.** Plaintiff's prior counsel withdrew effective November 9, 2026 (ECF 118), and this firm appeared one week later, less than four months before the current close of discovery. The case file we are receiving from prior counsel is substantial, including approximately 50,000 documents, forensic images, and electronically stored information (ECF 118, 128). Plaintiff's interrogatory responses came due on November 11, during the transition between prior counsel's withdrawal and our appearance. We are actively reviewing the file and will serve responses on a rolling basis where possible. The additional time to respond to the counterclaims will allow new counsel to evaluate them against the full record rather than within two weeks of appearing. The requested adjustment will allow Plaintiff to provide complete discovery responses and to sit for deposition on a full record, which should reduce later disputes. Defendants have separately noticed Plaintiff's deposition for three different dates (December 14, 15, and 17, 2026); Plaintiff respectfully requests that his deposition proceed on a single, coordinated date after he has completed his document production. Plaintiff does not seek a stay of discovery; counsel's review of the file and Plaintiff's production will continue on a rolling basis while this request is pending.

**Prior requests.** Plaintiff, through prior counsel, previously sought a stay of discovery and an extension of time to respond to the counterclaims (ECF 61). The Court granted that application in part (ECF 68, 119). Prior counsel also obtained Defendants' agreement to extend the interrogatory deadline from November 1 to November 11, 2026. This is the first request by current counsel.

**Positions of the parties.** On November 20, 2026, we sent all counsel a proposal covering the adjustments above, other than the extension of Plaintiff's time to respond to the counterclaims and to complete his remaining responses and supplemental production, which we include here out of an abundance of caution. Counsel for each Defendant advised that they needed until today to confer with their clients. As of this filing, we have not received any Defendant's position. We will promptly advise the Court of each party's position once received.

We thank the Court for its consideration.

Respectfully submitted,

Aaron H. Pierce, Esq.

cc: All counsel of record via ECF