USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-24-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CHIRAYU S. RANA,

Plaintiff,

-against-

26-cv-6351 (LAK)

JPMORGAN CHASE BANK, N.A., *et al.*,

Defendants.

------------------------------------------x

**MODIFIED SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge.*

The following schedule for this case is adopted:

| | Not later than |
|---|---|
| Plaintiff's response to counterclaims | December 30, 2026 |
| Plaintiff's response to defendant Graffeo's interrogatories | December 18, 2026 |
| Plaintiff's responses to defendants Graffeo, Crowe and Wolter first production requests | January 8, 2027 |
| Completion of Plaintiff's deposition | January 29, 2027 |
| Initial expert disclosures | February 16, 2027 |
| Rebuttal expert disclosures | March 10, 2027 |
| Completion of all discovery | April 7, 2027 |
| Filing of joint pretrial order and any motions for summary judgment | May 24, 2027 |
| Oppositions to summary judgment motions | June 14, 2027 |

| | |
|---|---|
| Replies in support of summary judgment motions | June 21, 2027 |

The Court currently expects to set the case for trial on or after October 4, 2027

SO ORDERED.

Dated: November 24, 2026

Lewis A. Kaplan
United States District Judge